# EXHIBIT "2"

BUDGET & FINANCE

# MOTION

According to a 2017 report from Everytown For Gun Safety, there have been 156 mass shootings from 2009-2016. Those statistics do not include the recent mass shooting incidents in Parkland, Florida and Las Vegas, Nevada.

The National Rifle Association (NRA) is the most influential lobbying organization in the United States, effectively hindering the adoption of any common sense gun safety laws at every level of government.

According to an audit obtained by the Center for Responsive Politics, the NRA's spending on political activities from 1998-2017 aggregated to over $200 million.

The City of Los Angeles has historically enacted ordinances and adopted positions that promote gun safety and gun safety legislation.

Given the opposing stances of the NRA and the City, the City should move to rid itself of its relationships with any organization that supports the NRA.

I THEREFORE MOVE that the City Council direct the Chief Legislative Analyst (CLA) to report back with a list of all businesses and organizations that have a formal relationship with the NRA.

I FURTHER MOVE that the CLA report back with options for the City to immediately boycott those businesses and organizations until their formal relationship with the NRA ceases to exist.

PRESENTED BY: _____
MITCH O'FARRELL
Councilmember, 13th District

SECONDED BY: _____

ORIGINAL

MAR 2 8 2018