# EXHIBIT "3"

 Home         Moments         40 Notifications         Messages                NRA from:mitchofarrell             Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts

**Search filters · Show**

**Who to follow · Refresh · View all**

**Amazon Prime Video US** ✔    ×
Follow
▶ Promoted

**NRA** ✔ @NRA    ×
Follow

**HQ Support** @hqhelps    ×
Follow

👥 Find people you know

**Trends for you · Change**

**#AvengersEndgame** 🅰
1.12M Tweets

**#RepublicansForImpeachment**
Democratic Coalition calls on Republicans to impeach President Trump

**Jared Kushner**
Jared Kushner weighs in on the circumstances surrounding Jamal Khashoggi's death

**#WorldBookDay**
Joseph Gordon-Levitt, Impractical Jokers, and 1 more are Tweeting about this

**Hard Summer**
12.8K Tweets

**Jason Kidd**
Jason Kidd interviewed for the Lakers' head coaching vacancy

**Kurt Rambis**
Jason Kidd interviewed for the Lakers' head coaching vacancy

**Chiefs**
Seattle trades Frank Clark to the Chiefs for early-round picks

**Frank Clark**
Seattle trades Frank Clark to the Chiefs for early-round picks

**#My3MCUDates**
2,235 Tweets

---

**Mitch O'Farrell** ✔ @MitchOFarrell · Apr 3
Earlier today, I introduced a resolution that calls on numerous video streaming services to end their commercial affiliation and contractual partnership with the NRA and NRATV. #NRA #NRATV #Gunsafety @MomsDemand @Everytown
cd13.lacity.org/news/ofarrell-...

💬 87        ↻ 20        173        ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Mar 8
Anyone who takes a moment to see this will better understand the dangers of the "guns of any kind everywhere without any regulation" agenda. @NRA @MomsDemand @Everytown @eqca @WAGV @bradybuzz

> **Laura Friedman** ✔ @laurafriedman43
> On #InternationalWomensDay2019, I celebrate Arkansas State Senator Stephanie Flowers. twitter.com/ProudResister/...

💬 1        ↻ 6        14        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 16
Daylighting ties to the NRA. - mailchi.mp/lacity/dayligh...

💬 5        ↻        2        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 13
Our residents deserve transparency related to any ties the #NRA may have to the City of Los Angeles. @WAGV @MomsDemand @Bradybuzz @eqca @StonewallDemsLA

cd13.lacity.org/news/city-coun...

💬 12        ↻ 2        9        ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 13
As we remember the horrible shooting at Marjory Stoneman Douglas High School in Parkland, Florida one year ago, we must continue to keep in mind that the @NRA spends millions of dollars at every level of government to block any type of gun safety legislation.

💬 7        ↻ 3        12        ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Jan 7
Replying to @atwatervillage @NRA and 4 others
Do you communicate via real identity? If so, please contact us with exact location and we can address this. I have a clean team that goes out 5 days a week in the District.

💬 1        ↻

🏠 Home     ⚡ Moments     🔔 Notifications     ✉ Messages     🐦

[ NRA from:mitchofarrell 🔍 ]          👤   Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                    ⋮

---

**Shannon Watts** ✔ @shannonrwatts
To protest gun safety laws put forward by Pittsburgh officials after the mass shooting at a local synagogue, gun extremists are holding an open carry rally downtown today, forcing a nearby school and public transportation to go on lockdown. post-gazette.com/news/politics-...

💬 2          ⟲ 2          2          ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · Jan 3          ⌄
Bears repeating. Only 1 in 10 gun owners are #NRA members. Their extremist leadership wants people believe the @NRA represents all gun owners. They are ONLY a "no regulation/gun proliferation" lobby for gun manufacturers & they control the @GOP.

> **Shannon Watts** ✔ @shannonrwatts
> 74% of @NRA members support stronger gun laws and only 1 in 10 gun owners even belong to the NRA. Ain't no one to get ready except your lobbyists, and @momsdemand will outspend and outmaneuver them... again. twitter.com/NRA/status/108...

💬 2          ⟲ 5          9          ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · Jan 2          ⌄
We needn't feel defeated because of America's gun violence & mass shooting epidemic as we begin 2019; we must be relentless, determined, and resolved to reverse course and defeat the powers that make it all possible. @NRA - that includes you. @MomsDemand @Everytown @eqca @WAGV

> **Brady** ✔ @bradybuzz
> In 2018 there were at least 340 mass shootings, some which shook the nation stirring up great momentum in the movement to prevent gun violence. But every single day communities around the country face gun violence with more than 56,000 incidents in 2018. - bit.ly/2BRbC16

💬          ⟲ 2          3          ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 28 Dec 2018          ⌄
This is what happens when the @NRA leadership is in command of politicians, as has happened in Ohio. They can now sue city's there for enacting gun safety laws. This - despite a strong majority of Americans AND #NRA members who support #gunsafety in the U.S. TY @MomsDemand

>  **Shannon Watts** ✔ @shannonrwatts
> Ohio @MomsDemand volunteers file out of the statehouse after some Republican Senators vote to override @JohnKasich's veto of a bill that will allow the @NRA to sue municipalities for enacting gun safety policies....
> 0:12
> Show this thread

💬          ⟲ 1          4          ✉

 Home      Moments      Notifications      Messages     

NRA from:mitchofarrell     Tweet

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

individually, pediatric cancers, drowning, poisoning, birth defects, asthma or drug overdoses. So what are we doing to save our children? Start here: wagv.org

💬 1          🔁          2          ✉️

**Mitch O'Farrell** ✔ @MitchOFarrell · 19 Dec 2018
Replying to @shannonrwatts @NRA
This is a consequence of an organization led by violent extremists, when they control an entire political party, @GOP - and a state's Governor & legislature.

💬          🔁          1          ✉️

**Mitch O'Farrell** ✔ @MitchOFarrell · 12 Dec 2018
This need not be our new normal. We can reign in mass shootings of children if we reign in the power and influence of the @NRA and their lackeys in Congress & @realDonaldTrump -TY to all the advocacy groups who have fought for #gunsafety legislation all these years. We will win.

> **Brady** ✔ @bradybuzz
> .@EducationWeek analyzes patterns in school shootings focusing on the incidents of 2018, which killed or injured at least 113 people.  bbc.in/2Ldi3zY

💬 1          🔁          2          ✉️

**Mitch O'Farrell** ✔ @MitchOFarrell · 5 Dec 2018
Replying to @shannonrwatts
She is a mouthpiece for another fraud perpetuated by the @NRA and this BS will result in real tragedies: All of them preventable.

💬          🔁          5          ✉️

**Mitch O'Farrell** ✔ @MitchOFarrell · 3 Dec 2018
Very important reminder of a great deed by George H.W. Bush. Thx @Bradybuzz! The @NRA has been an extremist organization for a long time now, with no sign of letting up. This is one beast we need to starve.

> **Brady** ✔ @bradybuzz
> After a NRA member killed 168 people in Oklahoma, George H.W. Bush resigned as a lifetime member from the NRA due to Wayne LaPierre's remarks. In the wake of Bush's passing, we remember him for being an honorable leader in standing up to the NRA. nyti.ms/2QwDWzd

💬          🔁          4          ✉️

**Mitch O'Farrell** ✔ @MitchOFarrell · 10 Nov 2018
One thing is clear, the @NRA is in the wrong lane. #ThisISMyLane

> **NRA** ✔ @NRA
> Someone should tell self-important  anti-gun doctors to stay in their lane. Half of the articles in Annals of Internal Medicine are pushing for gun control.



🏠 Home   ⚡ Moments   🔔 Notifications ⁴⁰   ✉ Messages   🐦

NRA from:mitchofarrell   🔍          Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts

@YouTube - Ready to stop streaming @NRATV yet? @JeffBezos @MomsDemand @Everytown @WAGV @Bradybuzz @eqca

**Shannon Watts** ✓ @shannonrwatts
The Thousand Oaks shooter used a high capacity magazine that California voters banned anyone in the state from possessing in 2016.

But the @NRA and other gun extremists orgs blocked the law from...

💬        ♻ 2        10        ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 5 Nov 2018
The @NRA leadership is fighting to keep the AR-15 assault weapon and other "weapons of war" easily available to everyone everywhere. Let's put another check on their power tomorrow & bring an end to their violent extremism. #Vote2018

**Shannon Watts** ✓ @shannonrwatts
One year ago today, a gunman used an AR-15 to murder 26 people inside a Sutherland Springs, Texas, church.

"Ninety percent of the people were unrecognizable......

💬        ♻ 1        5        ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 31 Oct 2018
I told @FedEx executives earlier this year, "there is no high road in doing business with the @NRA." Thank you FedEx for realizing their role in promoting violence & terror on American soil. @MomsDemand @WAGV @Bradybuzz

**FedEx cuts ties with NRA**
FedEx has cut ties with the National Rifle Association (NRA), eight months after it first received calls to do so.
thehill.com

💬 3        ♻ 7        24        ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 24 Oct 2018
Replying to @MitchOFarrell @shannonrwatts and 2 others
And by the way, @amazonprimenow @AppleTV @Google -isn't it time to end your relationship with @NRATV & stop aiding and abetting their violent, extremist rhetoric?

 Home    Moments    Notifications 40    Messages   

NRA from:mitchofarrell 🔍            Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts

companies to follow suit.

usatoday.com

💬 4      🔁 82         202      ✉️

**Mitch O'Farrell** ✔️ @MitchOFarrell · 24 Oct 2018

Replying to @shannonrwatts @NRA @DLoesch

Let's call this for what it is: Promoting gun violence and voter intimidation from the @NRA

💬 7      🔁 134         557      ✉️

**Mitch O'Farrell** ✔️ @MitchOFarrell · 12 Oct 2018

Replying to @DonnaShalala @shannonrwatts @MomsDemand

An F from the @NRA is definitely a badge of honor. Keep them coming. Congratulations Secretary Shalala!

💬      🔁 8         55      ✉️

**Mitch O'Farrell** ✔️ @MitchOFarrell · 1 Oct 2018

My #NRA disclosure motion passed unanimously in Budget & Finance committee today. TY Chair @PaulKrekorian for your partnership. Next up; full City Council to draft the Ordinance. @WAGV @Bradybuzz @Everytown @MomsDemand @sandyhook

💬 4      🔁         11      ✉️

**Mitch O'Farrell** ✔️ @MitchOFarrell · 22 Sep 2018

Part of #gunsense is disclosure & transparency regarding @NRA ties. google.com/amp/s/www.nbcl...   @WAGV @MomsDemand @Everytown @Bradybuzz @sandyhook @drainthenra

 Home     Moments     Notifications     Messages         NRA from:mitchofarrell 🔍        Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts    ⋮

nbclosangeles.com

💬 3          ↻          4          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 26 Aug 2018          ⌄
More insensitivity and propaganda from the @NRA implying guns everywhere
will make us safer. Vote 4 #gunsense candidates November 6th! @MomsDemand
@eqca @sandyhook @Everytown @Bradybuzz

> **Dana Loesch** ✔ @DLoesch
> A horrible tragedy. End gun free zones or have the security in place to keep
> people safe in them. jacksonvillelanding.com/rules-of-condu...
> twitter.com/twitchyteam/st...

💬 1          ↻          7          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 7 Aug 2018          ⌄
Maybe the @NRA leadership received another infusion of Russian oligarch cash
to help run their political campaigns.

> **Shannon Watts** ✔ @shannonrwatts
> BREAKING: The @NRA isn't bankrupt. twitter.com/NRA/status/102...

💬          ↻          4          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 19 Jul 2018          ⌄
Replying to @shannonrwatts @NRA @MomsDemand
Keeping it classy @DLoesch

💬          ↻          1          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 18 Jul 2018          ⌄
Replying to @shannonrwatts @NRA

Extremists don't engage in logic or have integrity. That pretty much defines the
@NRA leadership. They consistently stick to their agenda of guns everywhere
EXCEPT at their own events or when it could cause them personal harm. It is
essentially cowardice.

💬          ↻ 6          24          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 17 Jul 2018          ⌄
Will @NRA leadership or @DLoesch comment on their "VIP" Mariia Butina's
conspiracy indictment as a Russian agent?

 Home    Moments    Notifications ⁴⁰    Messages   

NRA from:mitchofarrell   🔍             Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                    ⋮

to the National Rifle Association, according to a bombshell news report.

thetrace.org

💬    🔁 3           4         ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 3 Jul 2018                                  ⌄
This is the prevailing status quo of the @GOP "Thoughts and Prayers" controlled
Congress. The  November elections will literally mean life and death and a chance
to stop the @NRA leadership's assault weapons everywhere agenda.
@MomsDemand @WAGV @Everytown @eqca @GAG_LAChapter

> **NBC Politics** ✔ @NBCPolitics
> Senate Majority Leader McConnell:
>
> There's not much the federal government can do to respond to school
> shootings. nbcnews.to/2z7gd15

💬    🔁 3           6         ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Jun 2018                                ⌄
Replying to @shannonrwatts
Since the "thoughts and prayers" party knows how hollow their words ring after
each mass shooting, all they have left at their disposal is to condemn foul
language. God knows their true master is the @NRA

💬    🔁           2         ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Jun 2018                                ⌄
Hey @DLoesch & @NRA - Your unique & reckless brand of hatred, corruption
and ignorance will ultimately be defeated. Your followers may be more motivated
than ever but you're base is shrinking. #VoteThemOut2018

> 0:49  DIA   **Shannon Watts** ✔ @shannonrwatts
> .@NRA's Dana Loesch in 2016: Reporters are the "rat-
> bastards of the Earth" who should be "curb-stomped."
>
> Show this thread

💬    🔁 3           3         ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 28 Jun 2018                                ⌄
Replying to @LeonidasBowman @NRA and 5 others
You are missing the point. The killer's guns should have been confiscated as he
was known to have threatened the paper repeatedly. #RedFlag laws are needed
nationally.

💬 1    🔁                    ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 28 Jun 2018                                ⌄
Another mass shooting, Annapolis. Get ready to hear condolences from the
"thoughts & prayers" party and the @NRA but zero action on #gunsafety

🏠 Home    ⚡ Moments    🔔 Notifications    ✉ Messages    

NRA from:mitchofarrell    🔍           Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                    ⋮

---

work!

💬 1    🔁 6        36    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 16 Jun 2018                                    ⌄
Replying to @shannonrwatts @NRA
Go moms!

💬    🔁        6    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 13 Jun 2018                                    ⌄
Replying to @shannonrwatts @NRA
Proud to be considered an "enemy" of the @NRA 's radicalized leadership.

💬    🔁        4    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 12 Jun 2018                                    ⌄
Two years ago today, 49 lives were cut short and another 53 were wounded at the
#Pulse Nightclub in Orlando. Despite several mass shootings since, the @NRA
controls the @GOP in Congress. They refuse to enact sensible #GunControl
legislation. #LGBT

> **These Are the Victims of the Orlando Nightclub Sh...**
> 49 people were killed in the deadliest mass shooting in
> American history
> time.com

💬 1    🔁 3        7    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 4 Jun 2018                                    ⌄
Hey @NRA & your enablers: You are outnumbered and your extremist agenda &
bogus 2nd Amendment infringement argument will be defeated.

> **Brady** ✔ @bradybuzz
> Students at #MSD graduated this past weekend w/ a silent tribute to those
> they lost to gun violence & rocking @TLipstickLobby #FiredUp to raise
> awareness. bit.ly/2HmCuHm twitter.com/CNN/status/100...

💬 1    🔁        4    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 1 Jun 2018                                    ⌄
What a crock @NRA and you know it, as do more and more people every day.
PLEASE keep up your disingenuous propaganda. It is working in our favor.
#gunsafety @drainthenra

> **Brady** ✔ @bradybuzz
> They @NRA has attempted to co-opt a day to honor victims and survivors of
> gun violence in order to promote their own agenda, which has nothing to do
> with gun safety. New lows all the time. Show them why you #WearOrange!
> twitter.com/NRA/status/100...

 Home    Moments    Notifications⁴⁰    Messages         NRA from:mitchofarrell 🔍           Tweet

## NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

---

The young people will win.  cnbc.com/2018/05/30/dic...

💬        ♻        2        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 25 May 2018

Okay, @Apple @FedEx @amazon @JeffBezos @YouTube - Ready to stand up to the @NRA and their extremist agenda? The Parkland youth cannot do this alone. America needs you to! @shannonrwatts @MomsDemand @WAGV @eqca @Everytown

> **BREAKING NEWS**  **Jorge K Gonzalez** @jorgekgonzalez
> #BREAKING: In wakes of protests from @davidhogg111, Publix says it is suspending political donations and reevaluating its giving process. @CBSMiami

💬        ♻        8        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 May 2018

An armed citizen shooting people in a Restaurant, including a 12 year old girl, and another armed citizen shooting the shooter. Common denominator; easy access to guns. Welcome to the @NRA 's America.

> **Shannon Watts** ✔ @shannonrwatts
> Yes - the man who shot four people inside a restaurant, including a 12 year old child, was an armed citizen. twitter.com/dloesch/status...

💬 1        ♻ 1        7        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 23 May 2018

And had a safe storage law been in effect in Texas, it may have prevented the Santa Fe High School shooting. The @NRA is in "violation" of our right to live a gun free life.

> **igorvolsky** ✔ @igorvolsky
> As a reminder: @NRA regularly lobbies against safe storage laws arguing that they are a violation of privacy and will lead to gun confiscation. nypost.com/2018/05/22/4-y...

💬        ♻        6        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 21 May 2018

In light of the recent shooting in Santa Fe, Texas, I'm even more determined to find out if the **NRA** has ties to businesses that the City of Los Angeles has ongoing relationships with. Here's my motion on this subject, which was introduced in March.

💬 1        ♻        4        ✉

Show this thread

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 21 May 2018

⌂ Home    ⚡ Moments    🔔 Notifications    ✉ Messages    🐦         🔍 NRA from:mitchofarrell          Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts    ⋮

government.

According to an audit obtained by the Center for Responsive Politics, the NRA's spending on political activities from 1998-2017 aggregated to over $200 million.

The City of Los Angeles has historically enacted ordinances and adopted positions that promote gun safety and gun safety legislation.

Given the opposing stances of the NRA and the City, the City should move to rid itself of its relationships with any organization that supports the NRA.

I THEREFORE MOVE that the City Council direct the Chief Legislative Analyst (CLA) to report back with a list of all businesses and organizations that have a formal relationship with the NRA.

I FURTHER MOVE that the CLA report back with options for the City to immediately boycott those businesses and organizations until their formal relationship with the NRA ceases to exist.

PRESENTED BY: _____
MITCH O'FARRELL
Councilmember, 13ᵗʰ District

SECONDED BY: _____

ORIGINAL

💬 2        🔁        7        ✉

**Show this thread**

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 19 May 2018    ⌄
Calling BS when an @NRA zealot invokes "holier than thou" patriotism. My family of military veterans would have my back on this.

> **Shannon Watts** ✓ @shannonrwatts
> Except, you know, for the millions of Americans who've been killed or critically injured by gun violence... They're not standing. twitter.com/NRATV/status/9...

💬 1        🔁 1        5        ✉

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 19 May 2018    ⌄
@DLoesch -Just give it up already. @shannonrwatts is way above your Russian oligarch-funded @NRA pay grade. Your worthless arguments are failing.

> **Shannon Watts** ✓ @shannonrwatts
> Texas's Child Access Prevention law applies to children UNDER 17, the gun has to be loaded and, even if a gun owner is charged, the violation is considered a misdemeanor, punishable by a small fine....

💬        🔁        ✉

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 18 May 2018    ⌄
The @NRA and its stooges in Congress are fighting to make sure this man and everyone else has unlimited access to weapons of war anywhere in the U.S.

🏠 Home     ⚡ Moments     🔔 Notifications     ✉ Messages                    NRA from:mitchofarrell   🔍             Tweet

## NRA from:mitchofarrell

Top     **Latest**     People     Photos     Videos     News     Broadcasts     ⋮

The @NRA used as a "back channel to Moscow," during the 2016 Presidential election. Hey #NRA, you can stop portraying your discredited organization as a paragon of patriotism. You are the opposite of that.

> **Brady** ✔ @bradybuzz
> New developments in the #TrumpRussia saga. The Senate Judiciary Committee says there is "clear evidence" that the Russian government helped @realdonaldtrump's presidential campaign with apparent help from the @NRA -> thebea.st/2jZBsHI

💬        🔁 3              6        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 16 May 2018          ⌄
My late father, a lover of guns himself, could have written this article. He loathed anyone or anything that peddled in ignorance or falsehoods to gain influence or power. That's EXACTLY what the @NRA leadership is all about.

> **Brady** ✔ @bradybuzz
> A gun lover who is uncomfortable with gun culture talks about why he doesn't like the NRA. -->
> read.bi/2rMNuJ0

💬        🔁 2              5        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 15 May 2018          ⌄
The @NRA giving an ultimatum to anyone as either "with us or against us," makes it very easy to oppose their extreme agenda. Keep them coming!

> **Shannon Watts** ✔ @shannonrwatts
> The @NRA's strategy: to strip training requirements for gun owners from state laws: "She claimed her veto was about a lack of training, but law-abiding gun owners know we don't need government mandates to tell us to train. We do it because we're responsible, dedicated and safe." ...
> Show this thread

💬        🔁                    3        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 14 May 2018          ⌄
One can choose to be on the side of love or hate. Love ultimately wins every time. Haters are flocking to the @NRA leadership's message of terror and fear. They will lose.

> **Shannon Watts** ✔ @shannonrwatts
> Ellen's became the target of threats after the @NRA urged members to boycott. One caller, who identified himself as an NRA member, warned of a plan to kill the owner: "I said, 'If I'm going to be murdered, will it be by a criminal or law-abiding citizen?'" nytimes.com/2018/05/14/us/...

💬        🔁 2              10        ✉

 Home    Moments   Notifications 40   Messages   

NRA from:mitchofarrell   🔍        Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                ⋮

Show this thread

💬          ⟲          1          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 13 May 2018                ⌄
Just spent way too much money at @DICKS today but it was worth every penny because they are standing up to the @NRA - @amazon @YouTube @Apple @JeffBezos @FedEx - will you follow?

**EVERY SEASON STARTS AT**
# DICK'S
**SPORTING GOODS**®

Shop us online at:
**www.DicksSportingGoods.com**

💬 1          ⟲          11          ✉

Show this thread

**Mitch O'Farrell** ✔ @MitchOFarrell · 13 May 2018                ⌄
Shop @DICKS Sporting goods and support #Parkland moms and businesses that are standing up to the @NRA this #mothersday2018

> **Brady** ✔ @bradybuzz
> This Mother's Day weekend, moms who lost their children in the Parkland shooting are working to turn their tragedy into something good. Their strength is truly inspiring. bit.ly/2IfuvwR

💬          ⟲          3          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 11 May 2018                ⌄
@lalgbtcenter @couragecampaign @laglcc @stonewalldems @equality_armenia @humanrightscampaign @onepulseforamerica @momsdemand @wagv @everytown #pulsenightclub #drainthenra #nra

💬          ⟲          1          ✉

Show this thread

🏠 **Home**    ⚡ **Moments**    🔔 **Notifications** 40    ✉️ **Messages**    🐦

Search 🔍 NRA from:mitchofarrell      Tweet

## NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**    ⋮

---

"Clad in a bandanna and tactical vest, Preston was walking through a crowd during the Aug. 12 event when he turned around, drew his pistol and fired at an African American counterprotester." washingtonpost.com/local/ku-klux-...

💬        ↻        1        ✉️

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 9 May 2018        ⌄

@amazon @Apple @YouTube @FedEx -The list is growing. Won't you please join the @NRA boycott?

> **Shannon Watts** ✓ @shannonrwatts
> Last week, the @NRA's Carry Guard insurance program was found to have unlawfully provided insurance "to gun owners for acts of intentional wrongdoing" in New York. Now Lloyd's of London is terminating all insurance made available through the NRA. twitter.com/thehill/status...

💬        ↻        ✉️

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 8 May 2018        ⌄

I want to thank the @NRA and @DLoesch for bringing out the best in human nature by exemplifying the worst of what people are capable of.

> **Shannon Watts** ✓ @shannonrwatts
> The @NRA's mean tweet of a receipt from Dallas restaurant Ellen's that supported stronger gun laws didn't turn out quite the way they wanted it to... Not only has Ellen's received overwhelming support, but they're writing a $15,000 check to @MomsDemand.
> Show this thread

💬        ↻ 2        12        ✉️

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 7 May 2018        ⌄

@NRA promoting Russian military assault weapons that can pierce American military body armor, and the #NRA ties to nefarious Russian Oligarchs. Oliver North is a perfect fit to guide this gun running, criminal enterprise.
@MomsDemand @drainthenra @WAGV @Bradybuzz @davidhogg111

> **PEACE, LOVE, UNITY** @Flowerstoall
> The Pentagon considers this Russian sniper rifle a big threat to US soldiers. The NRA helped promote it. motherjones.com/politics/2018/... via @MotherJones

💬        ↻ 8        12        ✉️

---

**Mitch O'Farrell** ✓ @MitchOFarrell · 5 May 2018        ⌄

Sadly, one can only draw the following conclusion: That @amazon @Apple @YouTube @JeffBezos support the extreme & violent @NRA @DLoesch agenda. They continue stream @NRATV & @FedEx gives member discounts.

> **Shannon Watts** ✓ @shannonrwatts
> .@NRA lobbyist @DLoesch has shown up uninvited, with a camera crew, at a

 Home    Moments    Notifications ⁴⁰    Messages   

NRA from:mitchofarrell          Tweet 

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts

Come on @amazon @Apple @YouTube @FedEx -Join the anti-extremism, anti-weapons of war for domestic use party and drop your ties to and accommodation of the **@NRA** & **@NRATV** -

**Brady** ✔ @bradybuzz
The @NRA is reeling from an FBI inquiry about ties to Russia, alienating reasonable gun owners w/ extreme policies and losing support from private companies. What else?? Read the report -> bit.ly/2018NRAAM ...

💬          🔁 1          5          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 1 May 2018
Replying to @shannonrwatts @DLoesch
The **@NRA** "misleading" it's own members is not the issue. The issue is that their leadership is MISREPRESENTING their interests. The majority of **#NRA** members, like the majority of Americans, support background checks & **#gunsafety** legislation.

💬 2          🔁 1          6          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Apr 2018
Replying to @shannonrwatts @DLoesch @NRA
And they meet with these recent poll results as a backdrop: The **@NRA** leadership's extreme agenda is rapidly losing steam & their Russian oligarch financial contributions aren't helping them. @MomsDemand @WAGV **@Bradybuzz** @Everytown @eqca

PBSO NEWS HOUR

**Poll: Do you think it is more important to protect gun rights or control gun violence?**

Source: PBS NewsHour/NPR/Marist  Survey of 1,011 U.S. adults April 10-13, 2018

**Control gun violence**
49%   53%   52%   55%   54%   57%

48%   44%   45%   42%   **Protect gun rights** 39%   38%

**Unsure**
3%   3%   4%   3%   7%   5%

March 2013   April 2013   October 2017   December 2017   March 2018   April 2018



🏠 Home      ⚡ Moments      🔔 Notifications      ✉ Messages            Search 🔍   NRA from:mitchofarrell        Tweet

# NRA from:mitchofarrell

Top      **Latest**      People      Photos      Videos      News      Broadcasts                                          ⋮

**Shannon Watts** ✔ @shannonrwatts
Go @JustinBrannan! Actually he was making fun of the fact the the @NRA had to relocate its Brooklyn fundraiser THREE times to avoid protests. It's not violent to jeer amoral contributors to Americans' deaths: mobile.twitter.com/JustinBrannan/… twitter.com/nratv/status/9…

💬      🔁      4      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Apr 2018
And a big part of the @NRA fraud is their claim that if you don't support assault weapons everywhere, you're against the police. Textbook divisive, race baiting propaganda - and it's not working @NRATV

> **Shannon Watts** ✔ @shannonrwatts
> Using my @NRA racism decoder ring, I'll break down what the NRA is trying to say about @johnlegend.
>
> "What makes you think" means "How dare you."…

💬      🔁 1      8      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Apr 2018
Replying to @shannonrwatts @MomsDemand @NRA
Bravo! 👏👏👏
🌐 Translate Tweet

💬      🔁      8      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Apr 2018
The @NRA wants firearms and assault weapons everywhere else except at their own convention.

> **Shannon Watts** ✔ @shannonrwatts
> Once again, the @NRA will not allow attendees to be armed in the convention center when keynotes are speaking.…

💬      🔁 3      5      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Apr 2018
Thx @shannonrwatts -And yet @Apple @amazon & @YouTube CONTINUE streaming the violent extremism of @NRATV & @FedEx STILL provides discounts to members. All of them complicit in the @NRA agenda. @MomsDemand @WAGV @eqca @Everytown @davidhogg111 @Bradybuzz

> **Shannon Watts** ✔ @shannonrwatts
> Loesch in @NRA ad: "They use their schools to teach children that their president is another Hitler" google.com/amp/s/www.vox.…

🏠 Home      ⚡ Moments      🔔 Notifications ⁴⁰      ✉ Messages      🐦          🔍 NRA from:mitchofarrell                  Tweet

# NRA from:mitchofarrell

Top      **Latest**      People      Photos      Videos      News      Broadcasts                         ⋮

@eqca

**Brady** ✓ @bradybuzz
A police officer died Wednesday morning, a day after he and a colleague
were shot in Dallas. The tragedy comes only a week before the @NRA will
take over the city for their annual convention --> cnn.it/2qYDz2C

💬 1          🔁 3              11          ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 25 Apr 2018                          ⌄
Dear @NRA -Are assault weapons or firearms of any kind allowed at your
convention in Dallas? You want them everywhere else so I'd like to know. Thx

 **Brady** ✓ @bradybuzz
Vice President, Mike Pence has been confirmed to speak at
next week's @NRA convention. We expect more from our
Vice President and so should you. Will you help defeat the
NRA & end the grasp they have on our elected official…

💬          🔁 1          3          ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 23 Apr 2018                          ⌄
Bears repeating: "In shootings where assault weapons or large capacity magazines
are used, 155% more people are shot." Begs the question: Do the @NRA & their
Congressional stooges want more Americans shot?

**Brady** ✓ @bradybuzz
New poll shows that 62% of Americans want a ban on assault weapons. DYK?
In shootings where assault weapons or large capacity magazines are used,
155% more people are shot. --> abcn.ws/2HFJ6Vd #BanAssaultWeapons

💬 1          🔁 1          2          ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 23 Apr 2018                          ⌄
The @NRA and their Congressional stooges are empowering people like this
across the country. They still refuse to consider sensible #GunSafety laws
supported by a strong majority of Americans. This madness can end in November.
#vote

 **CBS News** ✓ @CBSNews
MORE: Travis Reinking in possession of semiautomatic
weapon, .45 caliber ammunition when apprehended by
police, authorities say cbsn.ws/2JgHFKb

💬 1          🔁 2          6          ✉

**Mitch O'Farrell** ✓ @MitchOFarrell · 21 Apr 2018                          ⌄
A reminder: The @NRA is under investigation by the FBI for taking contributions
from a Russian Banker and Putin ally during the 2016 election.

⌂ Home     ⚡ Moments     🔔 Notifications     ✉ Messages          🐦          | NRA from:mitchofarrell          🔍 |             Tweet

## NRA from:mitchofarrell

Top     **Latest**     People     Photos     Videos     News     Broadcasts          ⋮

**Mitch O'Farrell** ✔ @MitchOFarrell · 17 Apr 2018          ⌄

Replying to @shannonrwatts @NRA @MomsDemand

Everyone should be suspicious of a man in a park carrying a firearm! @NRA leaders and the gun manufacturers who enrich the organization are trying to normalize this insanity.

💬 4          ⟲ 2          ⬇          40          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 16 Apr 2018          ⌄

Now we're talking! @amazonprimenow @FedEx @Apple - where are you on your ties to the @NRA & @NRATV ?Dick's Sporting Goods will destroy assault-style rifles pulled from shelves post-gazette.com/business/money… via @PittsburghPG

**Dick's Sporting Goods will destroy assault-style rifles pulled from sh…**
Typically a retailer may return unsold merchandise to the manufacturer, but Dick's said it will dispose of them in accordance with the law.
post-gazette.com

💬 1          ⟲ 3          7          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 16 Apr 2018          ⌄

"Thoughts and prayers" are clearly no longer accceptable. @NRA @MomsDemand @Everytown @eqca @WAGV @latimes

**Big banks take a stand against the gun industry - L…**
Several major banks have decided to end support for some gunmakers. Congress should take its cue from them.
latimes.com

💬 1          ⟲ 1          7          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 13 Apr 2018          ⌄

More reckless propagandizing by @DLoesch of the @NRA - reaching an all new low in the process.

**Shannon Watts** ✔ @shannonrwatts

 Home    Moments    Notifications 40    Messages      NRA from:mitchofarrell       Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts

Time for EVERYONE to take on the @NRA

> **Brady** ✔ @bradybuzz
> When Congress won't act, states and local governments will. The @NRA is taking notice --> bit.ly/2qht2PO

💬 1        🔁 2        7        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 9 Apr 2018
What more proof does anyone need that the @NRA leadership's "weapons of war for domestic use everywhere" agenda must be stopped? @Everytown @MomsDemand @eqca @drainthenra

> **WomenAgainstGunViol** @WAGV
> "These shootings occur in the Walmart parking lot, in church, in the bowling alley, in the gym — they're happening at places we go to all the time, that we never think of as unsafe," said Kathy Shorr, the Brooklyn-born photographer. #Enough  nyti.ms/2uWR0of

💬 1        🔁 3        15        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 3 Apr 2018
Replying to @tedlieu @davidhogg111
Wait, @BillOReilly is still on TV? Overwhelming majority of Americans AND @NRA members support #gunsafety legislation even if Bill O'Reilly and his bosses don't.

💬        🔁        3        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 3 Apr 2018
@amazon @FedEx and all companies that have deals with the @NRA -this is what their leadership is encouraging with their terrorist propaganda on @NRATV -Time to @drainthenra @Everytown @MomsDemand @WAGV @eqca

> **Shannon Watts** ✔ @shannonrwatts
> In light of the shooting in San Bruno at YouTube, will the @NRA apologize for this disgusting tweet in which it calls on its members to "rise up" against the company's decision to take down how-to gun videos? twitter.com/NRATV/status/9...
> Show this thread

💬        🔁 7        17        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Mar 2018
@NRA is under investigation by the FBI to see if their 30 million to help Trump included funds from Russian money launderers. What an upstanding organization they are!

> **Ron Wyden** ✔ @RonWyden
> I'm requesting further information from the @NRA after

 Home    Moments    Notifications ⁴⁰    Messages   

NRA from:mitchofarrell   🔍            Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts                           ⋮

---

their reaction. @WAGV @Bradybuzz @MomsDemand #GunControl
#EnoughIsEnough

💬 3        🔁 2         7        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Mar 2018                              ⌄

Replying to @DLoesch @NRA

One could say you're "sweating bullets" because your organization is on the run,
but that would be a bad metaphor. Now you can go back to promoting your daily
falsehoods.

💬 9        🔁        2        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Mar 2018                              ⌄

Great quote re: the @NRA - "Creatures that refuse to adapt ultimately perish."

> **Pit a youth movement for firearms regulation again…**
> The young people who marched for gun control all over
> the country showed this: The unyielding firearms lobby is
> in deep trouble with the next generation.
> latimes.com

💬 12        🔁 1         10        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Mar 2018                              ⌄

Replying to @DLoesch @NRA

And you've had time to come to your senses on #gunsafety legislation but no
one's holding their breath. #DrainTheNRA

💬 4        🔁

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 28 Mar 2018                              ⌄

The @NRA "assault weapons everywhere" agenda can and will be challenged in
the City of Los Angeles. It's time for action. @WAGV @MomsDemand
@Bradybuzz @eqca @shannonrwatts

> **Emily Alpert Reyes** @AlpertReyes
> L.A. councilman wants city to boycott companies with NRA ties
> latimes.com/local/lanow/la…

💬 114        🔁 104         373        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 28 Mar 2018                              ⌄

@DLoesch & @NRA engaging in more scapegoating to further their catastrophic
"assault weapons everywhere" agenda.

> **Shannon Watts** ✔ @shannonrwatts
> Retweet if you're "anti gun lobbyists"! twitter.com/DLoesch/status…

💬        🔁        1        ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Mar 2018

 Home    Moments    Notifications    Messages      NRA from:mitchofarrell 🔍     Tweet

## NRA from:mitchofarrell

Top  **Latest**  People  Photos  Videos  News  Broadcasts                    ⋮

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Mar 2018
Replying to @DLoesch @NRA

Vulgar & anti-intellectual? That's brazen coming from you, actively promoting domestic use of weapons of war. So as "spokesperson," are you disavowing the official **NRA** attacks on the Parkland students then? That would be your job.

💬 16      ⟲      2      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Mar 2018
Replying to @DLoesch @NRA

google.com/amp/thehill.co... –For starters.

> **NRA host criticizes Parkland students ahead of 'Ma...**
> A host for the National Rifle Association's (NRA) broadcast arm NRATV criticized survivors of the Parkland, Fla., school shooting in a video ahead of the
> thehill.com

💬 6      ⟲      1      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 27 Mar 2018

@DLoesch –How will you spin this one? Will the @**NRA** stand by its earlier claims despite the facts? Maybe you'll  just return to attacking the Parkland High students and call it a day.

> **Shannon Watts** ✔ @shannonrwatts
> Well, this destroys the @NRA's narrative. A teen took his father's loaded gun to school to fatally shoot his ex-girlfriend and himself. The armed guard did not dissuade him from carrying out the crime, nor did it ultimately stop him from doing so.

💬 6      ⟲      3      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 26 Mar 2018
Replying to @shannonrwatts @NRA

@glennbeck –Just another @**NRA** stooge masquerading as a "conservative" commentator.

💬 1      ⟲ 1      7      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 25 Mar 2018
Replying to @shannonrwatts @NRA

@RickSantorum and his way of thinking, along with all other tools of the #**NRA** are Dinosaurs who are clueless to the fact the ground has shifted under their reptilian feet. @Everytown @Bradybuzz @WAGV @MomsDemand @eqca

💬 2      ⟲ 3      6      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 Mar 2018
Replying to @NRA

Your fascist Joseph Goebbels style propaganda nonsense is again in full swing. It's

 Home    Moments    Notifications [40]    Messages   

NRA from:mitchofarrell       Tweet

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

He STILL doesn't get it & never will.

💬 1          🔁          7          ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 24 Mar 2018          ⌄
Hey @NRA @DLoesch & your stooges in Congress: "Be afraid, be very afraid."
Your monied support of domestic terrorism will no longer B tolerated!
@RepBarragan @MomsDemand @WAGV @Bradybuzz @eqca @kdeleon
@Frances_Fisher @AshleeMPreston @RichardBloom #MarchForOurLivesLA
#DrainTheNRA



💬 6          🔁 24          89          ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 23 Mar 2018          ⌄
@eqca @HRC @LambdaLegal Now is the time to step it up against the @NRA -
They are very afraid of the #LGBTQ community, as they should be. @DLoesch

> **The Task Force** @TheTaskForce
> I survived Pulse and am ready to March For Our Lives shar.es/1Lxg9J via
> @washblade #NeverAgain #MarchForOurLives

💬          🔁 1          ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 23 Mar 2018          ⌄
Replying to @bikinginla @NRA
Nice try

 Home    Moments    Notifications ⁴⁰    Messages   

NRA from:mitchofarrell 🔍           Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                    ⋮

**Shannon Watts** ✔ @shannonrwatts
"I'll march for the 96 Americans who are shot and killed every day, and hundreds more who are wounded, and whose deaths and traumas receive little to no media attention."  newsweek.com/march-our-live...

💬 6        ⟲              9        ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 23 Mar 2018          ⌄
More fascist propaganda from America's #1 domestic terrorist organization, the @NRA -Engaging in Joseph Goebbels style attacks on Stoneman Douglas High School students.

> **Shannon Watts** ✔ @shannonrwatts
> My God. This is so disgusting. So despicable. Shame on any lawmaker or company in this country that is in any way aligned with the @NRA's agenda.
>
> Every one of these NRA shills will end up in the ash heap of history. ...
> Show this thread

💬 1        ⟲ 1              6        ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 22 Mar 2018          ⌄
Hey @NRA mouthpiece @DLoesch - You are not growing your "pro-assault weapons of war for domestic use" base with this lying, gun fetish propaganda. You may however, stir up the deranged who believe you & motivate them to commit gun violence. Does this make you proud? #drainthenra

> **Shannon Watts** ✔ @shannonrwatts
> Did someone force this @NRA lobbyist to attend the CNN Town Hall (where she spouted misinformation and rhetoric)? Gun lobbyists have no place in the national discussion about gun violence. twitter.com/dloesch/status...

💬 2        ⟲ 4              10        ✉

 **Mitch O'Farrell** ✔ @MitchOFarrell · 21 Mar 2018          ⌄
Thank you @WAGV for collaborating with me on ways to advocate for #gunsafety and #gunsafetylegislation! Onward to the #marchforourlives this Saturday! #drainthenra #enoughisenough #nra #guncontrol



 Home   Moments   Notifications   Messages     NRA from:mitchofarrell  🔍     Tweet

# NRA from:mitchofarrell

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**  ⋮

 **Mitch O'Farrell** ✔ @MitchOFarrell · 20 Mar 2018  ⌄
And the city is lucky to have you! Lookout @NRA and Congressional stooges doing your bidding. Forces are uniting in an unprecedented way to bring you down. #StoptheNRA #GunSafety #eqca @MomsDemand

 **Jessica Craven** @Craven7Jessica
Fantastic meeting with @MitchOFarrell about ways @MomsDemand and his office can work together to make #GunReformNow a reality! Thanks for your time, Councilman. Your district is lucky to have you.

💬 1  🔁 2    9  

**Mitch O'Farrell** ✔ @MitchOFarrell · 18 Mar 2018  ⌄
@ChuckGrassley - tool of the @NRA - is actively blocking what 97% of Americans want; a sensible #GunSafety law that would save lives across the country. Is this the kind of representation in the US Senate that Iowans or anyone else wants?

**Brady** ✔ @bradybuzz
.@SenDurbin questions why Senate Judiciary Chair won't hold hearing on popular bill to  expand background checks to all sales. "It isn't safe if you can buy a gun over the internet" without one. - bit.ly/2IBcTw6

💬    🔁    ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 18 Mar 2018  ⌄
Walls closing in: The Fred Meyer chain latest to halt gun & ammo sales but many others continue to sell assault rifles. Zealous, delusional, fringe @NRA backed "weapons of war" enthusiasts universe shrinking but still supported by @GOP & @realDonaldTrump

**Fred Meyer says it will stop selling guns, ammuniti...**
Superstore company Fred Meyer says it will stop selling firearms and ammunition at its stores.
thehill.com

💬 1  🔁 1    3  ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 17 Mar 2018  ⌄
@NRA mission is to thwart this and all sensible #gunsafety legislation from happening across the country. Decision time: #StoptheNRA

 **Brady** ✔ @bradybuzz
Did you know? 1 in 5 guns are sold without a background check. Background checks for every gun sale. It seems simple. It is simple. Now we just need to get Congress to act! #GunReformNow

🏠 Home    ⚡ Moments    🔔 Notifications    ✉️ Messages        🔍 NRA from:mitchofarrell        Tweet

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**                    ⋮

**Mitch O'Farrell** ✓ @MitchOFarrell · 6 Mar 2018

Dear all: Bear witness to this terrorist threat from the @NRA a non-profit organization that rules the @GOP party & @realDonaldTrump actively endangering the lives of all Americans.

> **NRATV** ✓ @NRATV
> "To every lying member of the media, to every Hollywood phony, to the role model athletes who use their free speech to alter and undermine what our flag represents... Your Time is running out. The clock starts now."...
> 1:07

💬 1     🔁 2     2     ✉️

**Mitch O'Farrell** ✓ @MitchOFarrell · 1 Mar 2018

Hey @Apple & @amazon  -Not too late to join the movement & stand up to the @NRA like @DICKS & even @Walmart #StopNRAmazon #March1NRABoycott

💬     🔁 5     8     ✉️

**Mitch O'Farrell** ✓ @MitchOFarrell · 1 Mar 2018

Today is the #March1NRABoycott -We've canceled our @amazon subscription & @Apple is next. Children are our future, not the @NRA & domestic weapons of war.

💬 1     🔁 7     21     ✉️

**Mitch O'Farrell** ✓ @MitchOFarrell · 28 Feb 2018

Replying to @warrenleightTV @MomsDemand

I will stop shopping at the @WholeFoods 365 in #SilverLake in the 13th District, my go-to market, until @amazon breaks ties with the domestic terrorist organization @NRA

💬     🔁     7     ✉️

**Mitch O'Farrell** ✓ @MitchOFarrell · 28 Feb 2018

@NRA @NRATV -You can spin & propagandize the insanity of domestic proliferation of weapons of war all you want. It's not working. Your terrorist agenda is coming undone. #NRAKillsKids

> **huffpostqueer** ✓ @huffpostqueer
> "We've just decided, based on what happened, and with these guns, we don't want to be part of this story." huffp.st/GXfvtbs

💬     🔁     ✉️

**Mitch O'Farrell** ✓ @MitchOFarrell · 26 Feb 2018

Replying to @CaseyCagle @Delta @NRA

Dear Lt. Governor: The @NRA is a domestic terrorist organization and you are one of their mouth pieces. Time to step down sir.

💬     🔁     1     ✉️

🏠 Home    ⚡ Moments    🔔 Notifications ⁴⁰    ✉ Messages                  🔍 NRA from:mitchofarrell           Tweet

## NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                                        ⋮

**Mitch O'Farrell** ✔ @MitchOFarrell · 25 Feb 2018
@NRA stooges in state houses & the @GOP Congress will propose marginal #GunSafety legislation & propagandize it as a "win." We must not accept this. Only a comprehensive overhaul ending domestic access to all "weapons of war" will do. @shannonrwatts

💬          🔁                              ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 Feb 2018
Here is an updated list of organizations that do business with the domestic terrorist organization @NRA - @FedEx continues to support them. Time to #BoycottFedEx google.com/amp/s/www.esqu...

💬 1        🔁 1              4          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 Feb 2018
Replying to @JoyAnnReid
But the tide may be turning as we join forces in demanding that @NRA stooges pivot away from that ridiculous and dangerous notion.

💬 1        🔁              1          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 Feb 2018
Keep it coming! We need a forensic approach to outing and disempowering any and all enablers of the @NRA -a #domesticterrorist organization. #ParklandStudentsSpeak

> **The Washington Post** ✔ @washingtonpost
> United and Delta cut ties to NRA as boycott movement spreads to global corporations wapo.st/2Ci4JZG

💬 2        🔁 2              5          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 24 Feb 2018
The rot of corruption in the @NRA has tentacles beyond endangering all of our lives by supporting crazed gunmen. They are actively working to restrict freedom of information & our freedom from gun violence. #terrorists #NoNRABloodMoney

> **Ted Lieu** ✔ @tedlieu
> Just when you thought @NRA could not be more out of touch with the overwhelming majority of Americans, it turns out the NRA randomly supports repealing net neutrality. What's next, is the NRA going to support repealing seat belts?...

💬          🔁 2              7          ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 23 Feb 2018
Domestic terrorist organization @NRA has a stranglehold on the @GOP and the White House, halting the prevention of gun violence in our schools, churches, and everywhere else across the country. #StoptheNRA

> **Chris Murphy** ✔ @ChrisMurphyCT

 Home    Moments    Notifications    Messages   

NRA from:mitchofarrell   🔍       Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts   ⋮

@**NRA** -You may need to tap back into your Russian friends for additional funding.

> **Kyle Griffin** ✔ @kylegriffin1
> Home security startup SimpliSafe is cutting ties with the NRA.
> bostonglobe.com/business/2018/...

💬        ⟲

**Mitch O'Farrell** ✔ @MitchOFarrell · 23 Feb 2018                                    ⌄
Keep them coming. @**NRA** -The walls are closing in. You and your enablers will try and delay the inevitable but change is coming.

> **Kyle Griffin** ✔ @kylegriffin1
> Home security startup SimpliSafe is cutting ties with the NRA.
> bostonglobe.com/business/2018/...

💬        ⟲ 2        2        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 23 Feb 2018                                    ⌄
Is it any surprise that the domestic terror organization @**NRA** dismisses calls for gun control?

> **WomenAgainstGunViol** @WAGV
> Actually, Wayne La Pierre, what we "hate" is our children being murdered in schools, and in movie theaters, and malls, concerts, churches...and we "hate" our Congress members being beholden to your blood-soaked gun lobby. #RejectTheNRA twitter.com/BBCWorld/statu...

💬        ⟲ 2        7        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 21 Feb 2018                                    ⌄
Thank you for calling out gun violence enablers & the @**NRA** -We must out them for the lying frauds they are. There is nowhere for them to hide except for their "no guns allowed" terrorist convention.

> **Shannon Watts** ✔ @shannonrwatts
> .@NRA lobbyist Dana Loesch blaming mental illness for violent crime. People with mental illness commit less than 5% of violent crimes. They are more likely to be victims than perpetrators....

💬        ⟲ 4        15        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 21 Feb 2018                                    ⌄
Replying to @theTonyGee @NRA
Exactly!

💬 1        ⟲        1        ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 17 Feb 2018                                    ⌄
Replying to @PizzaGirl78 @GOP @NRA

 Home    Moments    Notifications    Messages   

NRA from:mitchofarrell 🔍

 Tweet

# NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts

over 90% of Americans want meaningful #GunSafety legislation. That will not happen with @GOP control of Congress. Their boss is the @NRA

---
**Anna B**      @PizzaGirl78
Americans Opposed to Being Shot Seek Representation in Washington
newyorker.com/humor/borowitz...
---

💬 3      ♻ 2           6      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 16 Feb 2018                    ⌄
@ChuckGrassley and other shills for the @NRA are actively supporting domestic terrorists who murder children. Time to change the direction of this country an throw them all out.

---
**Rachel Maddow MSNBC** ✔ @maddow
Re these comments from Senator Chuck Grassley today:

Sen Grassley was the lead Senate sponsor of a bill to make it easier for mentally ill people to buy guns -- it was a standalone bill; that's all it did....
---

💬      ♻           ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 15 Feb 2018                    ⌄
Dear all: No one is safe in Florida or any state that has an "anything goes" @NRA backed reckless gun proliferation policy. This is indeed the definition of insanity.

---
**T o n y G e e** @theTonyGee
You don't need a permit or a license to buy a gun in Florida.
---

💬 1      ♻ 4           7      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 15 Feb 2018                    ⌄
Replying to @WAGV @SenatorBurr @NRA

Please post individually every last legislator so people can know who are the true enemies of children, families, and a safer America.

💬      ♻           ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 15 Feb 2018                    ⌄
What a legacy of shame these members of the house & senate will leave. Over 90% of Americans want #GunSafety legislation but the @NRA controls Congress and the White House. That's right, a domestic terrorist organization makes all of us sitting ducks for the next crazed gunman.

---
**T o n y G e e** @theTonyGee
These people have no interest in protecting America's children. Sandy Hook was the litmus test. #NRA nytimes.com/interactive/20...
---

💬 1      ♻ 3           7      ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 14 Feb 2018

 Home     Moments     Notifications     Messages    

NRA from:mitchofarrell    🔍     Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts

---

pscp.tv/ABC/1BdxYRBLDB...

💬    🔁 1    5    ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · 12 Feb 2018
The human & financial costs for survivors of gun crime with little or no gun safety regulation is a tragic by-product that the zealous gun-crazed lobby would have all of us ignore. @NRA @GOP

>  **Brady** ✔ @bradybuzz
> The costs associated with surviving a shooting can be staggering and many gun violence survivors don't get the assistance they so desperately need. --> bit.ly/2nWFZx2

💬    🔁    2    ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · 14 Dec 2017
We have a solemn responsibility to reign in the vast weaponry that is easily accessible across the U.S. The overwhelming majority of Americans want #gunsafety legislation. Our natl leaders are failing us miserably by kowtowing to the @NRA - We R less safe everywhere as a result.

>  **Brady** ✔ @bradybuzz
> We will always remember and we won't stop working until we make sure another tragedy like this will never happen again. #SandyHook #ENOUGH

💬 2    🔁    2    ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · 1 Dec 2017
The @NRA is at it again. They'll stop at nothing in their campaign to terrorize this country.

> **Brady** ✔ @bradybuzz
> "Police officers think this is a terrible idea. Prosecutors think this is a terrible idea. You should listen to them."
> Law enforcement leaders call "Arm Anyone" concealed carry a threat to public safety- cnn.it/2Bp2ILU

💬 1    🔁    2    ✉

---

 **Mitch O'Farrell** ✔ @MitchOFarrell · 13 Oct 2017
@NRA -Out of step with majority of Americans and most gun owners, lobbying to provide tools for terrorists. @GOP -Stop them!

> **Brady** ✔ @bradybuzz
> .@NRA opposes @SenFeinstein bill to ban bump stocks after earlier expressing support for bump stock regulation--> cnn.it/2hFGQys

🏠 Home   ⚡ Moments   🔔 Notifications  ⁴⁰   ✉ Messages     🐦       NRA from:mitchofarrell  🔍           Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts                                         ⋮

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 2 Oct 2017                        ⌄
Prayers & waxing poetic about coming together are inadequate. Claims of "playing politics" so soon are an @NRA diversion tactic & total BS.

💬 2      ↻ 5           15          ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 2 Oct 2017                        ⌄
@NRA -Is your terrorist organization still lobbying for silencers, making it ILLEGAL to ban guns at schools, & federalizing open carry?

💬         ↻                         ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 2 Oct 2017                        ⌄
OVERWHELMING majority of Americans want #gunsafety legislation incl strong support 4 assault weapons BAN. @GOP & some Dems, where r u? @NRA

💬 6      ↻ 4           23          ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 2 Oct 2017                        ⌄
No trite responses needed for those slaughtered in Vegas. We need #gunsafety legislation & a STOP to @NRA push 4 gun silencers!

💬 1      ↻ 3           10          ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 29 Aug 2017                       ⌄
Replying to @OfficialCLM

Frustratingly, the gun lobby & @NRA will benefit if we DON'T act. We have to AMEND state law, then RE-ENACT the ban. @Mike_Feuer

💬 1      ↻                         ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 14 Aug 2017                       ⌄
@NRA Do you support Nazi white supremacist thugs carrying fire arms where ever they wish?

> **WomenAgainstGunViol** @WAGV
> Did anyone feel "SAFE" seeing these unofficial self-proclaimed militiamen show up armed with assault weapons at the Nazi rally in VA?

💬         ↻                         ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 12 Aug 2017                       ⌄
It is well documented that the @NRA foments domestic terrorism. Now they are encouraging hostile governments (jokingly or not) to nuke us.

> **John Myers** ✔ @johnmyers
> Actually, it was just about nuking the capital city. twitter.com/xeni/status/89...

💬         ↻                         ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 10 Aug 2017                       ⌄

🏠 Home  ⚡ Moments  🔔 Notifications ⁴⁰  ✉ Messages         NRA from:mitchofarrell 🔍         Tweet

## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts   ⋮

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 17 Jul 2017
Replying to @WAGV
The infantile #TexasMilitia must need their assault rifles & camouflage to feel like real men & the @NRA openly supports domestic terrorism.

💬    ⟲    5    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 12 Jun 2017
2/2 #Orlando-ZERO action by @NRA zealots in Congress. Over 15,000 Americans killed by guns every year. @Bradybuzz



💬    ⟲    3    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 4 Jun 2017
@CDCgov -Ave. of 93 Americans killed DAILY by guns. @realDonaldTrump -That's a "reason to be alarmed." #tool of the @NRA @WAGV #nobannowall

💬    ⟲         ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 23 Feb 2017
Replying to @bradybuzz @YouTube
-90% of Americans support gun control legislation. Kudos to all everywhere who challenge @NRA stooges in Congress!

💬    ⟲    1    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 10 Jul 2016
The fraudulent rationale of the **NRA**. #guncontol now! latimes.com/opinion/op-ed/...

💬    ⟲ 1    5    ✉

---

**Mitch O'Farrell** ✔ @MitchOFarrell · 21 Jun 2016
Replying to @Slate
-A good tool for following the **NRA** blood money. #guncontrol

💬    ⟲         ✉



## NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts



Replying to @Slate

@Slate If we don't act in U.S., all public & private facilities will one day have guards armed w/AK-47's. Maybe that's the goal of the **NRA**.

💬   🔁 1   ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · 15 Dec 2012

What qualifies one to become member of "well regulated militia?" **NRA** thinks everyone. Time for Supreme Court to decide. #gunviolence @WAGV

💬 1   🔁   ✉

Back to top ↑