# EXHIBIT "5"

| | | |
|---|---|---|
| HOLLY L. WOLCOTT<br>CITY CLERK<br>———<br>SHANNON D. HOPPES<br>EXECUTIVE OFFICER | City of Los Angeles<br>CALIFORNIA<br><br>ERIC GARCETTI<br>MAYOR | OFFICE OF THE<br>CITY CLERK<br><br>Council and Public Services Division<br>200 N. SPRING STREET, ROOM 395<br>LOS ANGELES, CA 90012<br>GENERAL INFORMATION - (213) 978-1133<br>FAX: (213) 978-1040<br>———<br>PATRICE Y. LATTIMORE<br>ACTING DIVISION MANAGER<br><br>CLERK.LACITY.ORG |

When making inquiries relative to this matter, please refer to the Council File No.: 18-0896

## OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

October 12, 2018

**Council File No.:** 18-0896

**Council Meeting Date:** October 10, 2018

**Agenda Item No.:** 13

**Agenda Description:** BUDGET AND FINANCE COMMITTEE REPORT relative to disclosure by prospective contractors with the City of Los Angeles of contracts or sponsorships with the National Rifle Association.

**Council Action:** BUDGET AND FINANCE COMMITTEE REPORT - ADOPTED

**Council Vote:**

| | |
|---|---|
| YES | BOB BLUMENFIELD |
| ABSENT | MIKE BONIN |
| ABSENT | JOE BUSCAINO |
| ABSENT | GILBERT A. CEDILLO |
| YES | MITCHELL ENGLANDER |
| YES | MARQUEECE HARRIS-DAWSON |
| YES | JOSE HUIZAR |
| ABSENT | PAUL KORETZ |
| ABSENT | PAUL KREKORIAN |
| YES | NURY MARTINEZ |
| YES | MITCH O'FARRELL |
| YES | CURREN D. PRICE |
| YES | MONICA RODRIGUEZ |
| YES | DAVID RYU |
| YES | HERB WESSON |

*Holly Lynn Wolcott*

HOLLY L. WOLCOTT
CITY CLERK

**AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER**

Adopted Report(s)

| Title | Date |
|---|---|
| Report from Budget and Finance Committee | 10/01/2018 |