# EXHIBIT "6"



**MICHAEL N. FEUER**
CITY ATTORNEY

REPORT NO. **R 19-0017**

JAN 1 8 2019

REPORT RE:

## DRAFT ORDINANCE ADDING ARTICLE 26 TO CHAPTER 1, DIVISION 10 OF THE LOS ANGELES ADMINISTRATIVE CODE REQUIRING CITY CONTRACTORS TO DISCLOSE ALL CONTRACTS WITH OR SPONSORSHIP OF THE NATIONAL RIFLE ASSOCIATION

The Honorable City Council
 of the City of Los Angeles
Room 395, City Hall
200 North Spring Street
Los Angeles, California 90012

Council File No. 18-0896

Honorable Members:

Pursuant to your request, this Office has prepared and now transmits for your consideration the enclosed draft ordinance, approved as to form and legality. The draft ordinance adds Article 26 to Chapter 1, Division 10 of the Los Angeles Administrative Code to require anyone seeking a contract with the City to disclose all contracts with or any sponsorship of the National Rifle Association.

### Council Rule 38 Referral

A copy of the draft ordinance was sent, pursuant to Council Rule 38, to the Bureau of Contract Administration, Department of Recreation and Parks, Department of General Services, and City Administrator Officer with a request that all comments, if any, be presented directly to the City Council when this matter is considered.

The Honorable City Council
 of the City of Los Angeles
Page 2

     If you have any questions regarding this matter, please contact Deputy City Attorney Jaime Suarez at (213) 978-1931. He or another member of this Office will be present when you consider this matter to answer questions you may have.

                          Sincerely,

                          MICHAEL N. FEUER, City Attorney

By

                          DAVID MICHAELSON
                          Chief Assistant City Attorney

DM:JS:cl
Transmittal