# EXHIBIT "8"

**HOLLY L. WOLCOTT**
CITY CLERK

**SHANNON D. HOPPES**
EXECUTIVE OFFICER

City of Los Angeles
CALIFORNIA

ERIC GARCETTI
MAYOR

OFFICE OF THE
CITY CLERK

Council and Public Services Division
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040

**PATRICE Y. LATTIMORE**
DIVISION MANAGER

CLERK.LACITY.ORG

When making inquiries relative to this matter, please refer to the Council File No.: 18-0896

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

February 13, 2019

**Council File No.:** 18-0896
**Council Meeting Date:** February 12, 2019
**Agenda Item No.:** 4
**Agenda Description:** BUDGET AND FINANCE COMMITTEE REPORT and ORDINANCE FIRST CONSIDERATION relative to amending the Los Angeles Administrative Code to require City contractors and prospective City contractors to disclose all contracts with or sponsorship of the National Rifle Association.

**Council Action:** BUDGET AND FINANCE COMMITTEE REPORT AND ORDINANCE FIRST CONSIDERATION - ADOPTED

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | BLUMENFIELD | ABSENT | HUIZAR | YES | PRICE |
| YES | BONIN | YES | KORETZ | YES | RODRIGUEZ |
| YES | BUSCAINO | YES | KREKORIAN | YES | RYU |
| YES | CEDILLO | YES | MARTINEZ | YES | SMITH |
| YES | HARRIS-DAWSON | YES | O'FARRELL | YES | WESSON |

*[signature]*

HOLLY L. WOLCOTT
CITY CLERK

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 250**

**FILE SENT TO MAYOR:** 02/13/2019

**LAST DAY FOR MAYOR TO ACT:** 02/25/2019

✓
_____
**APPROVED**

_____
**\*DISAPPROVED**

_____
**\*VETO**

*[signature]*
_____
Mayor

02/18/2019
_____
**DATE SIGNED**

AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER

Adopted Report(s)

| Title | Date |
|---|---|
| Final Ordinance No. 186000 | 04/01/2019 |
| Report from Budget and Finance Committee | 02/04/2019 |