1  MICHAEL N. FEUER, City Attorney (SBN 111529x)
2  JAMES P. CLARK, Chief Deputy City Attorney (SBN 64780)
   james.p.clark@lacity.org
3  GABRIEL S. DERMER, Supervising City Attorney (SBN 229424)
   gabriel.dermer@lacity.org
4  BENJAMIN CHAPMAN, Deputy City Attorney (SBN 234436)
5  benjamin.chapman@lacity.org
6  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, California 90012
7  Telephone Number:  213.978.7556
   Facsimile Number: 213.978.8214
8

9  Attorneys for Defendants,
10 CITY OF LOS ANGELES, ERIC GARCETTI, and HOLLY WOLCOTT

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14 NATIONAL RIFLE ASSOCIATION OF      )  Case No.: 19-cv-03212-SVW-GJS
15 AMERICA; JOHN DOE,                 )
                                      )  **DEFENDANTS CITY OF LOS ANGELES,**
16              Plaintiffs,           )  **ERIC GARCETTI, AND HOLLY**
                                      )  **WOLCOTT'S REQUEST FOR JUDICIAL**
17 vs.                                )  **NOTICE IN SUPPORT OF THEIR MOTION**
                                      )  **TO DISMISS THE COMPLAINT**
18                                    )
19 CITY OF LOS ANGELES; ERIC          )
   GARCETTI, in his official capacity as )
20 Mayor of the City of Los Angeles;  )  Date:    July 8, 2019
   HOLLY L. WOLCOTT, in her official  )  Time:    1:30 p.m.
21 capacity as City Clerk of the City of Los )  Ctrm:    10A-First Street Courthouse
22 Angeles, and DOES 1-10,            )  Judge:   Hon. Stephen V. Wilson
                                      )
23
              Defendants.
24 _____        Action Filed: 04/24/2019
25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that in support of their motion to dismiss, Defendants City of Los Angeles (the "City") Los Angeles Mayor Eric Garcetti, and Los Angeles City Clerk Holly Wolcott request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following document attached to the Declaration of Benjamin Chapman ("Chapman Decl."):

Exhibit A:   Section 371 of the Los Angeles City Charter, which is available on the Internet at https://www.lacity.org/your-government/government-information/city-charter-rules-and-codes (last visited May 23, 2019).

## I.   LEGAL STANDARD

In ruling on a Rule 12(b)(6) motion to dismiss, courts must consider "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). A court may take judicial notice of matters that are capable of immediate and accurate determination by resort to easily accessible sources of indisputable accuracy. (Fed. R. Evid. § 201(b).) A court "shall take judicial notice if requested by a party and supplied with the necessary information." (*Id.* § 201(d).)

### A.   Exhibit A Is Properly Subject To Judicial Notice Under Federal Rule Of Evidence Section 201(b).

Exhibit A to the Chapman Declaration is Section 371 of the Los Angeles City Charter. Under Federal Rule of Evidence section 201, judicial notice may be taken of a fact "not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (Fed. R. Evid. § 201(b)(1).) Courts routinely take judicial notice of Charter provisions, which are matters of public record. *See*, *e.g.*, *Chew v. City & County of San Francisco*, No. 13-cv-05286-MEJ, 2016 U.S. Dist. LEXIS 19987, at *2 (N.D. Cal. Feb. 17, 2016) (taking judicial notice of San Francisco City Charter provisions, noting "[t]he Court may take judicial notice of matters of public record, including official municipal enactments, ordinances

and statutes"); *Gallagher v. San Diego Unified Port Dist*., No. 08-CV-886-IEG-RBB, 2009 U.S. Dist. LEXIS 9277, at *3 n.2 (S.D. Cal. Feb. 6, 2009) ("City charters and ordinances are proper subjects for judicial notice, as they are considered within the public's common knowledge." (citing Fed. R. Evid. § 201)).

**II.   CONCLUSION**

For the reasons stated herein, Defendants respectfully request that the Court take judicial notice of Exhibit A, which is attached to the Chapman Declaration.


Dated:  May 23, 2019                     OFFICE OF THE CITY ATTORNEY OF LOS
                                         ANGELES

                                         By:
                                              */s/ Benjamin Chapman*
                                              Benjamin Chapman

                                         Attorneys for Defendants
                                         CITY OF LOS ANGELES, ERIC
                                         GARCETTI, and HOLLY WOLCOTT