MICHAEL N. FEUER, City Attorney (SBN 111529x)
JAMES P. CLARK, Chief Deputy City Attorney (SBN 64780)
james.p.clark@lacity.org
GABRIEL S. DERMER, Supervising City Attorney (SBN 229424)
gabriel.dermer@lacity.org
BENJAMIN CHAPMAN, Deputy City Attorney (SBN 234436)
benjamin.chapman@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number:  213.978.7556
Facsimile Number: 213.978.8214

Attorneys for Defendants,
CITY OF LOS ANGELES, ERIC GARCETTI, and HOLLY WOLCOTT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NATIONAL RIFFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of the City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of the City of Los Angeles, and DOES 1-10,<br><br>Defendants. | Case No.: 19-cv-03212-SVW-GJS<br><br>**DECLARATION OF BENJAMIN CHAPMAN IN SUPPORT OF DEFENDANTS CITY OF LOS ANGELES, ERIC GARCETTI, AND HOLLY WOLCOTT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date:    July 8, 2019<br>Time:   1:30 p.m.<br>Ctrm:   10A-First Street Courthouse<br>Judge:  Hon. Stephen V. Wilson<br><br>Action Filed: 04/24/2019 |

# DECLARATION OF BENJAMIN CHAPMAN

I, Benjamin Chapman, declare and state as follows:

1. I am an attorney at law duly admitted to practice before the Courts of the State of California. I am a Deputy City Attorney, counsel of record for Defendants the City of Los Angeles (the "City"), Los Angeles Mayor Eric Garcetti, and Los Angeles City Clerk Holly Wolcott. I have personal knowledge of the facts set forth below, and, if called as a witness, could and would testify competently thereto.

2. The City is bound by its Charter. The City's Charter is available online. On May 23, 2019, I went to https://www.lacity.org/your-government/government-information/city-charter-rules-and-codes, and clicked on the link marked "City Charter." Navigating from this link, I was able to download Section 371 of the Charter, a true and correct copy of which is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2019 at Los Angeles, California.

/s/Benjamin Chapman