# EXHIBIT 11

 

**NRA** EXPLORE ⌄    JOIN | RENEW | DONATE     WATCH NRA**TV**

☰
**MENU**

**NRA** | NATIONAL RIFLE ASSOCIATION

# A Brief History of the NRA

Dismayed by the lack of marksmanship shown by their troops, Union veterans Col. William C. Church and Gen. George Wingate formed the National Rifle Association in 1871. The primary goal of the association would be to "promote and encourage rifle shooting on a scientific basis," according to a magazine editorial written by Church.

After being granted a charter by the state of New York on November 17, 1871, the NRA was founded. Civil War Gen. Ambrose Burnside, who was also the former governor of Rhode Island and a U.S. senator, became the fledgling NRA's first president.

An important facet of the NRA's creation was the development of a practice ground. In 1872, with financial help from New York State, a site on Long Island, the Creed Farm, was purchased for the purpose of building a rifle range. Named Creedmoor, the range opened a year later, and it was there that the first annual matches were held.

Political opposition to the promotion of marksmanship in New York forced the NRA to find a new home for its range. In 1892, Creedmoor was deeded back to the state and NRA's matches moved to Sea Girt, New Jersey.

The NRA's interest in promoting the shooting sports among America's youth began in 1903 when NRA Secretary Albert S. Jones urged the establishment of rifle clubs at all major colleges, univers[...] 1906, NRA's youth program was in full swi[...] competing in matches at Sea Girt that sum[...] still a cornerstone of the NRA, with more t[...] in NRA shooting sports events and affiliat[...]



How can we help you?

[ Dismiss ]    [ **Chat now** ]

 

**NATIONAL RIFLE ASSOCIATION**

construction of a new shooting facility on the shores of Lake Erie, 45 miles east of Toledo, Ohio. Camp Perry became the home of the annual National Matches, which have been the benchmark for excellence in marksmanship ever since. With nearly 6,000 people competing annually in pistol, smallbore and high-power events, the National Matches are one of the biggest sporting events held in the country today.

Through the association's magazine, The American Rifleman, members were kept abreast of new firearms bills, although the lag time in publishing often prevented the necessary information from going out quickly. In response to repeated attacks on the Second Amendment rights, NRA formed the Legislative Affairs Division in 1934. While NRA did not lobby directly at this time, it did mail out legislative facts and analyses to members, whereby they could take action on their own. In 1975, recognizing the critical need for political defense of the Second Amendment, NRA formed the Institute for Legislative Action, or ILA.

Meanwhile, the NRA continued its commitment to training, education and marksmanship. During World War II, the association offered its ranges to the government, developed training materials, encouraged members to serve as plant and home guard members, and developed training materials for industrial security. NRA members even reloaded ammunition for those guarding war plants. Incidentally, the NRA's call to help arm Britain in 1940 resulted in the collection of more than 7,000 firearms for Britain's defense against potential invasion by Germany (Britain had virtually disarmed itself with a series of gun-control laws enacted between World War I and World War II).

After the war, the NRA concentrated its ef... arena for education and training: the hunt... conjunction with the state of New York, es... program. Hunter Education courses are n...

**How can we help you?**

Dismiss     Chat now



 | NATIONAL RIFLE ASSOCIATION

☰
MENU

NRA EXPLORE ⌄    JOIN | RENEW | DONATE     WATCH NRATV

hunting today with the Youth Hunter Education Challenge (YHEC), a program that allows youngsters to build on the skills they learned in basic hunter education courses. YHECs are now held in 43 states and three Canadian provinces, involving an estimated 40,000 young hunters.

The American Hunter and The American Rifleman were the mainstays of NRA publications until the debut of The American Guardian in 1997. The Guardian was created to cater to a more mainstream audience, with less emphasis on the technicalities of firearms and a more general focus on self-defense and recreational use of firearms. The Guardian was renamed America's 1st Freedom in June of 2000.

Law enforcement training was next on the priority list for program development. Although a special police school had been reinstated at Camp Perry in 1956, NRA became the only national trainer of law enforcement officers with the introduction of its NRA Police Firearms Instructor certification program in 1960. Today, there are more than 13,000 NRA-certified police and security firearms instructors. Additionally, top law enforcement shooters compete each year in eight different pistol and shotgun matches at the National Police Shooting Championships held in Albuquerque, New Mexico.

In civilian training, the NRA continues to be the leader in firearms education. Over 125,000 certified instructors now train about 1,000,000 gun owners a year. Courses are available in basic rifle, pistol, shotgun, muzzleloading firearms, personal protection, even ammunition reloading. Additionally, nearly 7,000 certified coaches are specially trained to work with young competitive shooters. Since the establishment of the lifesaving Eddie Eagle GunSafe® Program in 1988, more than 28 million pre... children have learned that if they see a fir... they should "STOP. DON'T TOUCH. RUN ... past seven years, Refuse To Be A Victim®...

**How can we help you?**

Dismiss    Chat now

 

NRA EXPLORE ⌄          JOIN | RENEW | DONATE          WATCH NRATV

☰
MENU          NATIONAL RIFLE ASSOCIATION

Establishing the NRA Foundation, a 501 (c) (3) tax-exempt organization, provided a means to raise millions of dollars to fund gun safety and educational projects of benefit to the general public. Contributions to the Foundation are tax-deductible and benefit a variety of American constituencies including youth, women, hunters, competitive shooters, gun collectors, law enforcement agents and persons with physical disabilities.

While widely recognized today as a major political force and as America's foremost defender of Second Amendment rights, the NRA has, since its inception, been the premier firearms education organization in the world. But our successes would not be possible without the tireless efforts and countless hours of service our nearly five million members have given to champion Second Amendment rights and support NRA programs. As former Clinton spokesman George Stephanopoulos said, "Let me make one small vote for the NRA. They're good citizens. They call their congressmen. They write. They vote. They contribute. And they get what they want over time."



IT'S TIME AMERICA HONORED ITS POLICE AGAI...

**How can we help you?**

Dismiss          Chat now





**MENU**



NATIONAL RIFLE ASSOCIATION



The National Rifle Association is America's longest-standing civil rights organization. Together with our more than five million members, we're proud defenders of history's patriots and diligent protectors of the Second Amendment.

## EXPLORE

| NRA TV | NRA-ILA |
|---|---|
| NRA Publications | Member Services |
| Careers | Feedback |
| Contact | About the NRA |
| Media Inquiries | |

## FOLLOW US

f    Twitter    YouTube    Instagram

**How can we help you?**

Dismiss     Chat now



NRA EXPLORE ⌄     JOIN | RENEW | DONATE     WATCH NRATV

☰
MENU

      | NATIONAL RIFLE ASSOCIATION

How can we help you?

Dismiss          Chat now

# EXHIBIT 12

 **NRA EXPLORE** ﹀ | **JOIN** | **RENEW** | **DONATE** | **WATCH NRATV**



≡
**MENU**

# Find an NRA Training Course near you

Find NRA's education and training course(s) near your area. Enter your zip code and select a search radius (The approximate distance is calculated from the center of the specified location). You can also search course(s) by state. Don't forget to peruse NRA Online Training Opportunities too!

## Select Course(s):

# PISTOL

### Learn to Shoot

☐ NRA Basics of Pistol Shooting - Blended

☐ NRA Basics of Pistol Shooting - Instructor Led Only

☐ NRA Basic Metallic Cartridge Reloading Course

☐ NRA-NMLRA Basic Muzzleloading Shooting Course

☐ NRA Pistol Marksman Simulator Training

☐ NRA Women On Target® Instructional Shooting Clinic

☐

### Become an NRA Coach or Instructor

☐ NRA Instructor Pistol Shooting Course

☐ NRA Instructor Metallic Cartridge Reloading Course

☐ NRA-NMLRA Instructor Muzzleloading Shooting Course

☐ NRA Level 1 Pistol Coach School



 | TRAINING

☐ NRA FIRST Steps Rifle Orientation

☐ NRA Basic Rifle Shooting Course

☐

NRA Basic Metallic Cartridge Reloading Course

☐

NRA-NMLRA Basic Muzzleloading Shooting Course

☐

NRA Women On Target® Instructional Shooting Clinic

☐ NRA Instructor Rifle Shooting Course

☐

NRA Instructor Metallic Cartridge Reloading Course

☐

NRA-NMLRA Instructor Muzzleloading Shooting Course

☐

NRA Level 1 Rifle Coach School (Smallbore and Air)

☐

NRA Level 1 High Power Rifle Coach School

# SHOTGUN

**Learn to Shoot**

☐ NRA FIRST Steps Shotgun Orientation

☐ NRA Basic Shotgun Shooting Course

☐

NRA-NMLRA Basic Muzzleloading Shooting Course

☐

NRA Basic Shotgun Shell Reloading Course

☐

**Become an NRA Coach or Instructor**

☐

NRA Instructor Shotgun Shooting Course

☐

NRA-NMLRA Instructor Muzzleloading Shooting Course

☐

NRA Instructor Shotgun Shell Reloading Course

☐ NRA Level 1 Shotgun Coach School



**NRA** EXPLORE     **JOIN** | **RENEW** | **DONATE**     WATCH **NRATV**

☰
**MENU**

 | TRAINING

**Learn to Shoot**

☐

NRA Basic Personal Protection In The Home Course

☐

NRA Basics of Person Protection Outside The Home Course

☐ NRA Defensive Pistol Course

☐

NRA Carry Guard Level 1 Student Training

☐ NRA Basic CCW

**Become an NRA Coach or Instructor**

☐

NRA Instructor Personal Protection In The Home Course

☐ NRA Instructor CCW

☐

NRA Instructor Basics of Personal Protection Outside The Home Course

# SAFETY

**Learn to Shoot**

☐ NRA Basic Range Safety Officer Course

☐ NRA Home Firearm Safety Course

☐ NRA Refuse To Be A Victim® Seminars

**Become an NRA Coach or Instructor**

☐ NRA Chief Range Safety Officer Course

☐

NRA Instructor Home Firearm Safety Course

☐

NRA Refuse To Be A Victim® Instructor Development Workshop

# SEARCH

**BSA Only**

**Search by Zip & Mile:**

 

**NRA** EXPLORE     JOIN  |  RENEW  |  DONATE     WATCH **NRATV**

☰
**MENU**

 | TRAINING

Youth Only

☐ NRA courses for Youth only

**SEARCH**

## General Information

- Education and Training Home Page
- Training Programs
- Become An NRA Certified Instructor
- Basic Firearms Training
- Contact Training Program Administrators

## NRA Online Training Courses

- NRA Basics of Pistol Shooting - Online Course
- Range Safety Officer
- Refuse To Be a Victim Instructor
- Range Development & Operations Course
- Club Leadership and Development

## Training & Shooting Opportunities

- Brownells / NRA Day Events
- NRA 3-gun Experience Events
- NRA Coach Schools
- Range Development & Operations Course
- Women's Wilderness Escape





**MENU**

The National Rifle Association is America's longest-standing civil rights organization. Together with our more than five million members, we're proud defenders of history's patriots and diligent protectors of the Second Amendment.

**About Us**

**Privacy Policy**

**Verify Instructors**

**Careers at the NRA**

**Contact Us**

**Website Feedback**

**Home Study**

© 2017 National Rifle Association of America. Privacy Policy

# EXHIBIT 13

**NRA** | NATIONAL RIFLE ASSOCIATION **MEMBERSHIP**

# DEFEND YOUR FREEDOM

JOIN NOW!        RENEW!

(HTTPS://JOINNRA.NRA.ORG/JOIN.ASPX) (HTTPS://MEMBERSHIP.NRA.ORG/RENEW)

## WHAT IS THE NRA?

The NRA is America's preeminent gun rights organization, made up of nearly five million members. Together, we fight and win the toughest battles for the Second Amendment, all while offering the best firearms educational programs in the country.

Every day, the NRA fights back against politicians, judges, and bureaucrats who want to regulate, restrict, and ultimately, destroy your Second Amendment freedom.

That's why you need to join the NRA RIGHT NOW. (https://joinnra.nra.org/join.aspx)

## What are the benefits of NRA membership?

As an NRA member, you'll get an official NRA membership card, a free NRA decal, and a free subscription to one of the NRA's award-winning magazines.

Plus, you'll receive valuable NRA 5-Star Benefits that put hundreds of dollars back in your pocket!

✔ **YOUR CHOICE** of an NRA Member Magazine
✔ **SPECIAL SAVINGS** from NRA Member Partners
✔ **FREE ADMISSION** to NRA's Guns, Gear & Outfitter Show
✔ **AND MORE!**

*Activation Required*

## How much does it cost to join the NRA?

Your one-year NRA membership is just $45 and unlocks all of NRA's member benefits, giving you access to hundreds of dollars in savings. And if you'd like to save even more, choose a two-year membership for $75, a three-year membership for $100, or, for the best value, a five-year membership for only $150.

JOIN NOW!        RENEW!

Or call: 877-672-2000

## How does the NRA use my membership dues?

Your support will help us defend your Second Amendment freedom whenever and wherever it comes under attack.

In addition, your membership dues will help the NRA cultivate the next generation of sportsmen and women through our youth firearms trainings...empower women with our self-defense programs...and support our police officers with our world-class law enforcement training programs.

LIVE CHAT

# What is the NRA's history?

The National Rifle Association was founded in 1871 by U.S. Army veterans Col. William C. Church and Gen. George Wingate to "promote and encourage rifle shooting on a scientific basis." In the following decades, the NRA has provided world-class firearms instruction to thousands of gun owners across the country.

When anti-gun lobbyists and politicians began their war on the Second Amendment four decades ago, the NRA fought back. And over the years, we've defeated hundreds of attempts on the national, state and local levels to infringe on your Right to Keep and Bear Arms.

Today, the NRA stands as America's oldest civil rights organization. Every time there's a threat to your gun rights, the NRA is there to defend your freedom. We also provide firearms training and gun safety programs to gun owners from all walks of life.

**NRA HOME (https://home.nra.org/)   ·   PRIVACY POLICY (https://membership.nrahq.org/privacy.asp)
STATE BY STATE DISCLOSURES (https://www.nra.org/NRA-UniformDisclosureStatement.pdf)
CONTACT US (https://contact.nra.org/contact-us.aspx)**

© 2019 National Rifle Association of America.
11250 Waples Mill Road, Fairfax, VA 22030.

LIVE CHAT

# EXHIBIT 14

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD

ABOUT   FOLLOW   MY ACCOUNT ▾   DONATE

## Pew Research Center

*Social & Demographic Trends*

SEARCH

MENU        RESEARCH AREAS

JUNE 22, 2017

# America's Complex Relationship With Guns

  

*An in-depth look at the attitudes and experiences of U.S. adults*

**BY KIM PARKER (HTTPS://WWW.PEWRESEARCH.ORG/STAFF/KIM-PARKER) , JULIANA MENASCE HOROWITZ (HTTPS://WWW.PEWRESEARCH.ORG/STAFF/JULIANA-MENASCE-HOROWITZ) , RUTH IGIELNIK (HTTPS://WWW.PEWRESEARCH.ORG/STAFF/RUTH-IGIELNIK) , J. BAXTER OLIPHANT (HTTPS://WWW.PEWRESEARCH.ORG/STAFF/BAXTER-OLIPHANT) AND ANNA BROWN (HTTPS://WWW.PEWRESEARCH.ORG/STAFF/ANNA-BROWN)**



(David Ryder/Stringer)



**About four-in-ten U.S. adults say they live in a gun-owning household**

*% of all adults saying they …*

Live in a household with a gun **42%**

Currently own a gun **30%**

Live in a household with NO guns **57%**

Don't currently own a gun but live with someone who does **11%**

*% who …*

Grew up in a household with guns **48%**

Say at least some of their friends own guns **59%**

Have shot a gun **72%**

Note: In pie chart, share of respondents who didn't offer an answer shown but not labeled. Figures may not add to 100% or to subtotals indicated due to rounding.
Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

**PEW RESEARCH CENTER**

(https://www.pewsocialtrends.org/2017/06/22/guns-and-daily-life-identity-experiences-activities-and-involvement/psdt_2017-06-22-guns-new-6-22-02/) **As a nation, the U.S. has a deep and enduring connection to guns. Integrated into the fabric of American society since the country's earliest days, guns remain a point of pride for many Americans. Whether for hunting, sport shooting or personal protection, most gun owners count the right to bear arms as central to their freedom. At the same time, the results of gun-related violence have shaken the nation, and debates over gun policy remain sharply polarized.**

**A new Pew Research Center survey attempts to better understand the complex relationship Americans have with guns and how that relationship intersects with their policy views.**

**The survey finds that Americans have broad exposure to guns, whether they personally own one or not. At least two-thirds have lived in a household with a gun at some point in their lives. And roughly seven-in-ten – including 55% of those who have never personally owned a gun – say they have fired a gun at some point. Today, three-in-ten U.S. adults say they own a gun, and an additional 36% say that while they don't own one now, they might be open to owning a gun in the future. A third of adults say they don't currently own a gun and can't see themselves ever doing so.**

To be sure, experiences with guns aren't always positive: 44% of U.S. adults say they personally know someone who has been shot, either accidentally or intentionally, and about a quarter (23%) say they or someone in their family have been threatened or intimidated by someone using a gun. Half see gun violence as a very big problem in the U.S. today, although gun owners and non-owners offer divergent views on this.

Gun owners and non-owners are also deeply divided on several gun policy proposals, but there is agreement on some restrictions, such as preventing those with mental illnesses and those on federal watch lists from buying guns. Among gun owners, there is a diversity of views on gun policy, driven in large part by party affiliation.

The nationally representative survey of 3,930 U.S. adults, including 1,269 gun owners, was conducted March 13 to 27 and April 4 to 18, 2017, using the Pew Research Center's American Trends Panel (https://www.pewresearch.org/methodology/u-s-survey-research/american-trends-panel/) .[1] Among the key findings:

**The ties that bind gun owners to their firearms are often deep**



## Majority of gun owners own multiple guns

*% of gun owners saying they own ...*

| | More than one gun 66% | |
|---|---|---|
| One gun 32% | 2-4 guns (37%) | 5+ guns (29%) |

Note: Share of respondents who didn't offer an answer not shown.
Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-10/) A majority of gun owners (66%) own multiple firearms, and about three-quarters (73%) say they could never see themselves *not* owning a gun.

Many American gun owners exist in a social context where gun ownership is the norm. Roughly half of all gun owners (49%) say that all or most of their friends own guns. In stark contrast, among those who don't own a gun, only one-in-ten say that all or most of their friends own guns.

Experience with guns starts relatively early particularly for those who grew up in a gun-owning household. Men who grew up in a household with guns and who have ever shot a gun report that they first fired a gun when they were, on average, 12 years old. Among women who grew up in gun-owning households and who have ever shot a gun, the average age at which they first fired a gun is 17. Men tend to become gun owners at an earlier age than women: 19 years old, on average, vs. 27 years old for women.

**For most gun owners, owning a firearm is tied to their personal freedom**



About three-quarters of gun owners say owning a gun is essential to their freedom

*% saying each is essential to their own sense of freedom*

Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-09/) **One key and defining characteristic of gun owners is the extent to which they associate the right to own guns with their own personal sense of freedom – 74% of gun owners say this right is essential, compared with only 35% of non-gun owners who say the same.**

While the right to own guns is highly valued by most gun owners, not all gun owners see gun ownership the same way. Half of all gun owners say owning a gun is important to their overall identity – with 25% saying this is very important and another 25% calling it somewhat important. Three-in-ten gun owners say owning a gun is not too important to their identity and 20% say it's not at all important.

**White men are especially likely to be gun owners, but ownership crosses demographic boundaries**

About half of white men (48%) say they own a gun. By comparison, about a quarter of white women and nonwhite men (24% each) own guns, along with 16% of nonwhite women. [2] There is also an education gap in gun ownership and that, too, is particularly pronounced among whites: 41% of whites without a bachelor's degree are gun owners, compared with about a quarter of whites with at least a bachelor's degree (26%).

Geographically, gun ownership is less concentrated in the Northeast than in other regions in the country, and there is a vast urban-rural divide across regions. Among adults who live in rural areas, 46% say they own a gun. By comparison, 28% of adults who live in the suburbs and even fewer – 19% – in urban areas own a gun.

▼ **The demographics of gun ownership**

**Male gun owners tend to be more immersed in gun culture than their female counterparts**



**Men are more likely than women to participate in some gun-oriented activities**

*% of gun owners saying they do each of the following often or sometimes*

Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.

"America's Complex Relationship With Guns"

**PEW RESEARCH CENTER**

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-07/) From hunting and shooting to visiting gun-related websites and watching gun-oriented TV programs, there are many activities available to gun enthusiasts. About half of gun owners (52%) say they go shooting or to a gun range often or sometimes; 34% go hunting and 24% attend gun shows at least sometimes.

When it comes to gun-oriented media, roughly four-in-ten gun owners (39%) report that they at least sometimes watch TV shows and videos about guns, and 35% visit websites about guns, hunting or other shooting sports. Gun-related podcasts, radio shows and online discussion forums are less popular: About one-in-ten gun owners say they listen to gun-oriented podcasts or radio shows (11%) or participate in online discussion forums about guns (10%) at least sometimes.

Male gun owners are more likely than women who own guns to engage in some of these activities. For example, 58% of men who own guns say they go shooting or to a gun range at least sometimes, compared with 43% of female gun owners. Men also hunt at higher rates than women and watch more gun-oriented TV shows or videos.

Consistent with their more frequent engagement in gun-related activities, male gun owners are more socially connected to other gun owners than their female counterparts: 54% of men who own guns say all or most of their friends are also gun owners, while 40% of women say the same.

**Protection tops the list of reasons for owning a gun**

Two-thirds of gun owners say protection is a major reason they own a gun. By comparison, about four-in-ten (38%) cite hunting as a major reason and three-in-ten cite sport shooting, including target shooting, trap and skeet. Fewer point to a gun collection (13%) or to their job (8%) as being central to why they own a gun. To be sure, for many gun owners, these reasons overlap: 44% offer more than one major reason for owning a gun.



### Most gun owners cite protection as a major reason for owning a gun

*% of gun owners saying each is a major reason why they own a gun*

| | |
|---|---|
| For protection | 67% |
| For hunting | 38 |
| For sport shooting | 30 |
| As part of a gun collection | 13 |
| For their job | 8 |

Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-06/)
Roughly one-in-seven adults who own or have owned a gun (15%) say they have fired or threatened to fire a gun to defend themselves, their family or their possessions.

Regardless of the reasons for owning a gun, most gun owners don't think their having a firearm is public business, but they also aren't going out of their way to hide the fact that they own a gun. Eight-in-ten gun owners say they don't mind if other people know they own a gun, but they don't set out to tell them; 14% say they'd rather other people not know that they have a firearm, and 6% actively do want others to know.

**For many gun owners, a gun is often close at hand**



**About four-in-ten gun owners say there is always a loaded gun within easy reach when they're at home**

*% of gun owners saying there is a loaded gun easily accessible to them ____ when at home*

| | All of the time | Most of the time | Only some of the time | Never |
|---|---|---|---|---|
| All gun owners | 38% | 17 | 12 | 33 |
| Men | 43 | 16 | 9 | 32 |
| Women | 29 | 19 | 17 | 35 |

Note: Share of respondents who didn't offer an answer not shown.
Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-05/)

Roughly four-in-ten gun owners (38%) say there is a gun that is both loaded and easily accessible to them all of the time when they're at home. Men are especially likely to have a loaded gun at the ready: 43% of male gun owners vs. 29% of women who own guns say a loaded gun is always easily accessible.

Overall, about seven-in-ten gun owners say they own a handgun or a pistol (72%), while 62% say they own a rifle and 54% own a shotgun. Handguns are more common among those who own a gun for protection.

Among those who own a handgun, about one-in-four (26%) say they carry their gun with them outside of their home all or most of the time, a share that rises to 41% among those who think of their local community as unsafe.

**When it comes to gun safety in homes with children, there are some areas of agreement about key precautions**



**Despite some agreement, gun owners and non-owners mostly differ on views of key responsibilities of gun owners**

*% saying it is essential for gun owners with children at home to do each of the following*

| | Gun owners | Non-gun owners |
|---|---|---|
| Talk to their children about gun safety | 95% | 89% |
| Keep all of their guns in a locked place | 90 | 66 |
| Take gun safety courses | 79 | 59 |
| Keep all of their guns unloaded | 73 | 44 |
| Store guns and ammunition separately | 69 | 43 |
| Keep their shooting skills up-to-date | 48 | 41 |
| Advise visitors with children that there are guns in the house | 48 | 26 |
| Advise visitors that there are guns in the house | 24 | 5 |

Note: A random subset of respondents was asked about advising "visitors with children" that there are guns in the house and another random subset was asked about advising "visitors" that there are guns in the house.
Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-04/) **Of the many possible safety precautions gun owners could take when they live with children in the home, three receive majority support from both non-owners and those who currently own a firearm. Nearly all gun owners (95%) believe that talking to children about gun safety is essential, followed by 66% who say all guns should be kept in a locked place when there are children living in the home, and 59% who say gun owners who are parents should take a gun safety course. Majorities of non-gun owners also say these are essential measures for gun owners with children in the home.**

**The majority of Americans who don't own guns feel it is also essential for gun owners with children living in the home to keep their guns unloaded and in a separate spot from the ammunition. Gun owners disagree. Majorities say these measures are either important but not essential or not important, even in households with children.**

**When asked about their own habits, roughly half of gun owners with children under 18 living at home say all of the guns in their home are kept in a locked place (54%) and all are unloaded (53%).**

**Still, many gun owners with children say at least some of their guns are kept unlocked and loaded. In fact, 30% of these gun owners say there is a gun that is both loaded and easily accessible to them all of the time when they're at home.**

**Americans who own guns largely disagree with non-owners on gun policy, but some proposals have support from both groups**



### Some agreement and many divisions between owners and non-owners on gun proposals

*% who strongly or somewhat favor ...*

|  | | All adults |
|---|---|---|
| Preventing the mentally ill from purchasing guns | Gun owners 89% / Non-gun owners 89% | 89% |
| Background checks for private sales and at gun shows | 77 — 87 | 84 |
| Barring gun purchases by people on no-fly or watch lists | 82 84 | 83 |
| Creating a federal database to track gun sales | 54 — 80 | 71 |
| Banning assault-style weapons | 48 — 77 | 68 |
| Banning high-capacity magazines | 44 — 74 | 65 |
| Allowing concealed carry in more places | 37 — 67 | 46 |
| Allowing teachers and officials to carry guns in K-12 schools | 35 — 66 | 45 |
| Shortening waiting periods for buying guns legally | 29 — 53 | 36 |
| Allowing concealed carry without a permit | 12 — 33 | 19 |

Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-03/) **Solid majorities of both gun owners and non-owners favor limiting access to guns for people with mental illnesses and individuals who are on the federal no-fly or watch lists (82% or higher favor among each group). In addition, strong majorities favor background checks for private sales and at gun shows (77% among gun owners and 87% among non-owners).**

**The groups are more divided when it comes to three other policy proposals: creating a federal database to track gun sales; banning assault-style weapons; and banning high-capacity magazines. Even so, significant shares of gun owners are open to these proposals. Roughly half of gun owners (54%) say they would favor creating a federal database, and 48% favor a ban on assault weapons. Some 44% of gun owners favor banning high-capacity magazines. Support for these proposals is much higher among non-gun owners, with about three-quarters or more saying they would support each of these proposals.**

At the same time, majorities of gun owners favor proposals that would *expand* gun rights, such as allowing people to carry concealed guns in more places and allowing teachers and school officials to carry guns in K-12 schools — proposals that are each supported by only about a third of non-owners.

**Even among gun owners, Republicans and Democrats don't see eye to eye on gun policy**



### Among gun owners there are large partisan gaps in opinion about restricting and expanding gun rights

*% of gun owners who strongly or somewhat favor ...*

Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-02/) **There is a partisan divide in gun ownership: More than four-in-ten Republicans and Republican-leaning independents are gun owners (44%), compared with 20% of Democrats and independents who lean Democratic.**

**There is also a partisan divide on views of gun policy, and these differences remain even after controlling for gun ownership. For example, Republican gun owners are much more resistant than Democratic gun owners to creating a database to track gun sales and banning assault-style weapons and high-capacity magazines. On the flip side, Republicans are also more open to proposals that would expand gun rights. A prime example: 82% of Republican gun owners favor expanding concealed carry laws to more places, compared with 41% of their Democratic counterparts.**

Republican gun owners are about twice as likely as Democratic gun owners to say owning a gun is essential to their freedom (91% vs. 43%), and there are also behavioral differences between these two groups. For example, Republican handgun owners are more likely than their Democratic counterparts to say they carry their gun with them, even if only some of the time (63% vs. 45%). Fully 55% of Democrats who own a handgun say they *never* carry.

At the most basic level, gun owners and non-owners disagree on the extent to which gun violence is a problem in the U.S.



(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-01/) Half of Americans describe gun violence as a very big problem in the United States, but the perceptions of gun owners and those who don't own guns differ considerably. While a majority of those who do not own guns (59%) see gun violence as a major problem in the country today, a third of adults who own guns say this is a very big problem. Democrats and Republicans also offer different assessments, with Democrats far more likely to describe gun violence as a very big problem, and the partisan divide remains when controlling for gun ownership.

Americans see many factors as playing a role in gun violence in the country today. Fully 86% say the ease with which people can illegally obtain guns contributes to gun violence a great deal or a fair amount; more than half say the same about family instability (74%), lack of economic opportunities (65%), the amount of gun violence in video games (60%), the ease with which people can legally obtain guns (60%), and the amount of gun violence in movies and television (55%).

Gun owners and non-owners alike point to the ease with which people can *illegally* obtain guns as a major contributor to gun violence in the U.S., but opinions diverge when it comes to guns obtained *legally*. Two-thirds of non-gun owners see the ease with which people can legally obtain guns as contributing at least a fair amount to gun violence; less than half (44%) of gun owners share this view.

It follows that non-gun owners are much more likely than gun owners to say further restricting legal gun sales would result in fewer mass shootings (56% vs. 29%); and non-gun owners are also more likely to say an increase in gun ownership would lead to more crime overall (44% vs. 13%). For their part, 54% of gun owners say there would be less crime if more people owned guns, and 33% say it wouldn't make much difference.

### About a quarter of U.S. adults say they or someone in their family have been threatened or intimidated by someone using a gun

Many Americans (44%) say they personally know someone who has been shot, either accidentally or intentionally. This is particularly common among black adults, 57% of whom say they know someone who has been shot; about four-in-ten whites (43%) and Hispanics (42%) say the same.

Higher share of gun owners (51%) than non-owners (40%) report that they know someone who has been shot, either accidentally or intentionally.

Separately, about a quarter of Americans (23%) – including roughly equal shares of gun owners and non-owners – say they or someone in their family have been threatened or intimidated by someone using a gun. Again, blacks are more likely than whites to say they have had this experience: About a third of blacks (32%) say they or someone in their family have been threatened or intimidated by someone with a gun, compared with 20% of whites. About a quarter of Hispanics (24%) say this has happened to them or to someone else in their family.

### Roughly one-in-five gun owners belongs to the NRA

Overall, 19% of all U.S. gun owners say they belong to the NRA. Republican and Republican-leaning gun owners are twice as likely as Democratic and Democratic-leaning gun owners to say they belong to the NRA (24% vs. 11%). And, among Republicans, conservatives have significantly higher rates of membership – 28% vs. 17% of moderate or liberal Republicans.

The public is divided when it comes to the amount of influence the NRA has over guns laws in the U.S. While 44% of all adults say the NRA has too much influence over gun legislation, 40% say it has the right amount of influence. Relatively few (15%) say the NRA has too little influence.



**Americans are divided between those who say the NRA has too much and the right amount of influence**

*% saying the National Rifle Association (NRA) has _____ influence over gun laws in this country*

|  | Too much | Right amount | Too little |
|---|---|---|---|
| ALL ADULTS | 44% | 40 | 15 |
| Gun owners | 29 | 53 | 17 |
| Non-gun owners | 50 | 34 | 14 |
| AMONG GUN OWNERS |  |  |  |
| NRA member | 9 | 63 | 28 |
| Not a member | 34 | 50 | 15 |

Note: Share of respondents who didn't offer an answer not shown. Among all gun owners, 19% say they are members of the NRA.
Source: Survey of U.S. adults conducted March 13-27 and April 4-18, 2017.
"America's Complex Relationship With Guns"

PEW RESEARCH CENTER

(https://www.pewsocialtrends.org/2017/06/22/americas-complex-relationship-with-guns/psdt_2017-06-22-guns-00-00/) For their part, NRA members are largely satisfied with the amount of influence the organization has over gun laws in the U.S. About six-in-ten (63%) say the NRA has the right amount of influence and 28% say it has too little influence. Only 9% of NRA members say the organization has too much influence over gun laws. Among non-gun owners, 50% view the NRA as too influential.

Gun owners are more likely than non-gun owners to have ever contacted a public official to express their opinion on gun policy. About one-in-five gun owners (21%) say they have done this, compared with 12% of non-gun owners.

The remainder of this report examines in greater detail the public's experiences with guns as well as views on gun policies. Chapter 1 (https://www.pewsocialtrends.org/2017/06/22/the-demographics-of-gun-ownership) looks at the demographics of gun ownership and the reasons people own guns. It also explores early experiences with guns, such as growing up in a gun-owning household and participating in hunting or sport shooting. Chapter 2 (https://www.pewsocialtrends.org/2017/06/22/guns-and-daily-life-identity-experiences-activities-and-involvement) focuses on the role guns have in the daily life of gun owners, including whether they carry a gun outside their home, how often they engage in gun-related activities or consume gun-oriented media, and their social ties to other gun owners. It also looks at negative experiences some people have had with guns. Chapter 3 (https://www.pewsocialtrends.org/2017/06/22/views-of-gun-safety-and-the-key-responsibilities-of-gun-owners) examines the public's views on the responsibilities of gun ownership, with an emphasis on the differences between what gun owners and non-owners consider essential safety measures for gun owners to follow. Chapter 4 (https://www.pewsocialtrends.org/2017/06/22/views-of-guns-and-gun-violence) explores what Americans see as contributing factors to gun violence. Chapter 5 (https://www.pewsocialtrends.org/2017/06/22/views-on-gun-policy) focuses on the public's views on policy proposals to restrict or expand access to guns.

▼ **Terminology**

1. For more details, see the Methodology section of the report. ↵

2. The sample of blacks and Hispanics in the survey is too small to analyze black and Hispanic men and black and Hispanic women separately. ↵

---

**MAKE A FINANCIAL CONTRIBUTION TO SUPPORT OUR WORK**

DONATE

# EXHIBIT 15



# JOIN OR RENEW TODAY & GET THESE VALUABLE 5-STAR BENEFITS



- 24/7 Defense of Your Gun Rights
- Your Choice of Magazine
- Your Official Membership Card and Decal
- Savings & Special Offers from trusted NRA Partners

**JOIN** ⧉    **RENEW** ⧉

# Add Value To Your Membership With 5-Star Savings!



How can we help you?

**Dismiss**    **Chat now**



## Life, Health & Accident Insurance 



## Wine Club

Exclusive first-time offer for NRA Members. Four exceptional wines for just $29.99!



How can we help you?

Dismiss    Chat now



## NRA Travel Center ⬀

Members Save up to 65% on Lodging worldwide.  You can also book flights and other travel services.



## Patriot Mobile ⬀

Members save on nationwide cellular service with company.

### How can we help you?

Dismiss    Chat now



## ManageUrID [↗]

Now you have the power to protect your privacy and your financial security. Let us show you.



## Medical Concierge Network [↗]

Here's your own personal health advisory service. Available to you 24/7 and around the world.



## Global Rescue Network ⬈

Minimize your risk while traveling. Get the protection and peace of mind you deserve.



How can we help you?

Dismiss          Chat now



## Cancer Care ⬈

You deserve the best care. Help protect you and your family from the unexpected cost of cancer.

How can we help you?

Dismiss     **Chat now**



"I recently used the NRA Moving Program to move from California to Arizona. I was extremely pleased with the professionalism of everyone I encountered. Thank you for making my move an easy and positive experience!"

—JEFF W. , CAVE CREEK, AZ

"The NRA Wine Club is a hidden gem. I enjoyed some of the finest, hard-to-fine in the country. Exceptional value. I reco this to everyone."

—MICHAEL A. , YORK, PA

# NRA Licensed Products



Liberty Safes

Buck Wear Shirt

Bu

## How can we help you?

Dismiss    Chat now

# EXHIBIT 16



# Why I Joined the NRA

*by NRABlog Staff - Tuesday, January 5, 2016*



Every morning (ok, almost every minute of every day) I am tracking the world wide web for the latest stories and happenings to be sure I am up to date, I  mean hey, it's kind of part of the job - but today in my inbox there was an article that came to me.

A brief introductory message accompanied it...

"Hi, Here, attached, is an essay representing a legitimate NRA voice that may not have been heard as often as others, but is still important. I would like to submit this short essay, about 800 words, entitled "I am the Quiet NRA..." "

I opened it to read a heart-warming, well-written piece by Mr. Carson Gardner, a recent-

NRA member. He describes the joys of his chosen quiet, nimble lifestyle and passion for his Constitutional freedoms - and why he joined the NRA. You can read his entire essay here.

And it got me thinking...how many other people out there have written personal essays on "Why I (they/you) Joined the NRA".

I googled, and by no surprise, I found a great handful:

> "With Barack Obama dialing up an assault on both gun rights and constitutional process with his executive orders this week, it is a time to stand up and be counted effectively as a member of the responsible, law-abiding gun-owning community." **– Ed Morrissey**

Read Ed Morrissey's article here

> "I joined because the state-worshiping thugs on the other side are doubling down, and they still own most of the media and the machinery of the Federal government." **– Eric Raymond**

Read Eric Raymond's article here

> "Any group that's on the receiving end of that much hatred just for doing the right thing is a group worth joining." **– John Hawkins**

Read John Hawkins article here

# "For all of these reasons, that's why now more than ever, we need to protect the second amendment. That's why now more than ever, we need the NRA." – Wayne Allen Root

Read Wayne Allen Root's article here

Did you recently join the NRA? Have you been a life-long member? We want to hear your stories too. Email us at nragomedia@nrahq.org or leave your comments below!

About the NRA  •  About NRABlog  •  Comments Policy  •  Privacy Policy  •  © 2018 National Rifle Association of America

# EXHIBIT 17

BOYCOTTS

# California Politicians Propose Government Boycotts of Companies that Do Business With the NRA

Corporations are being asked to take sides in a gun control debate that has very little to do with them.

CHRISTIAN BRITSCHGI | 3.29.2018 1:05 PM

California politicians are in a bit of a pickle. They want to impose yet more gun controls in the wake of the Parkland shooting, but they're stuck in a state where firearms are already tightly regulated.

Los Angeles City Councilman Mitch O'Farrell thinks he's found a way around this problem: an official blacklist of corporations that do business with the National Rifle Association (NRA). Yesterday he introduced a proposal that would instruct city staff to compile a list of companies with "formal ties" to the NRA and to draw up the city's options for boycotting them.



Monticello/Dreamstime.com

"It's time to speak with one voice and call attention to the assault weapon epidemic," O'Farrell tells the *Los Angeles Times*, adding that he had delayed a vote on renting out a city-owned property to FedEx because of the company's purported friendliness to the NRA. (Specifically: FedEx gives the group the same discount rates that it offers to all small businesses and associations.)

O'Farrell isn't the only California politician thinking along these lines. State treasurer and gubernatorial candidate John Chiang is leading an effort to divest the state's public pension system, CalPERS—the largest public pension system in the country—from the five sporting goods stores that sell firearms.

Unsurprisingly, Second Amendment advocates aren't happy about these policies.

"As if anything they do will impact gun violence," says Sam Paredes, executive director of Gunowners of California. "To me it indicates that these law makers are not interested in good, sound policy that effects their constituents, but more interested in making a political statement."

These policy proposals come on the cusp of an intense pressure campaign for corporate America to pick a side in a gun control debate that they have very little to do with.

In February, the liberal site *ThinkProgress* published a list of some 30 companies that dared to offer discount rates and special deals to NRA members. Teen activist David Hogg has likewise called for boycotting Amazon because it streams NRA videos on its website.

Companies that buckle to the pressure, meanwhile, then face a backlash from supporters of gun rights. When Delta scuttled a discount rate it had been offering to the NRA's national convention, the Georgia state legislature killed a tax break benefiting the Atlanta-based company. *Breitbart* has kept a running tally of corporations that have ended NRA-member deals. There is talk on social media of counterboycotts.

Coming from headline-hungry activists and pot-stirring websites, these pressure campaigns are just another depressing example of the politicization of ever more facets of American life. When such boycotts are converted into legislation, however, they become a free-speech concern.

Budget-bloating governments have a lot of leverage over the companies they do business with. (O'Farrell acknowledged this explicitly when introducing his legislation, telling the *Los Angeles Times* that he hoped to "send a message as a city with an annual budget approaching $9 billion.") Using that leverage to punish third parties for doing business with members of an advocacy group that these politicians don't like is both invasive and authoritarian.

BOYCOTTS    GUN CONTROL    NRA    LOS ANGELES

CHRISTIAN BRITSCHGI is an associate editor at *Reason*.

✉

# EXHIBIT 18

ADVERTISING





Drew Angerer/Getty Images

# Andrew Cuomo's Trumpian War on the NRA

Is New York's governor abusing his powers to fight the gun lobby?

By **MATT FORD**

August 28, 2018

🔻Add to Pocket

The American Civil Liberties Union last week joined a closely watched court case, taking sides with a national advocacy organization against a powerful New Yorker who's accused of enacting a retaliatory and unconstitutional policy. For once, this person wasn't President Donald Trump.

The ACLU's latest opponent is Andrew Cuomo. In May, the National Rifle Association sued the New York governor on First Amendment grounds, alleging that he's trying to force the gun-rights organization into financial ruin by pressuring banks and insurance companies into severing their business ties with it.

Cuomo is far from the only Democratic politician who is openly hostile to the NRA. But the NRA believes the governor went too far by using New York's regulatory agencies to intimidate the state's financial sector into blacklisting the organization. The NRA says the move has caused "tens of millions of dollars in damages" and could leave it "unable to exist" or to "pursue its advocacy mission," as *Rolling Stone* first reported earlier this month.

The governor responded with a sarcastic tweet that the organization would be in his "thoughts and prayers," and has asked the federal court considering the lawsuit to dismiss it. Last Friday, the ACLU filed a brief urging the court to reject Cuomo's request. Cuomo thus has achieved something of a miracle in the Trump era: uniting the organization most vociferously opposing the president with the one that helped elect him.

"There are acceptable measures that the state can take to curb gun violence," David Cole, the ACLU's legal director, wrote last week. "But using its extensive financial regulatory authority to penalize advocacy groups because they 'promote' guns isn't one of them." Multiple conservative media outlets took note of the ACLU's intervention in the case, often with an air of surprise at the unlikely alliance. Most of the mainstream outlets that covered the lawsuit earlier this month ignored or did not notice the latest development.

That omission is unfortunate. Cuomo is widely believed to be interested in running for president in 2020. He and his fellow hopefuls will likely be running as the antidote to Trumpism. But Cuomo's campaign against the NRA suggests that he could wield power in a manner that's eerily similar to the current president.

---

## THE NEW REPUBLIC DAILY

| Your email | Sign Up |
|---|---|

## The legal battle began in the fall of 2017, when New York's Department of

Financial Services launched an investigation into Carry Guard, a NRA-sponsored insurance policy that covers legal costs if a policyholder faces any civil or criminal liability in using a lawfully owned gun. The DFS announced its inquiry amid pressure from Everytown for Gun Safety, a gun-control organization that opposes the NRA, to investigate the program. Everytown argued that the policies violated New York laws that bar insurance companies from providing coverage that would cover criminal-defense costs, a conclusion with which DFS eventually agreed.

Cuomo had already carved out a reputation for hardline rhetoric toward the National Rifle Association. In 2014, he said that conservatives who defend civilian assault weapons "have no place in the state of New York." The following year, he accused the NRA of defending the Second Amendment rights of people on the government's no-fly list. Sometimes he matched his words with actions: After the Sandy Hook massacre in 2013, New York passed the NY SAFE Act, which Cuomo has touted as among the nation's strictest gun-control laws.

There's nothing wrong with DFS regulating insurance policies in its jurisdiction. Nor is there anything inherently amiss about Cuomo's public criticism of the NRA, and vice versa. Things didn't really begin to go awry, according to the NRA, until the spring of 2018. In the lawsuit, the organization claims that insurance providers began to cut ties with them under covert pressure from state regulators. Lockton Companies, the Carry Guard provider that worked with the NRA for two decades, told the organization it would have to end the relationship or risk losing their New York licenses.

Days later, the NRA says, a major New York insurance company dropped out of negotiations to serve as the organization's corporate carrier after learning about Lockton's decision and the alleged threats against it. The NRA's lawsuit claims that it has subsequently struggled to find a provider for insurance policies it needs to function, such as general-liability insurance to cover its day-to-day operations as well as media-liability insurance for NRA TV, the organization's streaming service.

The alleged campaign against the NRA came at a pointed moment for the organization. Two weeks before Lockton's decision, a teenage gunman shot and killed 17 students and teachers at Stoneman Douglas High School in Parkland, Florida. The massacre revived America's intermittent debate about the Second Amendment and re-energized gun-control activists, who led a wave of boycotts against the NRA's corporate partners. Cuomo leaped into the fray by

urging lawmakers in other states to resist the organization's political power and adopt more stringent measures like the SAFE Act.

In April, Cuomo took more aggressive steps. He formally directed DFS Superintendent Maria Vullo, a former aide for the governor, to urge New York companies to "weigh [the] reputational risk" of their business relationship with the NRA. "The Department encourages regulated institutions to review any relationships they have with the NRA or similar gun promotion organizations, and to take prompt actions to managing these risks and promote public health and safety," Vullo wrote in her formal guidance to state businesses.

The statements don't actually direct any businesses to cut off ties with the NRA. At most, they are phrased as sternly worded advisory notices. But such words from a state financial regulator are hard to ignore, especially when the governor is backing them up explicitly. "The NRA is an extremist organization," Cuomo wrote on Twitter the following day. "I urge companies in New York State to revisit any ties they have to the NRA and consider their reputations, and responsibility to the public."

*It's a nice business you've got there*, the governor seemed to be saying to Wall Street. *It'd be a shame if something were to happen to it.* In May, a few weeks after DFS sent the notices, state regulators announced consent orders against Lockton Companies and Chubb Group Holdings related to the Carry Guard program; both companies were barred from working with the organization in the future. According to the NRA, the one-two punch of the advisory notice and the consent orders sent a chilling effect throughout its business relationships.

"The NRA has spoken to numerous carriers in an effort to obtain replacement corporate insurance coverage; nearly every carrier has indicated that it fear transacting with the NRA specifically in light of DFS's actions against Lockton and Chubb," the NRA said in its lawsuit. The organization also alleged that New York's tactics had "imperiled the NRA's access to basic banking services," and claimed that multiple banks withdrew from negotiations because they feared that "any involvement with the NRA … would expose them to regulatory reprisals."

This may sound like great news to the NRA's opponents. But Cuomo's tactics would anger liberals if used against organizations with which they align. It's not impossible to imagine a hardline Republican governor taking similar steps with state financial regulators to blacklist legal-aid groups that represent undocumented immigrants, or nonprofit organizations that advocate for reproductive rights, or even the ACLU itself. "Substitute Planned Parenthood or the Communist Party for the NRA, and the point is clear," the ACLU wrote last week. "If Cuomo can do this to the

NRA, then conservative governors could have their financial regulators threaten banks and financial institutions that do business with any other group whose political views the governor opposes."

To that end, the organization urged the court to allow the NRA's lawsuit to proceed to the fact-finding and discovery stages. "If the NRA's allegations were deemed insufficient to survive the motion to dismiss, it would set a dangerous precedent for advocacy groups across the political spectrum," the group warned. "Public officials would have a readymade playbook for abusing their regulatory power to harm disfavored advocacy groups without triggering judicial scrutiny. And it is extremely difficult, if not impossible, for any advocacy group to operate effectively without routine access to basic banking and insurance services."

Cuomo himself is not being subtle about his goals. In interviews with news outlets earlier this month, he described the NRA's lawsuit as frivolous and downplayed the scope of DFS's actions. (The governor's office did not respond to a request for comment for this article.) Elsewhere, he's even more boastful about his efforts. "New York is forcing the NRA into financial crisis," he wrote on his official Facebook account earlier this month. "It's time to put the gun lobby out of business. #BankruptTheNRA." In an earlier post, he declared, "We're forcing the NRA into financial jeopardy. We won't stop until we shut them down."

The remarks almost seem designed to prove his critics right. Indeed, the NRA cited those posts and others like them to help demonstrate Cuomo's intent to violate the organization's First Amendment rights. This may sound familiar. Last year, Trump made legally self-injurious comments on Twitter and elsewhere about his ban on travel from several Muslim-majority nations, and some were cited by lower courts when ruling against its constitutionality. There's a vast moral difference between these cases, but both share a common thread: using the state's tremendous powers to inflict deliberate harm on a disfavored group. It's doubtful that Democrats can truly defeat Trumpism by adopting it for themselves.

Matt Ford is a staff writer at *The New Republic.*





the civically exhausted

SUBSCRIBE TO THE NEW REPUBLIC

Subscribe $20



| Your email | Sign Up |
|---|---|

# EXHIBIT 19

The NRA's business affiliates are dropping like flies

Menu ≡

 SOMETIMES GREAT AND SOMETIMES SILLY

⌐ THE SLATEST

# The NRA's Business Affiliates Are Dropping Like Flies

By JEREMY STAHL
FEB 24, 2018 • 7:25 PM

 TWEET

f SHARE

💬 COMMENT





The booth of National Rifle Association (NRA) is seen during CPAC 2018 February 22, 2018.

Alex Wong/Getty Images

On Tuesday, Think Progress reported on a number of companies that offered discounts or perks to members of the National Rifle Association. The list—along with the activism from victims of last week's high school mass shooting in Parkland—seemed to help prompt a Twitter boycott of some of those companies.

Less than a week later, that boycott has caused the vast majority of these companies to say that they are severing ties with the NRA.

The backlash has been such that the gun manufacturer lobbying group and association for gun enthusiasts has responded with a statement decrying these "cowardly" corporations. The NRA released a press release on Saturday, saying in part:

[S]ome corporations have decided to punish NRA membership in a shameful display of political and civic cowardice. In time, these brands will be replaced by others who recognize that patriotism and determined commitment to Constitutional freedoms are characteristics of a marketplace they very much want to serve.

Let it be absolutely clear. The loss of a discount will neither scare nor distract one single NRA member from our mission to stand and defend the individual freedoms that have always made America the greatest nation in the world.

The flood of fleeing companies began on Thursday when the First National Bank of Omaha said it would not renew a contract for its "NRA Visa Card." On Saturday, United Airlines and Delta Airlines each said they were ending a contract for discounted rates for group travel for NRA members.

Here is a list of some of the companies that have publicly cut ties with the NRA in the past few days, according to Think Progress:

TrueCar
Wild Apricot
Avis and Budget
Allied Van Lines and NorthAmerican Van Lines
Hertz
Teladoc
SimpliSafe
Chubb
MetLife
LifeLock
Symantec
Enterprise, Alamo, and National
First National Bank of Omaha
Starkey Hearing Technologies

And here is a list of businesses that, as of Saturday evening, still had deals with the NRA, according to the Think Progress list:

FedEx
Vinesse Wines
HotelPlanner.com
Lockton
eHealth
Medical Concierge Network
Life Insurance Central
ManageUrID
LifeLine Screening

The direct advocacy against companies that offer discounts to NRA members has not been the only financial consequence of the wave activism in the wake of the Parkland shooting.

ADVERTISEMENT



inRead invented by Teads

These discount providers, indeed, are not the lobbying group's biggest corporate supporters. Those are obviously gun manufacturers.

Axios reported that Bank of America had taken one step to reconsidering its relationship with companies that manufacture assault weapons for non-military use. Bloomberg News, meanwhile, reported that BlackRock Inc. was considering limited steps to remove gun companies from certain investment portfolios for people who didn't want to invest in them.

As Bloomberg News reported, for the financial industry to untangle itself from the gun industry would seemingly take a sea change:

> More than $845 billion of U.S. institutional assets restricted investments were in weapons as of the start of 2016, according to data from US SIF, the Forum for Sustainable and Responsible Investment. That number soared more than 1,000 percent following the Sandy Hook school shooting in December 2012, from $74 billion at the start of 2012.

If the #BoycottNRA activism that has been so successful on Twitter in the past few days is going to have a lasting impact, the financial system is where these activists may have to try to turn next.

Tweet       Share       Comment

Gun Control       Mass Shootings

---

**Dear Care and Feeding: I Do Most of the Child Care. How Do I Correct My Husband's Parenting Mistakes?**

Slate

**Dear Prudence Podcast: Help! My Mother Disapproves of My Big, Expensive Wedding.**

Slate

**Meet the Piano Expert With $86 Million in Sales**

Slate

---

**Switch and save an average of $699. Savings make me smile.**

**Progressive** | Sponsored

---

**Electrical Engineers: Check Out The RSL10 From ON Semiconductor**

**ON Semiconductor** | Sponsored

---

**If Your Dog Shakes (Do This Every Day)**

**Ultimate Pet Nutrition** | Sponsored

**A slam dunk for those looking for a one-card wallet**

**The Ascent** | Sponsored

**This Japanese Invention For $79 Let's You Speak 43 Languages Instantly**

**Translaty - Instant Translator** | Sponsored

---

**If Your Indoor Cat Vomits (Do This Every Day)**

**Ultimate Pet Nutrition** | Sponsored

**Do This if You Own a Home With No Missed Payments in California**

**Fetcharate Mortgage Quotes** | Sponsored

**3 Ways Your Cat Asks For Help**
**Dr. Marty** | Sponsored

**Each State Hilariously Depicted By One Stereotypical Photo**
**DomesticatedCompanion** | Sponsored

**7 Mistakes Everyone Makes When Hiring a Financial Advisor**
**SmartAsset** | Sponsored

**Teen Kicked Out Of Prom When Adults Can't Stop Staring**
**EternalLifeStyle** | Sponsored

**50 Of The Most Useless Cars Ever Made**
**MoneyPop** | Sponsored

**Dear Care and Feeding: Should I Tell My Daughters About My Long-Ago Abortion?**
Slate

**Dear Care and Feeding: My Child Keeps Getting Invited to School-Night Sleepovers**
Slate

**Dear Care and Feeding: How Do I Get People to Stop Joking About How Angry They Are I Lost the Baby Weight?**
Slate

**The Genius Trick Every Home Depot Shopper Should Know**
**Wikibuy** | Sponsored

**How Far Does $1 Million Go in Retirement?**
**Fisher Investments** | Sponsored

| Reprints | About us | FOLLOW US |
| --- | --- | --- |
| Advertise: Site / Podcasts | Work with us | **Facebook** |
| Commenting | Send us tips | **Twitter** |
| Podcast FAQs | User agreement | **Instagram** |
| Contact / Feedback | Privacy policy | **RSS Feed** |
| Pitch guidelines | AdChoices | |
| Corrections | Slate Shop | |

Slate is published by The Slate Group, a Graham Holdings Company.
All contents © 2019 The Slate Group LLC. All rights reserved.

# EXHIBIT 20

# These 3,100 businesses love the NRA even as others pull back



Despite a backlash against the NRA, thousands of businesses have proudly stood by the organization. (Seth Perlman / AP)

By **Ivan Levingston**
Bloomberg

MARCH 12, 2018, 12:05 PM

**Y**ou can't confuse Delphi Greek restaurant with Smith & Wesson. Delphi specializes in kebabs and baklava — not AR-15s and ammunition.

Yet the Los Angeles restaurant is one of about 3,100 U.S. businesses that still proudly stand with the National Rifle Association. At a time when major corporations like Delta Air Lines Inc. and Dick's Sporting Goods Inc. are rethinking their relationship with firearms, the NRA's legion of steadfast supporters in its Business Alliance provides a sharply different view of America's enduring gun culture.

These outfits are the business equivalent of the NRA's about 5 million claimed individual members. Most are small concerns. Many are associated with the firearms industry. And whether they're in liberal bastions or the

MEMORIAL DAY SALE
12 FREE weeks, ends 6/3

SAVE NOW ›

un controls, despite the national outcry over the

Case 2:19-cv-03212-SVW-GJS　Document 19-5　Filed 05/24/19　Page 64 of 85　Page ID #:250

The Business Alliance, as the group is known, has members in 50 states. They range from a pawnshop in Hartselle, Ala., to a stone veneer contractor in Schuylkill Haven, Pa., to a hunting preserve in Kamuela, Hawaii. Businesses pay a yearly fee that members said can range from $40 to $150 per year, and in return they get visibility, a plaque and the chance to identify with a cause.

"The Second Amendment for me is very personal," said Roozbeh Farahanipour, who owns Delphi and fled his native Iran after leading student protests in 1999. "As long as I think that they're defending the Second Amendment, and it still is challenged by a group of people, I believe I need to support them."

The NRA still wields political clout. But the quick erosion of support among America's largest businesses reflects its changing place in the national landscape. An NPR/Ipsos poll taken two weeks after the Parkland shootings found just 36 percent of Americans said the NRA represents their views, down 7 percentage points from October.

After the Parkland shooting, businesses affiliated with the NRA came under pressure as never before, with protesters using Twitter and Facebook to threaten boycotts and students at the school upbraiding politicians for taking its money. Publicly traded companies almost uniformly dumped the organization, with the high-profile exception of shipping company FedEx Corp., ending special discounts for NRA members and removing their logos from the NRA's website.

NRA spokesman Andrew Arulanandam didn't respond to phone and email messages asking about the group's relationships with business. But casual supporters with a broad clientele have peeled away, leaving niche concerns motivated by ideology.

Farahanipour's restaurant is less noted for devotion to firearms than for fish tanks so splendid they have their own Facebook page. But the 46-year-old believes firearms could have swayed the outcome of his student rebellion against theocracy, and keeps two Glock handguns.

When Delphi's tie to the NRA became known, Farahanipour endured reviews and social media posts criticizing his affiliation, but he was unmoved.

"I went through many worse things in my life to think that a couple of the comments or reviews, they can change my mind," he said.

The same goes for Brady Phenicie, 52, who owns information technology company Phenicie Business Management in Healdsburg, Calif. He's received calls from people upset over his affiliation and threatening to withhold business.

"I answer to myself," Phenicie said. "My reason for joining is saying, 'Hey, thank you for checking my rights, because I really feel like they're going away.'"

MEMORIAL DAY SALE
12 FREE weeks, ends 6/3

SAVE NOW ›

e NRA.

Dreamed up in 1871 by a pair of Union Army veterans, it largely promoted shooting sports and safety until the late 1960s and the rise of law-and-order politics. Today, the group has become a major player in accelerating political polarization. In the 2016 elections, the NRA gave 99 percent of its contributions to Republicans, according to the Center for Responsive Politics. In 1990, the GOP received just 65 percent.

As part of its turn rightward, the NRA has developed its own media profile led by spokeswoman Dana Loesch, who stars in videos that present an ominous view of an America engulfed in a barely contained conflict that threatens to explode into violence.

"They were a moderate group," said Scott Melzer, a sociology professor at Michigan's Albion College and the author of a book on gun politics. "I would characterize them as part of the mainstream American life."

"Today's NRA appeals primarily, almost solely, to diehard guns-rights enthusiasts."

It was company that the Music Center, a Los Angeles organization that hosts ballet and classical-music concerts, was surprised to find out it kept. Howard Sherman, its chief operating officer, said few knew the center was a Business Alliance member until an attendee called.

"We had been signed up for the Business Alliance many, many years ago," Sherman said. "We would never take a political stand in that way."

Some relish the chance.

John Emerick, who owns JElectric Inc. in Hull, Iowa, paid for a five-year membership in the Business Alliance after the shooting. Chris Pastrana, who runs a media business in New Hampshire, also said he joined in the past few weeks, even though he doesn't personally belong to the NRA.

Anthony Giura, whose western Pennsylvania waste management firm New Age Environmental Inc. is an alliance member, said the big companies have gone soft.

"These corporations are succumbing to political pressure, which I don't think they need to do," he said. "As far as me and my company, we're not going anywhere."

*With assistance from Dimitrios Pogkas*

*Michael R. Bloomberg, founder of Bloomberg News parent Bloomberg LP, is a donor to groups that support gun control, including Everytown for Gun Safety.*

Copyright © 2019, Chicago Tribune

**This article is related to:** National Rifle Association of America, Bloomberg L.P.

MEMORIAL DAY SALE
12 FREE weeks, ends 6/3

SAVE NOW ›

# EXHIBIT 21

FIRST AMENDMENT

# Andrew Cuomo's Unconstitutional Assault on the NRA

New York's governor is violating the First Amendment by pressuring banks and insurers to shun "gun promotion organizations."

JACOB SULLUM | 11.7.2018 2:01 AM



Andrew Cuomo's methods may be obscure, but his assault on the First Amendment is anything but subtle. "If the @NRA goes bankrupt because of the State of New York," the governor tweeted in August, "they'll be in my thoughts and prayers. I'll see you in court."

That court is expected to decide any day now whether the National Rifle Association can proceed with its federal lawsuit against Cuomo, which charges him with using the state's Department of Financial Services (DFS) to pursue a "political vendetta against the NRA." The American Civil Liberties Union thinks the case should be heard, and it's not hard to see why, given Cuomo's thuggish abuse of regulatory powers to punish his opponents in the gun control debate.

"I am directing the Department of Financial Services to urge insurers and bankers statewide to determine whether any relationship they may have with the NRA or similar organizations sends the wrong message to their clients and their communities," Cuomo said last April. "This is not just a matter of reputation, it is a matter of public safety, and working together, we can put an end to gun violence in New York once and for all."

Maria Vullo, who runs DFS, was even more explicit. "DFS urges all insurance companies and banks doing business in New York to join the companies that have already discontinued their arrangements with the NRA," she said in the same press release.

The memoranda that Vullo sent banks and insurance companies that day urged them to "continue evaluating and managing their risks, including reputational risks, that may arise from their dealings with the NRA or similar gun promotion organizations." She said "the Department encourages regulated institutions to review any relationships they have with the NRA or similar gun promotion organizations, and to take prompt actions to manage these risks and promote public health and safety."

Two weeks later, as if to underline the dangers of doing business with "gun promotion organizations," DFS announced a consent decree with Lockton Companies, the New York administrator of Carry Guard, the NRA's liability insurance program for people who use firearms in self-defense. Lockton agreed to pay a $7 million fine for alleged violations of state regulations and promised to stop helping the NRA with insurance programs in New York, regardless of their legality.

Five days later, DFS touted a consent decree with Chubb, which underwrote the Carry Guard program overseen by Lockton. Chubb agreed to pay $1.3 million and shun the NRA not just in New York but throughout the world.

Lloyd's of London severed its relationship with the NRA two days after the Chubb consent decree was announced. Because of the state's implicit threats, the NRA says, it has had trouble finding companies willing to provide even basic banking and insurance services, much to Cuomo's gloating delight.

NRA critics who are inclined to share in that delight should consider the principle at stake here. "If the script was flipped," NRA lawyer William Brewer noted in an interview with Fox News, "and a conservative governor of Kansas was very pro-life, his administration could target Planned Parenthood's financial activity." Or insert the name of your favorite advocacy group.

The legal rationale for Cuomo's efforts to cut off the NRA's access to financial services, to the extent that one exists, is based on the concept of "reputation risk," one aspect of the "safety and soundness" that financial regulations are supposed to promote. In using a broad definition of reputation risk to attack legal commercial activities that offend him, Cuomo is taking a page from the Obama administration's Operation Choke Point, which mainly targeted payday lenders but also cautioned banks against serving "high-risk" dealers in pornography, firearms, and "racist materials," all of which are not just legal but constitutionally protected.

Cuomo seems to think there is no reputation risk for Democrats who violate the constitutional rights of their political opponents. I hope he is wrong.

**Update:** In a decision released on Tuesday night, U.S. District Judge Thomas McAvoy ruled that the NRA's case should proceed. "The allegations in the Amended Complaint are sufficient to create a plausible inference that the Guidance Letters and Cuomo Press Release, when read together and in the context of the alleged backroom exhortations and public announcements of the Consent Orders, constituted implicit threats of adverse action against financial institutions and insurers that did not disassociate from the NRA," McAvoy writes. "The Amended Complaint contains sufficient allegations plausibly supporting the conclusion that Defendants' actions were taken in an effort to suppress the NRA's gun promotion advocacy. Moreover, the NRA's allegations that Defendants' enforcement actions against Lockton and Chubb impeded the NRA's ability to enter contracts for lawful affinity insurance plans, but did not take similar action against other membership organizations that did not engage in gun promotion advocacy…provides a plausible basis to conclude that Defendants sought to impose a content-based restriction on NRA-affiliated businesses based on viewpoint animus that serves no substantial government interest." More here.

© Copyright 2018 by Creators Syndicate Inc.

FIRST AMENDMENT    GUN CONTROL    NRA    ANDREW CUOMO    FREE SPEECH

JACOB SULLUM is a senior editor at *Reason*.


# EXHIBIT 22

Case 2:19-cv-03212-SVW-GJS Document 19-3 Filed 05/24/19 Page 70 of 85 Page ID #:256



**NRA-ILA**
INSTITUTE for LEGISLATIVE ACTION

APPEARS IN    GUN LAWS    NEWS

# Shopify Targets Law-Abiding Firearm Businesses

FRIDAY, AUGUST 17, 2018



This week, Canadian e-commerce host Shopify changed their company's firearm policy with disastrous effects for law-abiding U.S. gun businesses that use their e-commerce services. Shopify's abrupt overnight decision to block the sale of specific firearms is a reversal of their previous business model and creates financial hardship on gun shops that currently use Shopify. One example of a company impacted by Shopify's gun policy is Franklin Armory.

According to Franklin Armory President Jay Jacobson, Franklin Armory has contracted with Shopify for e-commerce services since 2013. Besides hosting Franklin Armory's retail store, the company's website, which is built around Shopify's services, has been the landing page for the company's blog, served as a resource for downloadable catalogs and safety manuals, and provided contact information for Franklin Armory, dealers, and

distributors. Over the past five years, Franklin Armory has spent at least five-hundred hours per year developing, updating, and crafting their online presence using Shopify's services. Given the number of employee hours, Jacobson estimates Franklin Armory has spent well over $100,000 in developing their website using Shopify's e-commerce solutions.



Franklin Armory has over 25,000 customers routinely using their website to learn about their latest products and purchase gun accessories and complete firearms (which are then shipped to their local FFL.) Franklin Armory dealers and distributors use Shopify's e-commerce services to show MSRPs, product specifications, and provide their customers with information regarding the current availability of merchandise associated with Franklin Armory. To be summarily shut down for selling a lawful product in commerce is exceedingly damaging to their business. Even just trying to move their site to a new vendor is a substantial undertaking and lengthy process.

Jacobson told the NRA, "Unfortunately this is not the first time Franklin Armory has been discriminated against for selling a legal product in the most heavily regulated industry in the country. Something needs to be done to prevent this repressive censorship."

Needless to say, Jacobson is right. Something must be done to counter the pervasive gun censorship environment prevalent in both the United States and Canada.

Let Shopify know how you feel:

**Facebook:** Facebook.com/Shopify

**Instagram:** Instagram.com/Shopify

**Twitter:** @Shopify

# EXHIBIT 23

# Money

# Apple, Amazon and More Companies Facing Boycotts Over Ties to the NRA

By **BRAD TUTTLE** February 26, 2018

Gun-control advocates have had some success pressuring businesses to cut ties with the National Rifle Association in the wake of the deadly Florida high school shooting.

But several major companies are still under pressure.

Even as businesses like Hertz, Enterprise, United Airlines, and MetLife end their partnerships with the NRA, firms such as FedEx continue offering discount programs for NRA members. And major streaming TV services run by some of the world's biggest tech companies still give the NRA a platform for its message by showing its channel NRATV, advocates argue.

For its part, the NRA stated that the companies ending their partnerships are simply punishing "NRA membership in a shameful display of political and civic cowardice. In time, these brands will be replaced by others who recognize that patriotism and determined commitment to Constitutional freedoms are characteristics of a marketplace they very much want to serve."

Here are nine companies that some gun-control supporters say should be boycotted because of their ties to the NRA or the gun industry as a whole.

## Amazon

The nonprofit nonpartisan group Moms Demand Action for Gun Sense in America is calling for all streaming TV services, including Amazon Prime Video, to remove the NRA channel NRATV from their packages. A separate

Change.org petition addressed to Amazon founder and CEO Jeff Bezos that also calls on Amazon to stop streaming NRATV has been signed by 173,000 supporters as of Monday afternoon.

Many gun-control advocates, including one of the most outspoken Parkland shooting survivors, high school student David Hogg, say that people should cancel their Amazon Prime subscriptions if Amazon does not cut ties with the NRA.

## Apple

Activists are encouraging people to boycott Apple because, like Amazon, the tech company's streaming TV options include NRATV. "It's time for tech leaders to acknowledge their role in helping the NRA spread this dangerous content and cut it out," Moms Demand Action founder Shannon Watts said in the group's press release. "NRATV is home to the NRA's most dangerous and violence-inciting propaganda."

## FedEx

Over the past week, many companies, including MetLife Insurance, the software security firm Symantec, Delta and United airlines, and Enterprise and Hertz rental cars, have ended their discount programs for NRA members. While a few smaller companies are maintaining their NRA discount partnerships, the only household brand that is still offering special discounts for NRA members is FedEx: Members of the NRA Business Alliance get up to 26% off FedEx shipping services.

Because of FedEx's business arrangement with the NRA, gun-control advocates say it's time to boycott FedEx and use an alternative like UPS, DHL, or the U.S. Postal Service instead.

On Monday afternoon, FedEx released a statement saying that its views are different from the NRA in that "FedEx opposes assault rifles being in the hands

of civilians." Nonetheless, FedEx said that the "NRA is one of hundreds of organizations in our alliances/association Marketing program whose members receive discounted rates for FedEx shipping," and that it would not be changing the NRA discount program.

## HotelPlanner

The booking site HotelPlanner.com has a discount program for NRA members, and its CEO, Tim Hentschel, says there are no plans to end it. "We're a classic hospitality company," Hentschel said on CNBC on Monday. "If you ask us to be a part of your boycott war, that's not what we're about. We're about hospitality, we're about welcoming all guests."



LIVE POLL ● 8 255 VOTES

### Is there any potential for wind energy in the future?

No, it will cost too much and take too long

Yes, it'll be an important resource for the future

PARTNER CONTENT

It's this stance that has inspired some to push for a boycott of HotelPlanner.

# Roku

Like Apple and Amazon, Roku has been under fire from groups such as Moms Demand Action for continuing to stream the NRATV channel. "We are not promoting or being paid to distribute NRATV," Roku said in a statement, according to TheStreet.com. "We do not and have not ever had a commercial relationship with the NRA ... We welcome Moms Demand Action and other important groups to use our platform to share their messages too."

## Vinesse Wines

Vinesse Wines runs the official wine club of the NRA. The company has not released any statement regarding its NRA partnership, nor has it said anything in response to calls for consumers to boycott Vinesse Wines.

## Vista Outdoor

Until recently, many outdoors enthusiasts probably had no idea that some of their go-to brands for gear are owned by Vista Outdoor. Utah-based Vista Outdoor owns brands such as CamelBak, Giro, Bolle, and Bushnell, which are best known for their hydration products, helmets, goggles, and binoculars, respectively.

The problem, from a gun-control supporter's perspective, is that Vista Outdoor also owns several guns and ammunition brands, including Savage Arms, one of the country's biggest producers of semi-automatic rifles. "Many outdoor enthusiasts—including a number on staff here at *Outside*—had no idea" about the ownership of Camelbak and the other brands, a story at *Outside* magazine reported last week.

Like most gun manufacturers, Vista Outdoor supports the NRA. Many runners, bicyclists, and gun-control activists say that all Vista Outdoor brands should be boycotted. In addition to individual consumer boycotts, some bike shops are

Case 2:19-cv-03212-SVW-GJS Document 19-3 Filed 05/24/19 Page 77 of 85 Page ID #:263

saying they will stop buying any Vista Outdoor-owned brands until the company cuts ties with the NRA.

## YouTube

Critics of the NRA are calling for boycotts of YouTube and YouTube TV because NRA videos and the NRATV channel are available for streaming on the services.

# EXHIBIT 24

☰ **Esquire** ❯ Subscribe 🌐 US

# These Companies Still Do Business With the NRA, Despite, Well, Everything

**Here's a running list.**

BY MEGAN FRIEDMAN    FEB 26, 2018



GETTY IMAGES

- **National Rifle Association members, who pay annual dues, are eligible for discounts at a variety of companies, from hotels to insurance firms.**

- **Gun-control activists have put out calls to boycott companies that do business with the NRA.**

- **Many companies have cut ties with the NRA this week, but not all have just yet.**

- **The NRA called the boycott a "shameful display of political and civic cowardice."**

t's been nearly two weeks since a mass shooting left 17 people dead at a high school in Parkland, Florida. It's also been that long since the survivors of that shooting started speaking out, galvanizing a gun-control movement that hasn't stopped growing since.

Last Tuesday, ThinkProgress posted a list of companies that supported the NRA through these special offers, and companies have cut ties to the NRA as it aggressively resists calls for stricter gun control. Supporters of gun control have urged companies on social media and signed petitions calling for them to end their ties with the group. Activists have even created a Google Doc of the companies involved with the NRA, urging people to boycott their products.

Members of the NRA, who pay a $40 annual fee, have access to special offers from partner companies on the group's website, ranging from life insurance to wine clubs. In fact, those discounts are some of the selling points for people to sign up with the NRA. Companies that have cut ties include MetLife, Symantec, Enterprise, Alamo, National, and First National Bank, which will not renew a co-branded NRA Visa credit card.

ADVERTISEMENT - CONTINUE READING BELOW

The NRA released a sharp statement against the companies distancing themselves from the organization, calling the boycott a "shameful display of political and civic cowardice."

"Let it be absolutely clear," the statement said. "The loss of a discount will neither scare nor distract one single NRA member from our mission to stand and defend the individual freedoms that have always made America the greatest nation in the world."

But here are the companies that are still on board, for now, and how (or if) they have responded to any backlash,

according to the activist group NRA Boycott.

- **American Cellars Wine Club (Vinesse Wines): Has not issued a comment.**

- **Association Group Insurance Administrators (AGIA Affinity): Has not issued a comment.**

- **Clearent Credit Card Processing Services: Has not issued a comment.**

- **Direct Long Term Care: Has not issued a comment.**

- **eHealth: Has not issued a comment.**

- **Emergency Assistance Plus (Worldwide Rescue & Security): Has not issued a comment.**

- **FedEx: "FedEx is a common carrier under Federal law and therefore does not and will not deny service or discriminate against any legal entity regardless of their policy positions or political views," the company said in a statement. "The NRA is one of hundreds of organizations in our alliances/association Marketing program whose members receive discounted rates for FedEx shipping."**

- **FFLBizHub.com powered by Orchid Advisors: Has not issued a comment.**

- **Global Rescue: Has not issued a comment.**

- **HotelPlanner: "Our company provides discounted rooms to several large associations, including the**

NRA," Tim Hentschel, co-founder of Hotel Planner, told Bloomberg. "These associations greatly benefit our customers by buying discounted rooms from groups that might otherwise be charged a penalty by hotels for not using all of the rooms in their block."

- **LifeLine Screening: Has not issued a comment.**

- **Lloyds of London: Has not issued a comment.**

- **Lockton Affinity: Has not issued a comment.**

- **LTCR (Long Term Care Resources): Has not issued a comment.**

- **ManageUrID: Has not issued a comment.**

- **MedFlight Freedom: Has not issued a comment.**

- **Medical Concierge Network: The company's founder told ThinkProgress they had no comment on the NRA benefit, and that their company had similar ties "with several entities across all sorts of categories."**

- **Net Spend: A spokesperson for the company issued the following statement to Esquire.com: "This program has been under review."**

- **ReliaStar Life Insurance Company (ING): Has not issued a comment.**

- **Republic Bank & Trust Company: Has not issued a comment.**

- **Travel Shield – On Call International: Has not issued a comment.**

- **VISA: A representative for VISA sent Esquire.com the following statement: "Visa has no contractual or financial relationship with the NRA. Financial institutions decide which organizations they want to partner with when offering Visa co-branded cards. FNBO has informed us of its intention not to renew the NRA co-branded card program when its agreement with the NRA expires. We will support the issuer's efforts to wind down the portfolio smoothly."**

Since this story was published, a number of companies have ended ties with the NRA including Allied Van Lines and NorthAmerican Van Lines, American National Insurance Company, Checks in the Mail, Hertz, Paramount RX, Securian Life Insurance Company, Starkey Hearing Technologies, and Toco Warranty, among others.

ADVERTISEMENT - CONTINUE READING BELOW

Gun control activists are also calling out streaming services that offer NRATV. "NRATV is home to the NRA's most

dangerous and violence-inciting propaganda," Shannon Watts, founder of Moms Demand Action, said in a statement. It's time for tech leaders to acknowledge their role in helping the NRA spread this dangerous content and cut it out." Her group is specifically pointing to these five services that carry NRATV:

- **Amazon: Has not issued a comment.**

- **Apple TV: Has not issued a comment.**

- **Roku: "We are an open platform for streaming and allow publishers to reach a TV audience," a spokesperson said in a statement to AdAge. "Roku prohibits publishers from distributing illegal content. If Roku determines that a channel is violating this standard, or any of its other terms of service, Roku takes appropriate action, which may include disabling the channel."**

- **Google: Has not issued a comment.**

*The Associated Press contributed to this report.*

---

**⋮ Related Stories**



**Arming Teachers is a Vain and Foolish Idea**