# EXHIBIT 25

 Home    Moments   Notifications **40**    Messages   

NRA from:mitchofarrell   🔍

   Tweet

# NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts   ⋮

**Search filters · Show**

**Who to follow · Refresh · View all**

prime video   **Amazon Prime Video US** ✔   ✕
Follow
🔲 Promoted

NRA   **NRA** ✔ @NRA   ✕
Follow

◆HQ   **HQ Support** @hqhelps   ✕
Follow

👥 Find people you know

---

**Trends for you · Change**

**#AvengersEndgame** Ⓐ
1.12M Tweets

**#RepublicansForImpeachment**
Democratic Coalition calls on Republicans to impeach President Trump

**Jared Kushner**
Jared Kushner weighs in on the circumstances surrounding Jamal Khashoggi's death

**#WorldBookDay**
Joseph Gordon-Levitt, Impractical Jokers, and 1 more are Tweeting about this

**Hard Summer**
12.8K Tweets

**Jason Kidd**
Jason Kidd interviewed for the Lakers' head coaching vacancy

**Kurt Rambis**
Jason Kidd interviewed for the Lakers' head coaching vacancy

**Chiefs**
Seattle trades Frank Clark to the Chiefs for early-round picks

**Frank Clark**
Seattle trades Frank Clark to the Chiefs for early-round picks

**#My3MCUDates**
2,235 Tweets

© 2019 Twitter   About   Help Center   Terms

---

**Mitch O'Farrell** ✔ @MitchOFarrell · Apr 3   ⌄
Earlier today, I introduced a resolution that calls on numerous video streaming services to end their commercial affiliation and contractual partnership with the NRA and NRATV. #NRA #NRATV #Gunsafety @MomsDemand @Everytown
cd13.lacity.org/news/ofarrell-...

💬 87   ⟲ 20   173   ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Mar 8   ⌄
Anyone who takes a moment to see this will better understand the dangers of the "guns of any kind everywhere without any regulation" agenda. @NRA @MomsDemand @Everytown @eqca @WAGV @bradybuzz

> **Laura Friedman** ✔ @laurafriedman43
> On #InternationalWomensDay2019, I celebrate Arkansas State Senator Stephanie Flowers. twitter.com/ProudResister/...

💬 1   ⟲ 6   14   ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 16   ⌄
Daylighting ties to the NRA. - mailchi.mp/lacity/dayligh...

💬 5   ⟲   2   ✉

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 13   ⌄
Our residents deserve transparency related to any ties the #NRA may have to the City of Los Angeles. @WAGV @MomsDemand @Bradybuzz @eqca @StonewallDemsLA

cd13.lacity.org/news/city-coun...

💬 12   ⟲ 2   9   ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Feb 13   ⌄
As we remember the horrible shooting at Marjory Stoneman Douglas High School in Parkland, Florida one year ago, we must continue to keep in mind that the @NRA spends millions of dollars at every level of government to block any type of gun safety legislation.

💬 7   ⟲ 3   12   ✉

**Show this thread**

**Mitch O'Farrell** ✔ @MitchOFarrell · Jan 7   ⌄
Replying to @atwatervillage @NRA and 4 others
Do you communicate via real identity? If so, please contact us with exact location and we can address this. I have a clean team that goes out 5 days a week in the District.

💬 1   ⟲

 Home    Moments    Notifications   ✉ Messages   🐦   NRA from:mitchofarrell   🔍      Tweet

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**   ⋮

**Shannon Watts** ● @shannonrwatts

To protest gun safety laws put forward by Pittsburgh officials after the mass shooting at a local synagogue, gun extremists are holding an open carry rally downtown today, forcing a nearby school and public transportation to go on lockdown. post-gazette.com/news/politics-...

💬 2      ⟲ 2      2      ✉

 **Mitch O'Farrell** ● @MitchOFarrell · Jan 3      ⌄
Bears repeating. Only 1 in 10 gun owners are **#NRA** members. Their extremist leadership wants people believe the **@NRA** represents all gun owners. They are ONLY a "no regulation/gun proliferation" lobby for gun manufacturers & they control the @GOP.

**Shannon Watts** ● @shannonrwatts

74% of @NRA members support stronger gun laws and only 1 in 10 gun owners even belong to the NRA. Ain't no one to get ready except your lobbyists, and @momsdemand will outspend and outmaneuver them... again. twitter.com/NRA/status/108...

💬 2      ⟲ 5      9      ✉

 **Mitch O'Farrell** ● @MitchOFarrell · Jan 2      ⌄
We needn't feel defeated because of America's gun violence & mass shooting epidemic as we begin 2019; we must be relentless, determined, and resolved to reverse course and defeat the powers that make it all possible. **@NRA** - that includes you. @MomsDemand @Everytown @eqca @WAGV

**Brady** ● @bradybuzz

In 2018 there were at least 340 mass shootings, some which shook the nation stirring up great momentum in the movement to prevent gun violence. But every single day communities around the country face gun violence with more than 56,000 incidents in 2018. - bit.ly/2BRbC16

💬      ⟲ 2      3      ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 28 Dec 2018      ⌄
This is what happens when the **@NRA** leadership is in command of politicians, as has happened in Ohio. They can now sue city's there for enacting gun safety laws. This - despite a strong majority of Americans AND **#NRA** members who support **#gunsafety** in the U.S. TY @MomsDemand

 **Shannon Watts** ● @shannonrwatts
Ohio @MomsDemand volunteers file out of the statehouse after some Republican Senators vote to override @JohnKasich's veto of a bill that will allow the @NRA to sue municipalities for enacting gun safety policies....

Show this thread

💬      ⟲ 1      4      ✉

 Home     Moments     Notifications    ✉ Messages    🐦    NRA from:mitchofarrell    🔍        Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**    ⋮

individually, pediatric cancers, drowning, poisoning, birth defects, asthma or drug overdoses. So what are we doing to save our children?
Start here: wagv.org

♡ 1        ⟲        2        ☑

---

**Mitch O'Farrell** ● @MitchOFarrell · 19 Dec 2018    ⌄
Replying to @shannonrwatts @NRA
This is a consequence of an organization led by violent extremists, when they control an entire political party, @GOP – and a state's Governor & legislature.

♡        ⟲        1        ☑

---

**Mitch O'Farrell** ● @MitchOFarrell · 12 Dec 2018    ⌄
This need not be our new normal. We can reign in mass shootings of children if we reign in the power and influence of the @NRA and their lackeys in Congress & @realDonaldTrump -TY to all the advocacy groups who have fought for #gunsafety legislation all these years. We will win.

**Brady** ● @bradybuzz
.@EducationWeek analyzes patterns in school shootings focusing on the incidents of 2018, which killed or injured at least 113 people.  bbc.in/2Ldi3zY

♡ 1        ⟲        2        ☑

---

**Mitch O'Farrell** ● @MitchOFarrell · 5 Dec 2018    ⌄
Replying to @shannonrwatts
She is a mouthpiece for another fraud perpetuated by the @NRA and this BS will result in real tragedies: All of them preventable.

♡        ⟲        5        ☑

---

**Mitch O'Farrell** ● @MitchOFarrell · 3 Dec 2018    ⌄
Very important reminder of a great deed by George H.W. Bush. Thx @Bradybuzz! The @NRA has been an extremist organization for a long time now, with no sign of letting up. This is one beast we need to starve.

**Brady** ● @bradybuzz
After a NRA member killed 168 people in Oklahoma, George H.W. Bush resigned as a lifetime member from the NRA due to Wayne LaPierre's remarks. In the wake of Bush's passing, we remember him for being an honorable leader in standing up to the NRA. nyti.ms/2QwDWzd

♡        ⟲        4        ☑

---

**Mitch O'Farrell** ● @MitchOFarrell · 10 Nov 2018    ⌄
One thing is clear, the @NRA is in the wrong lane. #ThisISMyLane

**NRA** ● @NRA
Someone should tell self-important  anti-gun doctors to stay in their lane. Half of the articles in Annals of Internal Medicine are pushing for gun control.

⌂ **Home**    𝄢 **Moments**    🔔⁴⁰ **Notifications**    ✉ **Messages**    🐦         NRA from:mitchofarrell    🔍    👤    **Tweet**

# NRA from:mitchofarrell

**Top**    *Latest*    **People**    **Photos**    **Videos**    **News**    **Broadcasts**                                                  ⋮

@YouTube - Ready to stop streaming @NRATV yet? @JeffBezos @MomsDemand @Everytown @WAGV @Bradybuzz @eqca

**Shannon Watts** ● @shannonrwatts
The Thousand Oaks shooter used a high capacity magazine that California voters banned anyone in the state from possessing in 2016.

But the @NRA and other gun extremists orgs blocked the law from...

○          ⊔ 2          10          ✉



**Mitch O'Farrell** ● @MitchOFarrell · 5 Nov 2018                              ⌄
The @NRA leadership is fighting to keep the AR-15 assault weapon and other "weapons of war" easily available to everyone everywhere. Let's put another check on their power tomorrow & bring an end to their violent extremism. #Vote2018



**Shannon Watts** ● @shannonrwatts
One year ago today, a gunman used an AR-15 to murder 26 people inside a Sutherland Springs, Texas church.

"Ninety percent of the people were unrecognizable......

○          ⊔ 1          5          ✉



**Mitch O'Farrell** ● @MitchOFarrell · 31 Oct 2018                              ⌄
I told @FedEx executives earlier this year, "there is no high road in doing business with the @NRA." Thank you FedEx for realizing their role in promoting violence & terror on American soil. @MomsDemand @WAGV @Bradybuzz

**FedEx cuts ties with NRA**
FedEx has cut ties with the National Rifle Association (NRA), eight months after it first received calls to do so.
thehill.com

○ 3          ⊔ 7          24          ✉



**Mitch O'Farrell** ● @MitchOFarrell · 24 Oct 2018                              ⌄
Replying to @MitchOFarrell @shannonrwatts and 2 others
And by the way, @amazonprimenow @AppleTV @Google -isn't it time to end your relationship with @NRATV & stop aiding and abetting their violent, extremist rhetoric?

 Home    Moments    Notifications    Messages   

NRA from:mitchofarrell         Tweet

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

companies to follow suit.

usatoday.com

💬 4        ↻ 82        202        ✉

---

**Mitch O'Farrell** 🔵 @MitchOFarrell · 24 Oct 2018

Replying to @shannonrwatts @NRA @DLoesch

Let's call this for what it is: Promoting gun violence and voter intimidation from the @NRA

💬 7        ↻ 134        557        ✉

---

**Mitch O'Farrell** 🔵 @MitchOFarrell · 12 Oct 2018

Replying to @DonnaShalala @shannonrwatts @MomsDemand

An F from the @NRA is definitely a badge of honor. Keep them coming. Congratulations Secretary Shalala!

💬        ↻ 8        55        ✉

---

**Mitch O'Farrell** 🔵 @MitchOFarrell · 1 Oct 2018

My #NRA disclosure motion passed unanimously in Budget & Finance committee today. TY Chair @PaulKrekorian for your partnership. Next up; full City Council to draft the Ordinance. @WAGV @Bradybuzz @Everytown @MomsDemand @sandyhook



💬 4        ↻        11        ✉

---

**Mitch O'Farrell** 🔵 @MitchOFarrell · 22 Sep 2018

Part of #gunsense is disclosure & transparency regarding @NRA ties. google.com/amp/s/www.nbcl...  @WAGV @MomsDemand @Everytown @Bradybuzz @sandyhook @drainthenra

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**          ⋮



nbclosangeles.com

♡ 3          ⟲          4          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 26 Aug 2018          ∨
More insensitivity and propaganda from the @NRA implying guns everywhere
will make us safer. Vote 4 #gunsense candidates November 6th! @MomsDemand
@eqca @sandyhook @Everytown @Bradybuzz

> **Dana Loesch** ● @DLoesch
> A horrible tragedy. End gun free zones or have the security in place to keep
> people safe in them. jacksonvillelanding.com/rules-of-condu...
> twitter.com/twitchyteam/st...

♡ 1          ⟲          7          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 7 Aug 2018          ∨
Maybe the @NRA leadership received another infusion of Russian oligarch cash
to help run their political campaigns.

> **Shannon Watts** ● @shannonrwatts
> BREAKING: The @NRA isn't bankrupt. twitter.com/NRA/status/102...

♡          ⟲          4          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 19 Jul 2018          ∨
Replying to @shannonrwatts @NRA @MomsDemand
Keeping it classy @DLoesch

♡          ⟲          1          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 18 Jul 2018          ∨
Replying to @shannonrwatts @NRA

Extremists don't engage in logic or have integrity. That pretty much defines the
@NRA leadership. They consistently stick to their agenda of guns everywhere
EXCEPT at their own events or when it could cause them personal harm. It is
essentially cowardice.

♡          ⟲ 6          24          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 17 Jul 2018          ∨
Will @NRA leadership or @DLoesch comment on their "VIP" Mariia Butina's
conspiracy indictment as a Russian agent?

⌂ Home    𝄢 Moments    Notifications⁴⁰    ✉ Messages    🐦    NRA from:mitchofarrell    🔍    👤    Tweet

# NRA from:mitchofarrell

| Top | Latest | People | Photos | Videos | News | Broadcasts | | ⁞ |

to the National Rifle Association, according to a bombshell news report.
thetrace.org

♡    ⟲ 3    4    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 3 Jul 2018    ⌄
This is the prevailing status quo of the @GOP "Thoughts and Prayers" controlled
Congress. The November elections will literally mean life and death and a chance
to stop the @NRA leadership's assault weapons everywhere agenda.
@MomsDemand @WAGV @Everytown @eqca @GAG_LAChapter

**NBC Politics ●** @NBCPolitics
Senate Majority Leader McConnell:

There's not much the federal government can do to respond to school
shootings. nbcnews.to/2z7gd15

♡    ⟲ 3    6    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 29 Jun 2018    ⌄
Replying to @shannonrwatts
Since the "thoughts and prayers" party knows how hollow their words ring after
each mass shooting, all they have left at their disposal is to condemn foul
language. God knows their true master is the @NRA

♡    ⟲    2    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 29 Jun 2018    ⌄
Hey @DLoesch & @NRA - Your unique & reckless brand of hatred, corruption
and ignorance will ultimately be defeated. Your followers may be more motivated
than ever but you're base is shrinking. #VoteThemOut2018

**Shannon Watts ●** @shannonrwatts
.@NRA's Dana Loesch in 2016: Reporters are the "rat-
bastards of the Earth" who should be "curb-stomped."

0:49 DIA

Show this thread

♡    ⟲ 3    3    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 28 Jun 2018    ⌄
Replying to @LeonidasBowman @NRA and 5 others
You are missing the point. The killer's guns should have been confiscated as he
was known to have threatened the paper repeatedly. #RedFlag laws are needed
nationally.

♡ 1    ⟲    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 28 Jun 2018    ⌄
Another mass shooting, Annapolis. Get ready to hear condolences from the
"thoughts & prayers" party and the @NRA but zero action on #gunsafety

 Home     Moments     Notifications     Messages        NRA from:mitchofarrell    Q         Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**    ⋮

work!

♡ 1    ↺ 6    36    ☑

**Mitch O'Farrell** ● @MitchOFarrell · 16 Jun 2018    ⌄
Replying to @shannonrwatts @NRA
Go moms!

♡    ↺    6    ☑

**Mitch O'Farrell** ● @MitchOFarrell · 13 Jun 2018    ⌄
Replying to @shannonrwatts @NRA
Proud to be considered an "enemy" of the **@NRA** 's radicalized leadership.

♡    ↺    4    ☑

**Mitch O'Farrell** ● @MitchOFarrell · 12 Jun 2018    ⌄
Two years ago today, 49 lives were cut short and another 53 were wounded at the #Pulse Nightclub in Orlando. Despite several mass shootings since, the **@NRA** controls the @GOP in Congress. They refuse to enact sensible #GunControl legislation. #LGBT

> **These Are the Victims of the Orlando Nightclub Sh...**
> 49 people were killed in the deadliest mass shooting in American history
> time.com

♡ 1    ↺ 3    7    ☑

**Mitch O'Farrell** ● @MitchOFarrell · 4 Jun 2018    ⌄
Hey **@NRA** & your enablers: You are outnumbered and your extremist agenda & bogus 2nd Amendment infringement argument will be defeated.

> **Brady** ● @bradybuzz
> Students at #MSD graduated this past weekend w/ a silent tribute to those they lost to gun violence & rocking @TLipstickLobby #FiredUp to raise awareness. bit.ly/2HmCuHm twitter.com/CNN/status/100...

♡ 1    ↺    4    ☑

**Mitch O'Farrell** ● @MitchOFarrell · 1 Jun 2018    ⌄
What a crock **@NRA** and you know it, as do more and more people every day. PLEASE keep up your disingenuous propaganda. It is working in our favor. #gunsafety @drainthenra

> **Brady** ● @bradybuzz
> They @NRA has attempted to co-opt a day to honor victims and survivors of gun violence in order to promote their own agenda, which has nothing to do with gun safety. New lows all the time. Show them why you #WearOrange! twitter.com/NRA/status/100...

⌂ Home    𝄢 Moments    ⌔ Notifications    ✉ Messages    🐦         NRA from:mitchofarrell    🔍   👤    Tweet

# NRA from:mitchofarrell

Top    Latest    People    Photos    Videos    News    Broadcasts                        ⋮

The young people will win.  cnbc.com/2018/05/30/dic...

○          ⇄          2          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 25 May 2018                    ⌄
Okay, @Apple @FedEx @amazon @JeffBezos @YouTube - Ready to stand up to
the @NRA and their extremist agenda? The Parkland youth cannot do this alone.
America needs you to! @shannonrwatts @MomsDemand @WAGV @eqca
@Everytown

> **Jorge K Gonzalez** @jorgekgonzalez
> #BREAKING: In wakes of protests from @davidhogg111,
> Publix says it is suspending political donations and
> reevaluating its giving process. @CBSMiami

○          ⇄          8          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 24 May 2018                    ⌄
An armed citizen shooting people in a Restaurant, including a 12 year old girl, and
another armed citizen shooting the shooter. Common denominator; easy access
to guns. Welcome to the @NRA 's America.

> **Shannon Watts** ● @shannonrwatts
> Yes - the man who shot four people inside a restaurant, including a 12 year
> old child, was an armed citizen. twitter.com/dloesch/status...

○ 1        ⇄ 1        7          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 23 May 2018                    ⌄
And had a safe storage law been in effect in Texas, it may have prevented the
Santa Fe High School shooting. The @NRA is in "violation" of our right to live a
gun free life.

> **igorvolsky** ● @igorvolsky
> As a reminder: @NRA regularly lobbies against safe storage laws arguing that
> they are a violation of privacy and will lead to gun confiscation.
> nypost.com/2018/05/22/4-y...

○          ⇄          6          ⊠

**Mitch O'Farrell** ● @MitchOFarrell · 21 May 2018                    ⌄
In light of the recent shooting in Santa Fe, Texas, I'm even more determined to
find out if the NRA has ties to businesses that the City of Los Angeles has
ongoing relationships with. Here's my motion on this subject, which was
introduced in March.

○ 1        ⇄          4          ⊠

Show this thread

**Mitch O'Farrell** ● @MitchOFarrell · 21 May 2018                    ⌄



# NRA from:mitchofarrell

Top   Latest   People   Photos   Videos   News   Broadcasts

government.

According to an audit obtained by the Center for Responsive Politics, the NRA's spending on political activities from 1998-2017 aggregated to over $200 million.

The City of Los Angeles has historically enacted ordinances and adopted positions that promote gun safety and gun safety legislation.

Given the opposing stances of the NRA and the City, the City should move to rid itself of its relationships with any organization that supports the NRA.

I THEREFORE MOVE that the City Council direct the Chief Legislative Analyst (CLA) to report back with a list of all businesses and organizations that have a formal relationship with the NRA.

I FURTHER MOVE that the CLA report back with options for the City to immediately boycott those businesses and organizations until their formal relationship with the NRA ceases to exist.

PRESENTED BY:

MITCH O'FARRELL
Councilmember, 13th District

SECONDED BY:

♡ 2    ⟲      7    ✉

Show this thread

**Mitch O'Farrell** ● @MitchOFarrell · 19 May 2018 ∨
Calling BS when an **@NRA** zealot invokes "holier than thou" patriotism. My family of military veterans would have my back on this.

> **Shannon Watts** ● @shannonrwatts
> Except, you know, for the millions of Americans who've been killed or critically injured by gun violence... They're not standing.
> twitter.com/NRATV/status/9...

♡ 1    ⟲ 1      5    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 19 May 2018 ∨
@DLoesch -Just give it up already. @shannonrwatts is way above your Russian oligarch-funded **@NRA** pay grade. Your worthless arguments are failing.

> **Shannon Watts** ● @shannonrwatts
> Texas's Child Access Prevention law applies to children UNDER 17, the gun has to be loaded and, even if a gun owner is charged, the violation is considered a misdemeanor, punishable by a small fine....

♡    ⟲      ✉

**Mitch O'Farrell** ● @MitchOFarrell · 18 May 2018 ∨
The **@NRA** and its stooges in Congress are fighting to make sure this man and everyone else has unlimited access to weapons of war anywhere in the U.S.

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts                    ⋮

The @**NRA** used as a "back channel to Moscow," during the 2016 Presidential election. Hey #**NRA**, you can stop portraying your discredited organization as a paragon of patriotism. You are the opposite of that.

> **Brady** 🔵 @bradybuzz
> New developments in the #TrumpRussia saga. The Senate Judiciary Committee says there is "clear evidence" that the Russian government helped @realdonaldtrump's presidential campaign with apparent help from the @NRA -> thebea.st/2jZBsHI

💬          ⟲ 3          6          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 16 May 2018                              ⌄
My late father, a lover of guns himself, could have written this article. He loathed anyone or anything that peddled in ignorance or falsehoods to gain influence or power. That's EXACTLY what the @**NRA** leadership is all about.

> **Brady** 🔵 @bradybuzz
> A gun lover who is uncomfortable with gun culture talks about why he doesn't like the NRA. -->
> read.bi/2rMNuJ0

💬          ⟲ 2          5          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 15 May 2018                              ⌄
The @**NRA** giving an ultimatum to anyone as either "with us or against us," makes it very easy to oppose their extreme agenda. Keep them coming!

> **Shannon Watts** 🔵 @shannonrwatts
> The @NRA's strategy: to strip training requirements for gun owners from state laws: "She claimed her veto was about a lack of training, but law-abiding gun owners know we don't need government mandates to tell us to train. We do it because we're responsible, dedicated and safe." ...
> Show this thread

💬          ⟲          3          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 14 May 2018                              ⌄
One can choose to be on the side of love or hate. Love ultimately wins every time. Haters are flocking to the @**NRA** leadership's message of terror and fear. They will lose.

> **Shannon Watts** 🔵 @shannonrwatts
> Ellen's became the target of threats after the @NRA urged members to boycott. One caller, who identified himself as an NRA member, warned of a plan to kill the owner: "I said, 'If I'm going to be murdered, will it be by a criminal or law-abiding citizen?'" nytimes.com/2018/05/14/us/...

💬          ⟲ 2          10          ✉



🏠 Home    🎗 Moments    🔔 Notifications    ✉ Messages    🐦    NRA from:mitchofarrell    🔍    👤    Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**        ⋮

Show this thread

    💬       ⟲       1       ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 13 May 2018    ⌄
Just spent way too much money at @DICKS today but it was worth every penny
because they are standing up to the @NRA - @amazon @YouTube @Apple
@JeffBezos @FedEx - will you follow?



EVERY SEASON STARTS AT

**DICK'S SPORTING GOODS®**

Shop us online at:

**www.DicksSportingGoods.com**

    💬 1       ⟲       11       ✉

Show this thread

**Mitch O'Farrell** 🔵 @MitchOFarrell · 13 May 2018    ⌄
Shop @DICKS Sporting goods and support #Parkland moms and businesses that
are standing up to the @NRA this #mothersday2018

> **Brady** 🔵 @bradybuzz
> This Mother's Day weekend, moms who lost their children in the Parkland
> shooting are working to turn their tragedy into something good. Their
> strength is truly inspiring. bit.ly/2IfuvwR

    💬       ⟲       3       ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 11 May 2018    ⌄
@lalgbtcenter @couragecampaign @laglcc @stonewalldems @equality_armenia
@humanrightscampaign @onepulseforamerica @momsdemand @wagv
@everytown #pulsenightclub #drainthenra #**nra**

    💬       ⟲       1       ✉

Show this thread

⌂ Home     ⚡ Moments     🔔 Notifications⁴⁰     ✉ Messages          🐦          [ NRA from:mitchofarrell        🔍 ]     👤        Tweet

# NRA from:mitchofarrell

**Top**     **Latest**     **People**     **Photos**     **Videos**     **News**     **Broadcasts**          ⋮

clad in a bandanna and tactical vest, Preston was walking through a crowd
during the Aug. 12 event when he turned around, drew his pistol and fired at
an African American counterprotester." washingtonpost.com/local/ku-klux-...

💬          ↻          1          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 9 May 2018                                        ⌄
@amazon @Apple @YouTube @FedEx –The list is growing. Won't you please join
the @NRA boycott?

> **Shannon Watts** 🔵 @shannonrwatts
> Last week, the @NRA's Carry Guard insurance program was found to have
> unlawfully provided insurance "to gun owners for acts of intentional
> wrongdoing" in New York. Now Lloyd's of London is terminating all insurance
> made available through the NRA. twitter.com/thehill/status...

💬          ↻          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 8 May 2018                                        ⌄
I want to thank the @NRA and @DLoesch for bringing out the best in human
nature by exemplifying the worst of what people are capable of.

> **Shannon Watts** 🔵 @shannonrwatts
> The @NRA's mean tweet of a receipt from Dallas restaurant Ellen's that
> supported stronger gun laws didn't turn out quite the way they wanted it to...
> Not only has Ellen's received overwhelming support, but they're writing a
> $15,000 check to @MomsDemand.
> Show this thread

💬          ↻ 2          12          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 7 May 2018                                        ⌄
@NRA promoting Russian military assault weapons that can pierce American
military body armor, and the #NRA ties to nefarious Russian Oligarchs. Oliver
North is a perfect fit to guide this gun running, criminal enterprise.
@MomsDemand @drainthenra @WAGV @Bradybuzz @davidhogg111

> **PEACE, LOVE, UNITY** @Flowerstoall
> The Pentagon considers this Russian sniper rifle a big threat to US soldiers.
> The NRA helped promote it. motherjones.com/politics/2018/... via
> @MotherJones

💬          ↻ 8          12          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 5 May 2018                                        ⌄
Sadly, one can only draw the following conclusion: That @amazon @Apple
@YouTube @JeffBezos support the extreme & violent @NRA @DLoesch agenda.
They continue stream @NRATV & @FedEx gives member discounts.

> **Shannon Watts** 🔵 @shannonrwatts
> .@NRA lobbyist @DLoesch has shown up uninvited, with a camera crew, at a



⌂ Home    ♫ Moments    ⌇⁴⁰ Notifications    ✉ Messages    🐦    NRA from:mitchofarrell    🔍    👤    Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**                                 ⋮



Come on @amazon @Apple @YouTube @FedEx -Join the anti-extremism, anti
weapons of war for domestic use party and drop your ties to and accommodation
of the **@NRA** & **@NRATV** –



**Brady** 🔵 @bradybuzz
The @NRA is reeling from an FBI inquiry about ties to
Russia, alienating reasonable gun owners w/ extreme
policies and losing support from private companies. What
else?? Read the report -> bit.ly/2018NRAAM …

  ♡          ⟲ 1          5          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 1 May 2018                    ⌄
Replying to @shannonrwatts @DLoesch
The **@NRA** "misleading" it's own members is not the issue. The issue is that their
leadership is MISREPRESENTING their interests. The majority of **#NRA** members,
like the majority of Americans, support background checks & **#gunsafety**
legislation.

  ♡ 2          ⟲ 1          6          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 29 Apr 2018                    ⌄
Replying to @shannonrwatts @DLoesch @NRA
And they meet with these recent poll results as a backdrop: The **@NRA**
leadership's extreme agenda is rapidly losing steam & their Russian oligarch
financial contributions aren't helping them. @MomsDemand @WAGV
@Bradybuzz @Everytown @eqca





⌂ Home      𝄘 Moments      🔔 Notifications      ✉ Messages         🐦         NRA from:mitchofarrell      🔍      Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**                                                                ⋮

**Shannon Watts** 🔵 @shannonrwatts
Go @JustinBrannan! Actually he was making fun of the fact the the @NRA
had to relocate its Brooklyn fundraiser THREE times to avoid protests. It's not
violent to jeer amoral contributors to Americans' deaths:
mobile.twitter.com/JustinBrannan/... twitter.com/nratv/status/9...

○        ↻              4        ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 27 Apr 2018                                   ⌄
And a big part of the **@NRA** fraud is their claim that if you don't support assault
weapons everywhere, you're against the police. Textbook divisive, race baiting
propaganda - and it's not working @NRATV

**Shannon Watts** 🔵 @shannonrwatts
Using my @NRA racism decoder ring, I'll break down what the NRA is trying
to say about @johnlegend.

"What makes you think" means "How dare you."...

○        ↻ 1              8        ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 27 Apr 2018                                   ⌄
Replying to @shannonrwatts @MomsDemand @NRA
Bravo! 👏👏👏

🌐 Translate Tweet

○        ↻              8        ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 27 Apr 2018                                   ⌄
The **@NRA** wants firearms and assault weapons everywhere else except at their
own convention.

**Shannon Watts** 🔵 @shannonrwatts
Once again, the @NRA will not allow attendees to be
armed in the convention center when keynotes are
speaking....

○        ↻ 3              5        ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 27 Apr 2018                                   ⌄
Thx @shannonrwatts -And yet @Apple @amazon & @YouTube CONTINUE
streaming the violent extremism of @NRATV & @FedEx STILL provides discounts
to members. All of them complicit in the **@NRA** agenda. @MomsDemand
@WAGV @eqca @Everytown @davidhogg111 @Bradybuzz

**Shannon Watts** 🔵 @shannonrwatts
Loesch in @NRA ad: "They use their schools to teach children that their
president is another Hitler" google.com/amp/s/www.vox....

# NRA from:mitchofarrell

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**                                                                ⋮

@eqca

**Brady** ● @bradybuzz
A police officer died Wednesday morning, a day after he and a colleague
were shot in Dallas. The tragedy comes only a week before the @NRA will
take over the city for their annual convention --> cnn.it/2qYDz2C

♡ 1          ⟲ 3                    11          ✉

**Mitch O'Farrell** ● @MitchOFarrell · 25 Apr 2018                                    ⌄
Dear @NRA -Are assault weapons or firearms of any kind allowed at your
convention in Dallas? You want them everywhere else so I'd like to know. Thx

> **Brady** ● @bradybuzz
> Vice President, Mike Pence has been confirmed to speak at
> next week's @NRA convention. We expect more from our
> Vice President and so should you. Will you help defeat the
> NRA & end the grasp they have on our elected official...

♡          ⟲ 1                    3          ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Apr 2018                                    ⌄
Bears repeating: "In shootings where assault weapons or large capacity magazines
are used, 155% more people are shot." Begs the question: Do the @NRA & their
Congressional stooges want more Americans shot?

> **Brady** ● @bradybuzz
> New poll shows that 62% of Americans want a ban on assault weapons. DYK?
> In shootings where assault weapons or large capacity magazines are used,
> 155% more people are shot. --> abcn.ws/2HFJ6Vd #BanAssaultWeapons

♡ 1          ⟲ 1                    2          ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Apr 2018                                    ⌄
The @NRA and their Congressional stooges are empowering people like this
across the country. They still refuse to consider sensible #GunSafety laws
supported by a strong majority of Americans. This madness can end in November.
#vote

> **CBS News** ● @CBSNews
> MORE: Travis Reinking in possession of semiautomatic
> weapon, .45 caliber ammunition when apprehended by
> police, authorities say cbsn.ws/2JgHFKb
>
> 0:10  COUNTS OF HOMICIDE

♡ 1          ⟲ 2                    6          ✉

**Mitch O'Farrell** ● @MitchOFarrell · 21 Apr 2018                                    ⌄
A reminder: The @NRA  is under investigation by the FBI for taking contributions
from a Russian Banker and Putin ally during the 2016 election.



# NRA from:mitchofarrell

Top      Latest      People      Photos      Videos      News      Broadcasts                                                                ⋮

**Mitch O'Farrell ●** @MitchOFarrell · 17 Apr 2018                                          ⌄
Replying to @shannonrwatts @NRA @MomsDemand
Everyone should be suspicious of a man in a park carrying a firearm! **@NRA**
leaders and the gun manufacturers who enrich the organization are trying to
normalize this insanity.

♡ 4          ♁ 2          40          ✉

**Mitch O'Farrell ●** @MitchOFarrell · 16 Apr 2018                                          ⌄
Now we're talking! @amazonprimenow @FedEx @Apple - where are you on your
ties to the **@NRA** & @NRATV ?Dick's Sporting Goods will destroy assault-style
rifles pulled from shelves post-gazette.com/business/money... via @PittsburghPG

**Dick's Sporting Goods will destroy assault-style rifles pulled from sh...**
Typically a retailer may return unsold merchandise to the manufacturer, but
Dick's said it will dispose of them in accordance with the law.
post-gazette.com

♡ 1          ♁ 3          7          ✉

**Mitch O'Farrell ●** @MitchOFarrell · 16 Apr 2018                                          ⌄
"Thoughts and prayers" are clearly no longer accceptable. **@NRA**
@MomsDemand @Everytown @eqca @WAGV @latimes

**Big banks take a stand against the gun industry - L...**
Several major banks have decided to end support for
some gunmakers. Congress should take its cue from
them.
latimes.com

♡ 1          ♁ 1          7          ✉

**Mitch O'Farrell ●** @MitchOFarrell · 13 Apr 2018                                          ⌄
More reckless propagandizing by @DLoesch of the **@NRA** - reaching an all new
low in the process.

**Shannon Watts ●** @shannonrwatts

⌂ Home      🎐 Moments      🔔 Notifications      ✉ Messages      🐦      NRA from:mitchofarrell      🔍      👩      Tweet

# NRA from:mitchofarrell

Top      Latest      People      Photos      Videos      News      Broadcasts                                     ⋮



Time for EVERYONE to take on the **@NRA**

**Brady** ● @bradybuzz
When Congress won't act, states and local governments will. The @NRA is
taking notice --> bit.ly/2qht2PO

♡ 1        ⟲ 2        7        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 9 Apr 2018                                ⌄
What more proof does anyone need that the **@NRA** leadership's "weapons of
war for domestic use everywhere" agenda must be stopped? @Everytown
@MomsDemand @eqca @drainthenra

**WomenAgainstGunViol** @WAGV
"These shootings occur in the Walmart parking lot, in church, in the bowling
alley, in the gym — they're happening at places we go to all the time, that we
never think of as unsafe," said Kathy Shorr, the Brooklyn-born photographer.
#Enough nyti.ms/2uWR0of

♡ 1        ⟲ 3        15        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 3 Apr 2018                                ⌄
Replying to @tedlieu @davidhogg111
Wait, @BillOReilly is still on TV? Overwhelming majority of Americans AND
**@NRA** members support #gunsafety legislation even if Bill O'Reilly and his
bosses don't.

♡        ⟲        3        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 3 Apr 2018                                ⌄
@amazon @FedEx and all companies that have deals with the **@NRA** -this is
what their leadership is encouraging with their terrorist propaganda on **@NRATV**
-Time to @drainthenra @Everytown @MomsDemand @WAGV @eqca

**Shannon Watts** ● @shannonrwatts
In light of the shooting in San Bruno at YouTube, will the @NRA apologize for
this disgusting tweet in which it calls on its members to "rise up" against the
company's decision to take down how-to gun videos?
twitter.com/NRATV/status/9...
Show this thread

♡        ⟲ 7        17        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 29 Mar 2018                                ⌄
**@NRA** is under investigation by the FBI to see if their 30 million to help Trump
included funds from Russian money launderers. What an upstanding organization
they are!

   **Ron Wyden** ● @RonWyden
I'm requesting further information from the @NRA after



🏠 Home    ⚡ Moments    🔔 Notifications ⁴⁰    ✉ Messages          🐦          NRA from:mitchofarrell    🔍          Tweet

# NRA from:mitchofarrell

Top    **Latest**    People    Photos    Videos    News    Broadcasts          ⋮

their reaction. @WAGV @Bradybuzz @MomsDemand #GunControl #EnoughIsEnough

💬 3     ↻ 2          7     ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 29 Mar 2018
Replying to @DLoesch @NRA
One could say you're "sweating bullets" because your organization is on the run, but that would be a bad metaphor. Now you can go back to promoting your daily falsehoods.

💬 9     ↻          2     ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 29 Mar 2018
Great quote re: the @NRA - "Creatures that refuse to adapt ultimately perish."

> **Pit a youth movement for firearms regulation again…**
> The young people who marched for gun control all over the country showed this: The unyielding firearms lobby is in deep trouble with the next generation.
> latimes.com

💬 12     ↻ 1          10     ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 29 Mar 2018
Replying to @DLoesch @NRA
And you've had time to come to your senses on #gunsafety legislation but no one's holding their breath. #DrainTheNRA

💬 4     ↻          ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 28 Mar 2018
The @NRA "assault weapons everywhere" agenda can and will be challenged in the City of Los Angeles. It's time for action. @WAGV @MomsDemand @Bradybuzz @eqca @shannonrwatts

> **Emily Alpert Reyes** @AlpertReyes
> L.A. councilman wants city to boycott companies with NRA ties
> latimes.com/local/lanow/la...

💬 114     ↻ 104          373     ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 28 Mar 2018
@DLoesch & @NRA engaging in more scapegoating to further their catastrophic "assault weapons everywhere" agenda.

> **Shannon Watts** 🔵 @shannonrwatts
> Retweet if you're "anti gun lobbyists"! twitter.com/DLoesch/status...

💬     ↻          1     ✉

**Mitch O'Farrell** 🔵 @MitchOFarrell · 27 Mar 2018



⌂ Home        Moments        Notifications        ✉ Messages                     NRA from:mitchofarrell        Q                     Tweet

# NRA from:mitchofarrell

Top    Latest    People    Photos    Videos    News    Broadcasts                                      ⋮

Mitch O'Farrell ● @MitchOFarrell · 27 Mar 2018
Replying to @DLoesch @NRA

Vulgar & anti-intellectual? That's brazen coming from you, actively promoting domestic use of weapons of war. So as "spokesperson," are you disavowing the official **NRA** attacks on the Parkland students then? That would be your job.

♡ 16        ⟲        2        ✉

Mitch O'Farrell ● @MitchOFarrell · 27 Mar 2018
Replying to @DLoesch @NRA

google.com/amp/thehill.co... -For starters.

> **NRA host criticizes Parkland students ahead of 'Ma...**
> A host for the National Rifle Association's (NRA) broadcast arm NRATV criticized survivors of the Parkland, Fla., school shooting in a video ahead of the
> thehill.com

♡ 6        ⟲        1        ✉

Mitch O'Farrell ● @MitchOFarrell · 27 Mar 2018
@DLoesch -How will you spin this one? Will the @**NRA** stand by its earlier claims despite the facts? Maybe you'll just return to attacking the Parkland High students and call it a day.

> **Shannon Watts** ● @shannonrwatts
> Well, this destroys the @NRA's narrative. A teen took his father's loaded gun to school to fatally shoot his ex-girlfriend and himself. The armed guard did not dissuade him from carrying out the crime, nor did it ultimately stop him from doing so.

♡ 6        ⟲        3        ✉

Mitch O'Farrell ● @MitchOFarrell · 26 Mar 2018
Replying to @shannonrwatts @NRA

@glennbeck -Just another @**NRA** stooge masquerading as a "conservative" commentator.

♡ 1        ⟲ 1        7        ✉

Mitch O'Farrell ● @MitchOFarrell · 25 Mar 2018
Replying to @shannonrwatts @NRA

@RickSantorum and his way of thinking, along with all other tools of the #**NRA** are Dinosaurs who are clueless to the fact the ground has shifted under their reptilian feet. @Everytown @Bradybuzz @WAGV @MomsDemand @eqca

♡ 2        ⟲ 3        6        ✉

Mitch O'Farrell ● @MitchOFarrell · 24 Mar 2018
Replying to @NRA

Your fascist Joseph Goebbels style propaganda nonsense is again in full swing. It's

 

⌂ Home     ♫ Moments     ⌂ Notifications     ✉ Messages     ⌄     NRA from:mitchofarrell     🔍          Tweet

# NRA from:mitchofarrell

| Top | Latest | People | Photos | Videos | News | Broadcasts |                                               ⋮

He STILL doesn't get it & never will.

◯ 1          ⟲          7          ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 24 Mar 2018                          ⌄
Hey **@NRA** @DLoesch & your stooges in Congress: "Be afraid, be very afraid."
Your monied support of domestic terrorism will no longer B tolerated!
@RepBarragan @MomsDemand @WAGV @Bradybuzz @eqca @kdeleon
@Frances_Fisher @AshleeMPreston @RichardBloom #MarchForOurLivesLA
**#DrainTheNRA**







◯ 6          ⟲ 24          89          ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 23 Mar 2018                          ⌄
@eqca @HRC @LambdaLegal Now is the time to step it up against the **@NRA** -
They are very afraid of the **#LGBTQ** community, as they should be. @DLoesch

> **The Task Force** @TheTaskForce
> I survived Pulse and am ready to March For Our Lives shar.es/1Lxg9J via
> @washblade #NeverAgain #MarchForOurLives

◯          ⟲ 1                    ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 23 Mar 2018                          ⌄
Replying to @bikinginla @NRA
Nice try

 Home     Moments    Notifications    Messages    NRA from:mitchofarrell    🔍     Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**    ⋮

**Shannon Watts** ● @shannonrwatts
"I'll march for the 96 Americans who are shot and killed every day, and hundreds more who are wounded, and whose deaths and traumas receive little to no media attention."  newsweek.com/march-our-live...

♡ 6    ↻    9    ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 23 Mar 2018    ⌄
More fascist propaganda from America's #1 domestic terrorist organization, the **@NRA** -Engaging in Joseph Goebbels style attacks on Stoneman Douglas High School students.

**Shannon Watts** ● @shannonrwatts
My God. This is so disgusting. So despicable. Shame on any lawmaker or company in this country that is in any way aligned with the @NRA's agenda.

Every one of these NRA shills will end up in the ash heap of history. ...
Show this thread

♡ 1    ↻ 1    6    ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 22 Mar 2018    ⌄
Hey **@NRA** mouthpiece **@DLoesch** - You are not growing your "pro-assault weapons of war for domestic use" base with this lying, gun fetish propaganda. You may however, stir up the deranged who believe you & motivate them to commit gun violence. Does this make you proud? #drainthenra

**Shannon Watts** ● @shannonrwatts
Did someone force this @NRA lobbyist to attend the CNN Town Hall (where she spouted misinformation and rhetoric)? Gun lobbyists have no place in the national discussion about gun violence. twitter.com/dloesch/status...

♡ 2    ↻ 4    10    ✉

 **Mitch O'Farrell** ● @MitchOFarrell · 21 Mar 2018    ⌄
Thank you @WAGV for collaborating with me on ways to advocate for #gunsafety and #gunsafetylegislation! Onward to the #marchforourlives this Saturday! #drainthenra #enoughisenough #nra #guncontrol



# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**    ⋮



**Mitch O'Farrell** ● @MitchOFarrell · 20 Mar 2018            ⌄
And the city is lucky to have you! Lookout @NRA and Congressional stooges
doing your bidding. Forces are uniting in an unprecedented way to bring you
down. #StoptheNRA #GunSafety @eqca @MomsDemand

> **Jessica Craven** @Craven7Jessica
> Fantastic meeting with @MitchOFarrell about ways
> @MomsDemand and his office can work together to make
> #GunReformNow a reality! Thanks for your time,
> Councilman. Your district is lucky to have you.

♡ 1        ⟲ 2            9        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 18 Mar 2018            ⌄
@ChuckGrassley - tool of the @NRA - is actively blocking what 97% of Americans
want; a sensible #GunSafety law that would save lives across the country. Is this
the kind of representation in the US Senate that Iowans or anyone else wants?

> **Brady** ● @bradybuzz
> .@SenDurbin questions why Senate Judiciary Chair won't hold hearing on
> popular bill to  expand background checks to all sales. "It isn't safe if you can
> buy a gun over the internet" without one. - bit.ly/2lBcTw6

♡        ⟲                    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 18 Mar 2018            ⌄
Walls closing in: The Fred Meyer chain latest to halt gun & ammo sales but many
others continue to sell assault rifles. Zealous, delusional, fringe @NRA backed
"weapons of war" enthusiasts universe shrinking but still supported by @GOP &
@realDonaldTrump

> **Fred Meyer says it will stop selling guns, ammuniti...**
> Superstore company Fred Meyer says it will stop selling
> firearms and ammunition at its stores.
> thehill.com

♡ 1        ⟲ 1            3        ✉

**Mitch O'Farrell** ● @MitchOFarrell · 17 Mar 2018            ⌄
@NRA mission is to thwart this and all sensible #gunsafety legislation from
happening across the country. Decision time: #StoptheNRA



America has
the world's worst
gun violence problem.
1:27

> **Brady** ● @bradybuzz
> Did you know? 1 in 5 guns are sold without a background
> check. Background checks for every gun sale. It seems
> simple. It is simple. Now we just need to get Congress to
> act! #GunReformNow



Home Moments 40 Notifications Messages NRA from:mitchofarrell Tweet

# NRA from:mitchofarrell

Top Latest People Photos Videos News Broadcasts

**Mitch O'Farrell** @MitchOFarrell · 6 Mar 2018
Dear all: Bear witness to this terrorist threat from the @NRA a non-profit organization that rules the @GOP party & @realDonaldTrump actively endangering the lives of all Americans.

**NRATV** @NRATV
"To every lying member of the media, to every Hollywood phony, to the role model athletes who use their free speech to alter and undermine what our flag represents... Your Time is running out. The clock starts now."...

1 2 2

**Mitch O'Farrell** @MitchOFarrell · 1 Mar 2018
Hey @Apple & @amazon -Not too late to join the movement & stand up to the @NRA like @DICKS & even @Walmart #StopNRAmazon #March1NRABoycott

5 8

**Mitch O'Farrell** @MitchOFarrell · 1 Mar 2018
Today is the #March1NRABoycott -We've canceled our @amazon subscription & @Apple is next. Children are our future, not the @NRA & domestic weapons of war.

1 7 21

**Mitch O'Farrell** @MitchOFarrell · 28 Feb 2018
Replying to @warrenleightTV @MomsDemand
I will stop shopping at the @WholeFoods 365 in #SilverLake in the 13th District, my go-to market, until @amazon breaks ties with the domestic terrorist organization @NRA

7

**Mitch O'Farrell** @MitchOFarrell · 28 Feb 2018
@NRA @NRATV -You can spin & propagandize the insanity of domestic proliferation of weapons of war all you want. It's not working. Your terrorist agenda is coming undone. #NRAKillsKids

**huffpostqueer** @huffpostqueer
"We've just decided, based on what happened, and with these guns, we don't want to be part of this story." huffp.st/GXfvtbs

**Mitch O'Farrell** @MitchOFarrell · 26 Feb 2018
Replying to @CaseyCagle @Delta @NRA
Dear Lt. Governor: The @NRA is a domestic terrorist organization and you are one of their mouth pieces. Time to step down sir.

1

⌂ Home   🎏 Moments   🔔⁴⁰ Notifications   ✉ Messages   🐦      NRA from:mitchofarrell   🔍   👤   Tweet

# NRA from:mitchofarrell

Top    Latest    People    Photos    Videos    News    Broadcasts                                    ⋮

**Mitch O'Farrell** ✓ @MitchOFarrell · 25 Feb 2018                                    ⌄
@NRA stooges in state houses & the @GOP Congress will propose marginal
#GunSafety legislation & propagandize it as a "win." We must not accept this.
Only a comprehensive overhaul ending domestic access to all "weapons of war"
will do. @shannonrwatts

  ♡            ⇄                              ✉

**Mitch O'Farrell** ● @MitchOFarrell · 24 Feb 2018                                    ⌄
Here is an updated list of organizations that do business with the domestic
terrorist organization @NRA - @FedEx continues to support them. Time to
#BoycottFedEx google.com/amp/s/www.esqu...

  ♡ 1          ⇄ 1               4            ✉

**Mitch O'Farrell** ● @MitchOFarrell · 24 Feb 2018                                    ⌄
Replying to @JoyAnnReid

But the tide may be turning as we join forces in demanding that @NRA stooges
pivot away from that ridiculous and dangerous notion.

  ♡ 1          ⇄               1            ✉

**Mitch O'Farrell** ● @MitchOFarrell · 24 Feb 2018                                    ⌄
Keep it coming! We need a forensic approach to outing and disempowering any
and all enablers of the @NRA -a #domesticterrorist organization.
#ParklandStudentsSpeak

  **The Washington Post** ● @washingtonpost
  United and Delta cut ties to NRA as boycott movement spreads to global
  corporations wapo.st/2Ci4JZG

  ♡ 2          ⇄ 2               5            ✉

**Mitch O'Farrell** ● @MitchOFarrell · 24 Feb 2018                                    ⌄
The rot of corruption in the @NRA has tentacles beyond endangering all of our
lives by supporting crazed gunmen. They are actively working to restrict freedom
of information & our freedom from gun violence. #terrorists
#NoNRABloodMoney

  **Ted Lieu** ● @tedlieu
  Just when you thought @NRA could not be more out of touch with the
  overwhelming majority of Americans, it turns out the NRA randomly supports
  repealing net neutrality. What's next, is the NRA going to support repealing
  seat belts?...

  ♡          ⇄ 2               7            ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Feb 2018                                    ⌄
Domestic terrorist organization @NRA has a stranglehold on the @GOP and the
White House, halting the prevention of gun violence in our schools, churches, and
everywhere else across the country. #StoptheNRA

  **Chris Murphy** ● @ChrisMurphyCT

⌂ Home    ♫ Moments    ⌐ Notifications    ✉ Messages    🐦    NRA from:mitchofarrell    🔍    👤    Tweet

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**                                ⋮



@NRA -You may need to tap back into your Russian friends for additional funding.

**Kyle Griffin** ● @kylegriffin1
Home security startup SimpliSafe is cutting ties with the NRA.
bostonglobe.com/business/2018/...

♡    ⟲                    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Feb 2018                    ⌄
Keep them coming. **@NRA** -The walls are closing in. You and your enablers will try and delay the inevitable but change is coming.



**Kyle Griffin** ● @kylegriffin1
Home security startup SimpliSafe is cutting ties with the NRA.
bostonglobe.com/business/2018/...

♡    ⟲ 2    2    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Feb 2018                    ⌄
Is it any surprise that the domestic terror organization **@NRA** dismisses calls for gun control?



**WomenAgainstGunViol** @WAGV
Actually, Wayne La Pierre, what we "hate" is our children being murdered in schools, and in movie theaters, and malls, concerts, churches...and we "hate" our Congress members being beholden to your blood-soaked gun lobby.
#RejectTheNRA twitter.com/BBCWorld/statu...

♡    ⟲ 2    7    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 21 Feb 2018                    ⌄
Thank you for calling out gun violence enablers & the **@NRA** -We must out them for the lying frauds they are. There is nowhere for them to hide except for their "no guns allowed" terrorist convention.



**Shannon Watts** ● @shannonrwatts
.@NRA lobbyist Dana Loesch blaming mental illness for violent crime. People with mental illness commit less than 5% of violent crimes. They are more likely to be victims than perpetrators....

♡    ⟲ 4    15    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 21 Feb 2018                    ⌄
Replying to @theTonyGee @NRA
Exactly!

♡ 1    ⟲    1    ✉





**Mitch O'Farrell** ● @MitchOFarrell · 17 Feb 2018                    ⌄
Replying to @PizzaGid78 @GOP @NRA



# NRA from:mitchofarrell

**Top    Latest    People    Photos    Videos    News    Broadcasts**

over 90% of Americans want meaningful #GunSafety legislation. That will not happen with @GOP control of Congress. Their boss is the @NRA

**Anna B**                    @PizzaGirl78
Americans Opposed to Being Shot Seek Representation in Washington
newyorker.com/humor/borowitz...

♡ 3        ↻ 2        6        ✉

**Mitch O'Farrell ●** @MitchOFarrell · 16 Feb 2018
@ChuckGrassley and other shills for the @NRA are actively supporting domestic terrorists who murder children. Time to change the direction of this country an throw them all out.

**Rachel Maddow MSNBC ●** @maddow
Re these comments from Senator Chuck Grassley today:

Sen Grassley was the lead Senate sponsor of a bill to make it easier for mentally ill people to buy guns -- it was a standalone bill; that's all it did....

♡        ↻                    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 15 Feb 2018
Dear all: No one is safe in Florida or any state that has an "anything goes" @NRA backed reckless gun proliferation policy. This is indeed the definition of insanity.

**T o n y G e e** @theTonyGee
You don't need a permit or a license to buy a gun in Florida.

♡ 1        ↻ 4        7        ✉

**Mitch O'Farrell ●** @MitchOFarrell · 15 Feb 2018
Replying to @WAGV @SenatorBurr @NRA

Please post individually every last legislator so people can know who are the true enemies of children, families, and a safer America.

♡        ↻                    ✉

**Mitch O'Farrell ●** @MitchOFarrell · 15 Feb 2018
What a legacy of shame these members of the house & senate will leave. Over 90% of Americans want #GunSafety legislation but the @NRA controls Congress and the White House. That's right, a domestic terrorist organization makes all of us sitting ducks for the next crazed gunman.

**T o n y G e e** @theTonyGee
These people have no interest in protecting America's children. Sandy Hook was the litmus test. #NRA nytimes.com/interactive/20...

♡ 1        ↻ 3        7        ✉

**Mitch O'Farrell ●** @MitchOFarrell · 14 Feb 2018



# NRA from:mitchofarrell

Top   **Latest**   People   Photos   Videos   News   Broadcasts

pscp.tv/ABC/1BdxYRBLDB...

○        ↻ 1        5        ☑

**Mitch O'Farrell** ● @MitchOFarrell · 12 Feb 2018
The human & financial costs for survivors of gun crime with little or no gun safety regulation is a tragic by-product that the zealous gun-crazed lobby would have all of us ignore. @NRA @GOP

> **Brady** ● @bradybuzz
> The costs associated with surviving a shooting can be staggering and many gun violence survivors don't get the assistance they so desperately need. --> bit.ly/2nWFZx2

○        ↻        2        ☑

**Mitch O'Farrell** ● @MitchOFarrell · 14 Dec 2017
We have a solemn responsibility to reign in the vast weaponry that is easily accessible across the U.S. The overwhelming majority of Americans want #gunsafety legislation. Our natl leaders are failing us miserably by kowtowing to the @NRA - We R less safe everywhere as a result.

> **Brady** ● @bradybuzz
> We will always remember and we won't stop working until we make sure another tragedy like this will never happen again. #SandyHook #ENOUGH

○ 2        ↻        2        ☑

**Mitch O'Farrell** ● @MitchOFarrell · 1 Dec 2017
The @NRA is at it again. They'll stop at nothing in their campaign to terrorize this country.

> **Brady** ● @bradybuzz
> "Police officers think this is a terrible idea. Prosecutors think this is a terrible idea. You should listen to them."
> Law enforcement leaders call "Arm Anyone" concealed carry a threat to public safety- cnn.it/2Bp2lLU

○ 1        ↻        2        ☑

**Mitch O'Farrell** ● @MitchOFarrell · 13 Oct 2017
@NRA -Out of step with majority of Americans and most gun owners, lobbying to provide tools for terrorists. @GOP -Stop them!

> **Brady** ● @bradybuzz
> .@NRA opposes @SenFeinstein bill to ban bump stocks after earlier expressing support for bump stock regulation--> cnn.it/2hFGQys

⌂ Home  🔁 Moments  🔔⁴⁰ Notifications  ✉ Messages  🐦  NRA from:mitchofarrell  🔍  👤  Tweet

# NRA from:mitchofarrell

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**  ⋮



**Mitch O'Farrell** ● @MitchOFarrell · 2 Oct 2017  ⌄
Prayers & waxing poetic about coming together are inadequate. Claims of
"playing politics" so soon are an **@NRA** diversion tactic & total BS.

♡ 2    🔁 5    15    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 2 Oct 2017  ⌄
**@NRA** -Is your terrorist organization still lobbying for silencers, making it
ILLEGAL to ban guns at schools, & federalizing open carry?

♡    🔁              ✉

**Mitch O'Farrell** ● @MitchOFarrell · 2 Oct 2017  ⌄
OVERWHELMING majority of Americans want #gunsafety legislation incl strong
support 4 assault weapons BAN. **@GOP** & some Dems, where r u? **@NRA**

♡ 6    🔁 4    23    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 2 Oct 2017  ⌄
No trite responses needed for those slaughtered in Vegas. We need #gunsafety
legislation & a STOP to **@NRA** push 4 gun silencers!

♡ 1    🔁 3    10    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 29 Aug 2017  ⌄
Replying to @OfficialCLM
Frustratingly, the gun lobby & **@NRA** will benefit if we DON'T act. We have to
AMEND state law, then RE-ENACT the ban. @Mike_Feuer

♡ 1    🔁              ✉

**Mitch O'Farrell** ● @MitchOFarrell · 14 Aug 2017  ⌄
**@NRA** Do you support Nazi white supremacist thugs carrying fire arms where
ever they wish?

**WomenAgainstGunViol** @WAGV
Did anyone feel "SAFE" seeing these unofficial self-
proclaimed militiamen show up armed with assault
weapons at the Nazi rally in VA?

♡    🔁              ✉

**Mitch O'Farrell** ● @MitchOFarrell · 12 Aug 2017  ⌄
It is well documented that the **@NRA** foments domestic terrorism. Now they are
encouraging hostile governments (jokingly or not) to nuke us.

**John Myers** ● @johnmyers
Actually, it was just about nuking the capital city. twitter.com/xeni/status/89...

♡    🔁              ✉

**Mitch O'Farrell** ● @MitchOFarrell · 10 Aug 2017  ⌄



🏠 Home    🔔 Moments    🔔 Notifications    ✉ Messages    🐦    NRA from:mitchofarrell    🔍    Tweet

# NRA from:mitchofarrell

Top    Latest    People    Photos    Videos    News    Broadcasts

**Mitch O'Farrell** ● @MitchOFarrell · 17 Jul 2017
Replying to @WAGV
The infantile #TexasMilitia must need their assault rifles & camouflage to feel like real men & the @NRA openly supports domestic terrorism.

🗨    ⟲    5    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 12 Jun 2017
2/2 #Orlando-ZERO action by @NRA zealots in Congress. Over 15,000 Americans killed by guns every year. @Bradybuzz

🗨    ⟲    3    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 4 Jun 2017
@CDCgov -Ave. of 93 Americans killed DAILY by guns. @realDonaldTrump -That's a "reason to be alarmed." #tool of the @NRA @WAGV #nobannowall

🗨    ⟲    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 23 Feb 2017
Replying to @bradybuzz @YouTube
-90% of Americans support gun control legislation. Kudos to all everywhere who challenge @NRA stooges in Congress!

🗨    ⟲    1    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 10 Jul 2016
The fraudulent rationale of the NRA. #guncontrol now! latimes.com/opinion/op-ed/...

🗨    ⟲ 1    5    ✉

**Mitch O'Farrell** ● @MitchOFarrell · 21 Jun 2016
Replying to @Slate
-A good tool for following the NRA blood money. #guncontrol

🗨    ⟲    ✉

# NRA from:mitchofarrell

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**          ⋮



Replying to @Slate

@Slate If we don't act in U.S., all public & private facilities will one day have guards armed w/AK-47's. Maybe that's the goal of the **NRA**.

💬    ↻ 1         ✉

**Mitch O'Farrell** ● @MitchOFarrell · 15 Dec 2012      ⌄
What qualifies one to become member of "well regulated militia?" **NRA** thinks everyone. Time for Supreme Court to decide. #gunviolence @WAGV

💬 1    ↻         ✉

🐦

Back to top ↑

# EXHIBIT 26



🏠 Home    ⚡ Moments    🔔 Notifications    ✉ Messages    🐦    | Search Twitter 🔍 |    👤    Tweet



**Tweets**
**18K**

**Following**
**542**

**Followers**
**287K**

**Likes**
**11K**

Follow    ⋮

## Mayor Eric Garcetti ✔
@MayorOfLA

Official account for the 42nd Mayor of the City of Angels, Eric Garcetti. ✉️
:Mayor.LA/mzQC30mSt3W 👍
:FB.com/MayorOfLA 📷
:Instagram.com/MayorOfLA

📍 Los Angeles, CA
🔗 Mayor.LA
📅 Joined October 2008

Tweet to    Message

👤 9 Followers you know

    
    

🖼 6,567 Photos and videos

  
  

**Tweets**    **Tweets & replies**    **Media**

**Mayor Eric Garcetti** ✔ @MayorOfLA · 3h    ⌄
Excited to join Nathan Gardels and @NBerggruen at @LiveTalksLA tomorrow night to discuss their book, #RenovatingDemocracy: Governing in the Age of Globalization and Digital Capitalism.

Learn more → LiveTalksLA.org




Nicolas Berggruen, Berggruen Institute and Live Talks LA

💬 5      ⟲ 3           6      ✉

**Mayor Eric Garcetti** ✔ @MayorOfLA · 19h    ⌄
Happy #EarthDay🌎, L.A.!





Home Moments 40 Notifications Messages Search Twitter Tweet

Goodwill SoCal, City of Los Anaeles, Los Angeles County and 7 others

13 21 93

**Mayor Eric Garcetti** @MayorOfLA · Feb 13

Thoughts and prayers are not enough for L.A. Angelenos deserve to know who their City does business with, and we'll keep fighting every day to get guns off the street and keep our kids and communities safe. Thank you CM @MitchOFarrell for your leadership.

**To do business with L.A., city contractors now must disclose ties wit…**

The L.A. City Council on Tuesday moved to force companies that seek to do business with the city to disclose whether they have ties to the NRA.

latimes.com

20 8 60

**Mayor Eric Garcetti** @MayorOfLA · Feb 13

Thank you @RepMaxineWaters for introducing the Ending Homelessness Act — a $13.27 billion investment to help cities end homelessness and expand affordable housing. As we tackle these issues locally, we need a strong federal partner so we can meet the magnitude of this crisis.

City of Los Angeles

ERIC GARCETTI
MAYOR

February 12, 2019

The Honorable Maxine Waters
2221 Rayburn House Office Building
Washington, DC 20515

Re: Letter of Support for the Ending Homelessness Act of 2019

Dear Chairwoman Waters:

I write in support of your proposed legislation, the "Ending Homelessness Act of 2019," which would provide a surge of federal funding to address two of the most urgent challenges faced by Los Angeles and cities across the United States: ending homelessness and expanding access to affordable housing. We need this kind of capstone legislation to protect the vulnerable populations living on our streets and sidewalks, and support the working families struggling to make ends meet.

Even as L.A. and so many other municipalities put forward our own investments and strategies to bring our neighbors indoors, deal with skyrocketing rents and home prices, and reverse our housing shortage, we need a strong federal partner and a firm national commitment to help us meet the magnitude of this crisis. Your proposed $13.27 billion in mandatory funding over five years is a sign of your determination to be that partner and leader in Congress -- offering an emergency relief valve to supplement what's happening at the local level.

No matter what, it is absolutely essential to continue to fully fund U.S. Department of Housing and Urban Development programs like the Community Development Block Grant, HOME Investment Partnerships Program, and Emergency Solutions Grants. But it is also time for Congress to recognize the scope of homelessness and dedicate extra funding to ensure all Americans have access to safe, decent, and affordable housing.

In Los Angeles, we are tackling homelessness through a variety of solutions including "A Bridge Home," a program to stand up emergency shelters across the city. Two years ago, voters passed Proposition HHH, a $1.2 billion housing bond to spur the development of 10,000 supportive housing units in L.A. And by leveraging local programs with your suggested federal investment, I believe we can end homelessness once and for all.

As this legislation advances through the committee process, my staff will work with your team on priority issues within this bill, including meeting the needs of homeless veterans; homelessness assistance grants; special purpose vouchers for homeless families; and the Housing Trust Fund. Thank you for introducing this vital bill to help cities address homelessness and provide greater access to affordable housing.

Sincerely,

ERIC GARCETTI
Mayor, City of Los Angeles

Maxine Waters, Eric Garcetti and Citv of Los Angeles

57 148 369