| | |
|---|---|
| 1 | C. D. Michel – SBN 144258 |
| 2 | Anna M. Barvir – SBN 268728 |
|   | Tiffany D. Cheuvront – SBN 317144 |
| 3 | MICHEL & ASSOCIATES, P.C. |
|   | 180 East Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| 6 | cmichel@michellawyers.com |
| 7 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE, | Case No.: 2:19-cv-03212 SVW (GJSx) |
| Plaintiffs, | **DECLARATION OF TIFFANY D. CHEUVRONT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| CITY OF LOS ANGELES, ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10, | Date: July 8, 2019<br>Time: 1:30 p.m.<br>Judge: Honorable Stephen V. Wilson |
| Defendants. | |

1

DECLARATION OF TIFFANY D. CHEUVRONT

# DECLARATION OF TIFFANY D. CHEUVRONT

1. I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Southern District of California. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. I represent Plaintiff John Doe in this action.

3. Doe operates a lawful business in the state of California.

4. Doe has a history of contracting with the city of Los Angeles.

5. Doe wishes to continue bidding for and obtaining such contracts in the future.

6. Doe is also a long-time member and supporter of NRA and its mission.

7. Doe fears that if their identity and support of NRA were made public, their contracts with the city of Los Angeles would be in jeopardy. Indeed, Doe wishes to keep their association with NRA private because they reasonably fear retribution from the City, including the loss of current and future city contracts.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on May 24, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Tiffany D. Cheuvront*
　　　　　　　　　　　　　　　　　　　　Tiffany D. Cheuvront
　　　　　　　　　　　　　　　　　　　　Declarant

# **CERTIFICATE OF SERVICE**
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No:    2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF TIFFANY D. CHEUVRONT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
    *Attorneys for Defendants*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed May 24, 2019.

                                            */s/ Laura Palmerin*
                                            Laura Palmerin