C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF LOS ANGELES, ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10,<br><br>                    Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS 1 - 10**<br><br>Date:   July 8, 2019<br>Time:   1:30 p.m.<br>Judge:  Honorable Stephen V. Wilson |

1
REQUEST FOR JUDICIAL NOTICE

1 **REQUEST FOR JUDICIAL NOTICE**

Under Federal Rule of Evidence 201, Plaintiffs National Rifle Association of America and John Doe respectfully request that the Court take judicial notice of the following documents in support of Plaintiffs' motion for preliminary injunction.

1. Los Angeles City Ordinance No. 183806 Adding Article 6.7 to Chapter IV, Prohibiting the Possession of Large-Capacity Magazines. A true and correct copy of this document is attached as **Exhibit 1**. Exhibit 1 is a public record that was accessed on or about May 23, 2019 from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2013/13-0068_ord_183806_09-19-15.pdf)

2. Los Angeles City Ordinance No. 183956 Adding Section 55.21 to Chapter V, Requiring Locked Storage or Trigger Locks for Handguns. A true and correct copy of this document is attached as **Exhibit 2**. Exhibit 2 is a public record that was accessed on or about May 23, 2019 from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2014/14-1553_ord_183956_12-16-15.pdf)

3. Los Angeles City Ordinance No. 186000 Adding Article 26 to Chapter 1, Division 10 to the Los Angeles Administrative Code requiring prospective contractors to disclose all contracts or sponsorship relationships with the National Rifle Association of America. A true and correct copy of this document is attached as **Exhibit 3**. Exhibit 3 is a public record that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2018/18-0896_ORD_186000_04-01-2019.pdf)

4. Los Angeles City Council, Budget & Finance Committee, Motion to List and Boycott All Businesses and Organizations that Have a Formal Relationship

with the National Rifle Association (Mar. 28, 2018). A true and correct copy of this document is attached as **Exhibit 4**. Exhibit 4 is a public record of the Los Angeles City Council Budget and Finance Committee that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2018/18-0262_mot_03-28-2018.pdf)

5. Los Angeles City Council, Budget and Finance Committee, Report re: File No. 18-0896 October 3, 2018. A true and correct copy of this document is attached as **Exhibit 5**. Exhibit 5 is a public record of the City's adoption of the motion and recommended action that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2018/18-0896_rpt_bfc_10-1-18.pdf)

6. Los Angeles City Council, Budget & Finance Committee, Motion to Prepare and Present an Ordinance Directing Prospective Contractors with the City of Los Angeles to Disclose Any Contracts or Subsidiaries with the National Rifle Association, (Sept. 21, 2018). A true and correct copy of this document is attached as **Exhibit 6**. Exhibit 6 is a public record of the Los Angeles City Council Budget and Finance Committee that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2018/18-0896_mot_09-21-2018.pdf)

7. Los Angeles City Council, Official Action of the Los Angeles City Council, Adopting Budget and Finance Committee Report Re: Council File No. 18-0896 (Oct. 12, 2018). A true and correct copy of this document is attached as **Exhibit 7**. Exhibit 7 is a public record that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public.

REQUEST FOR JUDICIAL NOTICE

(http://clkrep.lacity.org/onlinedocs/2018/18-0896_CAF_10-12-2018.pdf)

8.  Los Angeles City Attorney, Report Re: Draft Ordinance Adding Article 26 to Chapter 1, Division 10 of the Los Angeles Administrative Code Requiring City Contractors to Disclose All Contracts with or Sponsorship of the National Rifle Association (Jan. 18, 2019). A true and correct copy of this document is attached as **Exhibit 8**. Exhibit 8 is a public record that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/onlinedocs/2018/18-0896_rpt_ATTY_01-18-2019.pdf)

9.  Los Angeles City Council, Official Action of the Los Angeles City Council, Adopting Budget and Finance Committee Report and Ordinance First Consideration Re: Council File No. 18-0896 (Feb. 13, 2019). A true and correct copy of this document is attached as **Exhibit 9**. Exhibit 9 is a public record that was accessed on or about May 23, 2019, from LACityClerk Connect, the official website of the Los Angeles City Clerk where official city council files are stored and made available to the public. (http://clkrep.lacity.org/online docs/2018/18-0896_CAF_02-20-2019.pdf)

10. City of Los Angeles, Department of Public Works & the Office of Finance, The Contractor's Handbook: A Guide to Business Opportunities with the City of Los Angeles. A true and correct copy of this document is attached as **Exhibit 10**. Exhibit 10 is a public record of the City of Los Angeles Bureau of Contract Admission that was accessed on or about May 23, 2019 from lacity.org, the official website of the City of Los Angeles. (https://bca.lacity.org/Uploads/cca/Contractors%20Handbook.pdf)

A court shall take judicial notice of such a fact if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d). Here, judicial notice is proper because all the documents for which this request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot

reasonably be questioned." Fed. R. Evid. 201(b)(2). Indeed, the documents are public records that were accessed from the official websites of government bodies, which "[a] trial court may presume that public records are authentic and trustworthy." Gilbrook v. City of Westminster, 177 F.3d 839, 858 (9th Cir. 1999) (taking judicial notice of agency report).

Further, Exhibits 1 through 3 include the text of local ordinances passed by the City of Los Angeles, which are matters of public record of which federal courts may take judicial notice. See Santa Monica Food Not Bombs v. City of Santa Monica, 450 F.3d 1022, 1025 n. 2 (9th Cir. 2006) (citing Newcomb v. Brennan, 558 F.2d 825, 829 (7th Cir. 1977) ("[M]atters of public record such as state statutes, city charters, and city ordinances fall within the category of "common knowledge" and are therefore proper subjects for judicial notice.").

Exhibits 3 through 9 constitute the legislative history of enacted Los Angeles City Ordinance No. 186000, and "[l]egislative history is properly a subject of judicial notice." Anderson v. Holder, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012); Chaker v. Crogan, 428 F.3d 1215, 1223 n. 8 (9th Cir. 2005) (discussing legislative history of California statute).

Finally, Exhibits 10 is a publicly available publications of the Los Angeles City Department of Public Works & the Office of Finance, pulled from the official website of the City of Los Angeles. It too is the proper subject of a request for judicial notice. Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) ("[U]nder Fed.R.Evid. 201, a court may take judicial notice of "matters of public record.").

///
///
///
///
///

5
REQUEST FOR JUDICIAL NOTICE

1  In sum, the accuracy of all public records subject to Plaintiffs' Request for
2  Judicial Notice, consisting of enacted local ordinances, legislative history, and
3  government reports, cannot reasonably be questioned. Judicial notice of these
4  records is therefore appropriate.

6  Dated: May 24, 2019                                **MICHEL & ASSOCIATES, P.C.**

                                                   */s/ Anna M. Barvir*
                                                   Anna M. Barvir
                                                   Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No: 2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS 1 - 10**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
    *Attorneys for Defendants*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed May 24, 2019.

    */s/ Laura Palmerin*
    Laura Palmerin