# EXHIBIT 3

ORDINANCE NO. 186000 _____

  An ordinance adding Article 26 to Chapter 1, Division 10 of the Los Angeles Administrative Code requiring a prospective contractor of the City to disclose all contracts with or sponsorship of the National Rifle Association.

  **WHEREAS,** since the Sandy Hook Elementary School shooting in December 2012, there have been more than 1,600 mass shootings in the United States.  In October 2017, a total of 58 people were killed and 489 wounded in an outdoor concert in Las Vegas;

  **WHEREAS,** on average, 100 Americans are killed with guns on a daily basis, while hundreds more are injured.  In 2018 alone, there have been more than 300 mass shooting incidents.  On October 27, 2018, 11 people were killed and 6 others wounded in a shooting inside a synagogue in Pittsburgh, Pennsylvania. The most recent local mass shooting occurred on November 7, 2018, inside a Thousand Oaks' restaurant where 12 people were shot and killed;

  **WHEREAS,** the National Rifle Association (NRA) has sought to block sensible gun safety reform at every level of government across the nation.  The NRA's influence is so pervasive in Congress that no national gun safety legislation has been enacted since the 1994 assault weapons ban, a ban that expired in 2004;

  **WHEREAS,** the NRA has five million members, 69% of whom support sensible gun control regulation.  The NRA's leadership, however, ignores its members' perspective by continuing to lobby for easy access to firearms, no background checks, no limits on magazine capacity, no regulation of assault weapons, no mandatory training, and no age restrictions;

  **WHEREAS,** in 2015, the NRA collected $163 million in membership dues.  In return for membership in the NRA, members receive an array of benefits and corporate discounts to products and services including:  home, car, health, and life insurance; travel discounts, including vehicle rentals and hotel stays; online privacy and personal data protection services; club memberships; and access to an exclusive medical network and global security services;

  **WHEREAS,** the benefits and discounts the NRA arranges for its membership entices new members to join and existing members to renew their NRA membership. The millions of dollars generated from the new and renewed membership dues fund the NRA agenda of opposing legislative efforts throughout the country to adopt sensible gun regulations. The membership dues also finance the NRA's nationwide effort to repeal existing gun control measures and to diminish local and state government's ability to adopt sensible gun legislation;

  **WHEREAS,** in the aftermath of the synagogue shooting, the Pittsburgh City Council is now considering adopting gun control measures, including a measure to

allow the courts to take guns away temporarily from individuals deemed to pose a significant danger to themselves or others. Although the measures have yet to be adopted, the NRA has declared that it will sue Pittsburgh to try and stop its adoption of this and other sensible gun safety measures;

**WHEREAS,** even with the increasing number of mass shootings throughout the country, the NRA leadership, with the financial support of its dues paying members, continues to lobby against gun safety regulations. For example, the NRA leadership continues to resist efforts by state and local governments to require mental health screenings for firearm purchases, even though between 70-80% of NRA members support universal background checks;

**WHEREAS,** the City of Los Angeles has enacted ordinances and adopted positions that promote gun safety and sensible gun ownership. The City's residents deserve to know if the City's public funds are spent on contractors that have contractual or sponsorship ties with the NRA. Public funds provided to such contractors undermines the City's efforts to legislate and promote gun safety; and

**WHEREAS,** this ordinance requires those seeking to do business with the City to fully and accurately disclose any and all contracts with or sponsorship of the NRA.

**NOW, THEREFORE,**

### THE PEOPLE OF THE CITY OF LOS ANGELES
### DO ORDAIN AS FOLLOWS:

Section 1. A new Article 26 is added to Chapter 1, Division 10 of the Los Angeles Administrative Code to read as follows:

### CHAPTER 1, ARTICLE 26

### DISCLOSURE OF CONTRACTS AND SPONSORSHIP OF THE NATIONAL RIFLE ASSOCIATION

**Sec. 10.52.  Definitions.**

The following definitions shall apply to this article:

A. "**Awarding Authority**" means the governing body, board, officer or employee of the City authorized to award a Contract and shall include a department which has control of its own funds if the department adopts policies consonant with the provisions of this article.

B. "**City**" means the City of Los Angeles and all Awarding Authorities thereof.

2

C.    "**Contract**" means any agreement, franchise, lease or concession, including an agreement for any occasional professional or technical personal services, for the performance of any work or service, the provision of any materials or supplies or the rendering of any service to the City of Los Angeles, which is awarded or entered into with or on behalf of the City of Los Angeles or any Awarding Authority of the City.

D.    "**Designated Administrative Agency (DAA)**" means the Department of Public Works, Bureau of Contract Administration, which shall bear administrative responsibilities under this article.

E.    "**Person**" means any individual, proprietorship, partnership, joint venture, corporation, limited liability company, trust, association, or other entity that may enter into a Contract.

F.    "**Sponsorship**" means an agreement between a Person and the NRA to provide a discount to the NRA or an NRA member of the customary costs, fees or service charges for goods or services provided by the Person to the NRA or an NRA member.

G.    "**Subsidiary**" means any individual, proprietorship, partnership, joint venture, corporation, limited liability company, trust, association, or other entity owned or controlled by a Person.

### Sec. 10.52.1.  Disclosure Requirement.

A.    Each Awarding Authority shall require that a Person fully disclose, prior to entering into a Contract, all of its and its Subsidiaries' contracts with or Sponsorships of the NRA.

B.    The disclosure required under this section shall continue throughout the term of the Contract, thereby obligating a Person to update its disclosure each time the Person or its Subsidiary contracts with or enters into a Sponsorship with the NRA.

The Awarding Authority may terminate a Contract if at any time it determines a Person failed to fully or accurately disclose all of its and its Subsidiaries contracts with or Sponsorships of the NRA.

### Sec. 10.52.2.  Exceptions.

This article shall not be applicable to the following Contracts:

A.    Contracts for the investment of:
(1)    City trust moneys or bond proceeds;

(2)    pension funds;

(3) indentures, security enhancement agreements for City tax-exempt and taxable financings;

(4) deposits of City surplus funds in financial institutions;

(5) the investment of City moneys in securities permitted under the California State Government Code and/or the City's investment policy;

(6) investment agreements;

(7) repurchase agreements;

(8) City moneys invested in United States government securities; or

(9) Contracts involving City moneys in which the Treasurer or the City Administrative Officer finds that the City will incur a financial loss or forego a financial benefit, and which in the opinion of the Treasurer or the City Administrative Officer would violate his or her fiduciary duties.

B. Grant funded Contracts if the application of this article would violate or be inconsistent with the terms or conditions of a grant or grant Contract with an agency of the United States, the State of California or the instruction of an authorized representative of any of those agencies with respect to any grant or grant Contract.

C. Contracts with a governmental entity such as the United States of America, the State of California, a county, city or public agency of one of these entities, or a public or quasi-public corporation located in the United States and declared by law to have a public status.

D. Contracts awarded on the basis of exigent circumstances whenever an Awarding Authority finds that the City would suffer a financial loss or that City operations would be adversely impacted unless exempted from the provisions of this article. This finding must be approved by the DAA prior to Contract execution.

E. Contracts for goods covered under a United States patent or only available from a single source.

F. Contracts for repairs, alterations, work or improvements declared in writing by the Awarding Authority to be of urgent necessity for the preservation of life, health or property. The declaration shall give the reasons for the urgent necessity and must be approved by the Council or its designee.

4

G.      Contracts entered into during time of war or national, state or local emergency declared in accordance with federal, state or local law, where the Council adopts a resolution by two-thirds vote and is approved by the Mayor, the suspension of any or all the restrictions of Section 371 of the Los Angeles City Charter or their applicability to the Awarding Authority.

H.      Contracts for equipment repairs or parts obtained from the manufacturer of the equipment or its exclusive agent.

## Sec. 10.52.3. Administration.

The DAA shall administer the requirements of this article. The DAA shall develop an affidavit to be used by the Awarding Authority in obtaining the disclosure required under this article. The DAA shall promulgate rules and regulations consistent with this article for the implementation of the provisions of this article.

## Sec. 10.52.4. Application of this Article.

This article is applicable to Contracts entered into after the effective date of this ordinance.

## Sec. 10.52.5. Severability.

If any part or provision of this article, including, but not limited to, a section, subsection, paragraph, sentence, phrase or word, or the application thereof to any person or circumstance, is held invalid or unconstitutional by a court of competent jurisdiction, such decision shall not affect the validity of the remainder of this article. The City Council hereby declares that it would have adopted this article and each and every section, subsection, paragraph, sentence, phrase and word thereof not declared invalid or unconstitutional, without regard to whether any portion of this article would be subsequently declared invalid or unconstitutional.

Sec. 2. The City Clerk shall certify to the passage of this ordinance and have it published in accordance with Council policy, either in a daily newspaper circulated in the City of Los Angeles or by posting for ten days in three public places in the City of Los Angeles: one copy on the bulletin board located at the Main Street entrance to the Los Angeles City Hall; one copy on the bulletin board located at the Main Street entrance to the Los Angeles City Hall East; and one copy on the bulletin board located at the Temple Street entrance to the Los Angeles County Hall of Records.

Approved as to Form and Legality

MICHAEL N. FEUER, City Attorney

By _____
            JAIME SUAREZ
            Deputy City Attorney

Date _____2/12/2019_____

File No. _____18-0896_____

M:\GENERAL COUNSEL DIVISION\ORDINANCES AND REPORTS\ORDINANCES - FINAL YELLOW\NRA Disclosure Ordinance.docx

I hereby certify that the foregoing ordinance was passed by the Council of the City of Los Angeles.

CITY CLERK                                    MAYOR

_____            _____

Ordinance Passed___02/12/2019___      Approved ___02/18/2019___

Ordinance Effective Date: 04/01/2019
Council File No.: 18-0896

# DECLARATION OF POSTING ORDINANCE

I, **Ottavia Smith** state as follows: I am, and was at all times hereinafter mentioned, a resident of the State of California, over the age of eighteen years, and a Deputy City Clerk of the City of Los Angeles, California.

**Ordinance No. 186000** - a copy of which is hereto attached, was finally adopted by the Los Angeles City Council on **02/12/2019**, and under the direction of said City Council and the City Clerk, pursuant to Section 251 of the Charter of the City of Los Angeles and Ordinance No. 172959, I conspicuously posted a true copy of said ordinance at each of the three public places located in the City of Los Angeles, California, as follows: 1) one copy on the bulletin board located at the Main Street entrance to the Los Angeles City Hall; 2) one copy on the bulletin board located at the Main Street entrance to the Los Angeles City Hall East; 3) one copy on the bulletin board located at the Temple Street entrance to the Los Angeles County Hall of Records beginning on **02/20/2019** and will be continuously posted for ten or more days.

I declare under penalty of perjury that the foregoing is true and correct.

_Deputy Clerk_

Date: **02/20/2019**

Ordinance Effective Date: **04/01/2019**

Council File No.: **18-0896**

# EXHIBIT 4

**M O T I O N**

According to a 2017 report from Everytown For Gun Safety, there have been 156 mass shootings from 2009-2016. Those statistics do not include the recent mass shooting incidents in Parkland, Florida and Las Vegas, Nevada.

The National Rifle Association (NRA) is the most influential lobbying organization in the United States, effectively hindering the adoption of any common sense gun safety laws at every level of government.

According to an audit obtained by the Center for Responsive Politics, the NRA's spending on political activities from 1998-2017 aggregated to over $200 million.

The City of Los Angeles has historically enacted ordinances and adopted positions that promote gun safety and gun safety legislation.

Given the opposing stances of the NRA and the City, the City should move to rid itself of its relationships with any organization that supports the NRA.

I THEREFORE MOVE that the City Council direct the Chief Legislative Analyst (CLA) to report back with a list of all businesses and organizations that have a formal relationship with the NRA.

I FURTHER MOVE that the CLA report back with options for the City to immediately boycott those businesses and organizations until their formal relationship with the NRA ceases to exist.


PRESENTED BY: _____

MITCH O'FARRELL
Councilmember, 13th District


SECONDED BY: _____

MAR 2 8 2018

# EXHIBIT 5

File No. 18-0896

BUDGET AND FINANCE COMMITTEE REPORT relative to disclosure by prospective contractors with the City of Los Angeles of contracts or sponsorships with the National Rifle Association (NRA).

Recommendation for Council action, pursuant to Motion (O'Farrell - Krekorian):

REQUEST the City Attorney, with the assistance of the Bureau of Contract Administration, to prepare and present an ordinance directing any prospective contractor with the City of Los Angeles to disclose under affidavit: any contracts it, or any of its subsidiaries, has with the NRA; and, any sponsorship it, or any of its subsidiaries, provides to the NRA.

Fiscal Impact Statement:  Neither the City Administrative Officer nor the Chief Legislative Analyst has completed a financial analysis of this report.

Community Impact Statement:  None submitted.

SUMMARY

At its regular meeting held on October 1, 2018, the Budget and Finance Committee considered Motion (O'Farrell - Krekorian) relative to a request to the City Attorney, with the assistance of the Bureau of Contract Administration, to prepare and present an ordinance directing any prospective contractor with the City of Los Angeles to disclose any contracts with the NRA or sponsorships provided to the NRA.

During discussion of this matter, Councilmember O'Farrell, mover of the Motion, addressed the Committee and provided background on the Motion (as detailed in the Communication from Councilmember O'Farrell dated October 1, 2018, attached to the Council file).

After consideration, and after providing an opportunity for public comment, the Committee recommended that Council approve the Motion. This matter is now forwarded to the Council for its consideration.


Respectfully Submitted,

BUDGET AND FINANCE COMMITTEE


| MEMBER | VOTE |
|---|---|
| KREKORIAN: | YES |
| ENGLANDER: | ABSENT |
| KORETZ: | ABSENT |
| BLUMENFIELD: | YES |
| BONIN: | YES |

REW   10/3/18   FILE NO. 18-0896

**-NOT OFFICIAL UNTIL COUNCIL ACTS-**

# EXHIBIT 6

**BUDGET & FINANCE**

# M O T I O N

According to the Gun Violence Archive, since the Sandy Hook Elementary School shooting in December 2012, there have been more than 1,600 mass shootings. In 2018 alone, there have been over 200 mass shooting incidents.

Research compiled by Everytown for Gun Safety show that on average, 96 Americans are killed with guns on a daily basis, while hundreds more are injured. The effects of gun violence extend far beyond these casualties.

The National Rifle Association (NRA) has been one of the most significant roadblocks to sensible gun safety reform at every level of government across the nation. In Congress, next to nothing has been done due to the NRA's stranglehold and propaganda machine. According to an audit obtained by the Center for Responsive Politics, the NRA's spending on political activities from 1998-2017 aggregated to over $200 million.

The City of Los Angeles has historically enacted ordinances and adopted positions that support and promote gun safety and gun safety legislation.

For the sake of transparency, the City's residents and stakeholders deserve to know how the City's public funds are being spent, and whether taxpayer funds are being spent on contractors that have contractual or sponsorship ties with the NRA.  An ordinance should be drafted and modeled after existing disclosure requirements like the Border Wall Contracts Disclosure and the Slavery Disclosure ordinances.

I THEREFORE MOVE, that the City Council REQUEST the City Attorney, with the assistance of the Bureau of Contract Administration, to prepare and present an ordinance directing any prospective contractor with the City of Los Angeles to disclose, under affidavit: (1) any contracts it or any of its subsidiaries has with the National Rifle Association; and (2) any sponsorship it or any of its subsidiaries provides to the National Rifle Association.

PRESENTED BY: _____

MITCH O'FARRELL
Councilmember, 13th District

SECONDED BY: _____

**ORIGINAL**

SEP 2 1 2018

# EXHIBIT 7

HOLLY L. WOLCOTT
CITY CLERK

SHANNON D. HOPPES
EXECUTIVE OFFICER

When making inquiries relative to
this matter, please refer to the
Council File No.:  18-0896

City of Los Angeles
CALIFORNIA



ERIC GARCETTI
MAYOR

OFFICE OF THE
CITY CLERK

Council and Public Services Division
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040

PATRICE Y. LATTIMORE
ACTING DIVISION MANAGER

CLERK.LACITY.ORG

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

October 12, 2018

**Council File No.:**          18-0896

**Council Meeting Date:**      October 10, 2018

**Agenda Item No.:**           13

**Agenda Description:**        BUDGET AND FINANCE COMMITTEE REPORT relative to disclosure by prospective contractors with the City of Los Angeles of contracts or sponsorships with the National Rifle Association.

**Council Action:**            BUDGET AND FINANCE COMMITTEE REPORT  - ADOPTED

**Council Vote:**

| | |
|---|---|
| YES | BOB BLUMENFIELD |
| ABSENT | MIKE BONIN |
| ABSENT | JOE BUSCAINO |
| ABSENT | GILBERT A. CEDILLO |
| YES | MITCHELL ENGLANDER |
| YES | MARQUEECE HARRIS-DAWSON |
| YES | JOSE HUIZAR |
| ABSENT | PAUL KORETZ |
| ABSENT | PAUL KREKORIAN |
| YES | NURY MARTINEZ |
| YES | MITCH O'FARRELL |
| YES | CURREN D. PRICE |
| YES | MONICA RODRIGUEZ |
| YES | DAVID RYU |
| YES | HERB WESSON |

HOLLY L. WOLCOTT
CITY CLERK

**AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER**

Adopted Report(s)


| Title | Date |
|---|---|
| Report from Budget and Finance Committee | 10/01/2018 |

# EXHIBIT 8



**MICHAEL N. FEUER**
CITY ATTORNEY

REPORT NO. **R 19 - 0017**

JAN 1 8 2019

REPORT RE:

**DRAFT ORDINANCE ADDING ARTICLE 26 TO CHAPTER 1, DIVISION 10 OF THE LOS ANGELES ADMINISTRATIVE CODE REQUIRING CITY CONTRACTORS TO DISCLOSE ALL CONTRACTS WITH OR SPONSORSHIP OF THE NATIONAL RIFLE ASSOCIATION**

The Honorable City Council
of the City of Los Angeles
Room 395, City Hall
200 North Spring Street
Los Angeles, California 90012

Council File No. 18-0896

Honorable Members:

Pursuant to your request, this Office has prepared and now transmits for your consideration the enclosed draft ordinance, approved as to form and legality. The draft ordinance adds Article 26 to Chapter 1, Division 10 of the Los Angeles Administrative Code to require anyone seeking a contract with the City to disclose all contracts with or any sponsorship of the National Rifle Association.

Council Rule 38 Referral

A copy of the draft ordinance was sent, pursuant to Council Rule 38, to the Bureau of Contract Administration, Department of Recreation and Parks, Department of General Services, and City Administrator Officer with a request that all comments, if any, be presented directly to the City Council when this matter is considered.

The Honorable City Council
  of the City of Los Angeles
Page 2

        If you have any questions regarding this matter, please contact Deputy City
Attorney Jaime Suarez at (213) 978-1931. He or another member of this Office will be
present when you consider this matter to answer questions you may have.

                                Sincerely,

                                MICHAEL N. FEUER, City Attorney

                        By

                                DAVID MICHAELSON
                                Chief Assistant City Attorney

DM:JS:cl
Transmittal

# EXHIBIT 9

HOLLY L. WOLCOTT
CITY CLERK

SHANNON D. HOPPES
EXECUTIVE OFFICER

When making inquiries relative to
this matter, please refer to the
Council File No.: 18-0896

City of Los Angeles
CALIFORNIA



ERIC GARCETTI
MAYOR

OFFICE OF THE
CITY CLERK

Council and Public Services Division
200 N. SPRING STREET, ROOM 395
LOS ANGELES, CA 90012
GENERAL INFORMATION - (213) 978-1133
FAX: (213) 978-1040

PATRICE Y. LATTIMORE
DIVISION MANAGER

CLERK.LACITY.ORG

# OFFICIAL ACTION OF THE LOS ANGELES CITY COUNCIL

February 13, 2019

**Council File No.:** 18-0896

**Council Meeting Date:** February 12, 2019

**Agenda Item No.:** 4

**Agenda Description:** BUDGET AND FINANCE COMMITTEE REPORT and ORDINANCE FIRST CONSIDERATION relative to amending the Los Angeles Administrative Code to require City contractors and prospective City contractors to disclose all contracts with or sponsorship of the National Rifle Association.

**Council Action:** BUDGET AND FINANCE COMMITTEE REPORT AND ORDINANCE FIRST CONSIDERATION - ADOPTED

**Council Vote:**

| | | | | | |
|---|---|---|---|---|---|
| YES | BLUMENFIELD | ABSENT | HUIZAR | YES | PRICE |
| YES | BONIN | YES | KORETZ | YES | RODRIGUEZ |
| YES | BUSCAINO | YES | KREKORIAN | YES | RYU |
| YES | CEDILLO | YES | MARTINEZ | YES | SMITH |
| YES | HARRIS-DAWSON | YES | O'FARRELL | YES | WESSON |

*Holly Ann Wolcott*

HOLLY L. WOLCOTT
CITY CLERK

---

**Pursuant to Charter/Los Angeles Administrative Code Section(s): 250**

**FILE SENT TO MAYOR:** 02/13/2019

**LAST DAY FOR MAYOR TO ACT:** 02/25/2019

✔
**APPROVED**

**\*DISAPPROVED**

**\*VETO**

_____
Mayor

02/18/2019
**DATE SIGNED**

**AN EQUAL EMPLOYMENT OPPORTUNITY - AFFIRMATIVE ACTION EMPLOYER**

Adopted Report(s)

| Title | Date |
| --- | --- |
| Final Ordinance No. 186000 | 04/01/2019 |
| Report from Budget and Finance Committee | 02/04/2019 |

# EXHIBIT 10



# The Contractor's Handbook

## a guide to business opportunities with the City of Los Angeles



 

brought to you by the **Department of Public Works**
and the **Office of Finance**



# The Contractors Handbook

Your guide to doing business with the City of Los Angeles

 

## The City purchases <u>billions of dollars</u> of services each year. And it wants to do business with YOU!



Look around the City and you will see everything from potholes being filled, transit lines being operated, fire stations being built, after school programs being managed, and the streets being kept safe from crime.   What you may not know is that in providing these services to the Los Angeles, the City purchases *billions of dollars* every year in supplies, equipment, and professional/personal services. That's billions of dollars for which YOUR business can compete!

This guide has been prepared to serve as an introduction to the City contracting process and a reference guide for your business growth.  In it, you will find information about:

➔ **Contracts 101** - *Understanding the different types of City contracts*

➔ **Vendor Requirements** - *Becoming competitive in the City marketplace*

➔ **Certified for Success** - *A Primer on City certification*

➔ **Get to know BAVN** - *The City portal for contract opportunities*

➔ **Navigating the City** - *Get to know your City partners*

➔ **Staying Current -** *Important Dates for the City*

*Consider **public contracting** to increase your revenues and **grow your business!***

 




## *Contracts 101*

Understanding the different types of City contracts



## Did you know there are *three types* of contracts with the City?

Contracts with the City of Los Angeles fall into one of three general categories:

### *commodities | construction | professional services*

### Commodities

Covers the procurement of supplies, equipment, and materials.

→ Award Criteria
  - *Lowest and best*
  - *Responsiveness to deadlines*
  - *Vendor meets defined qualifications*

→ Bidding Methods
  - *Telephone*
  - *Written (for purchases over $1,000)*
  - *Online*

→ Awarding Agencies
  - Department of General Services, Los Angeles World Airports, Port of LA, Dept. of Water and Power

### Construction

Covers nearly all aspects within the construction industry.

→ Award Criteria
  - *Lowest and responsible*
  - *Responsiveness to bid requirements*
  - *Contractor meets qualifications*

→ Bidding Methods
  - *Telephone*
  - *Written (for purchases over $1,000)*

→ Awarding Agencies
  - Public Works, Housing Authority, Housing Dept., Departments of General Services, Recreation and Parks, Water and Power, and the Los Angeles World Airports, and Port of LA

### Professional Services

Covers legal, medical, marketing, food and beverage, janitorial and consulting.

→ Award Criteria
  - *Cost*
  - *Expertise and Experience*
  - *Administrative Compliance*

→ Bidding Methods
  - *Department Specific*

→ Awarding Agencies
  - Almost all City departments including the Port of LA, Los Angeles World Airports, and Dept. of Water and Power






## *Vendor Requirements*
Becoming competitive in the City marketplace






Not every contract requires the same administrative obligation.
But they all require that you *Register with the City*.

## Administrative Requirements

 **Please note that the specific requirements for each contracting opportunity varies.  You should review the RFP, RFQ, or RFB for details.**

Businesses and vendors that contract with the City must comply with federal, state, and local laws and requirements.

To access City business opportunities, you are required to meet these expectations:

➔ **Equal Benefits to All Employees and their Spouses/Partners**:
Requires that contractors offer the same health and other benefits to their employees with domestic partners as offered to employees with spouses (regardless of gender or sex).

➔ **Pay a Living Wage and Provide Benefits to Employees:**
Requires that contractors comply with all provisions of the Living Wage Ordinance, including paying their employees a minimum "living wage" with health benefits and compensated days off.  The "living wage" changes yearly and is updated **July 1st** of every year.



**REMINDER:**

The City requires that every person engaged in business in the City of Los Angeles obtain a **Business Tax Registration Certificate (BTRC)** from the Office of Finance and pay the required tax that helps the City keep you in business!

This also applies to contractors located outside of the City.

Thinking of starting a business?  Go here:
business.lacity.org

Need business compliance information? Go here:
finance.lacity.org

Not sure if you are currently registered with the City?  Go here:
data.lacity.org




# Certified for Success

A primer on City certification



**City certifications help level the playing field.
There is something for almost every business and they are _FREE_.**



## Benefits of the Certifications

➔ **MBE, WBE, SBE, EBE, DVBE**
Provides free marketing exposure as prime contractors are required to reach out to and negotiate in good faith with MBEs, WBEs, SBEs, EBEs, and DVBEs on City contracts.

➔ **DBE**
The selection of DBE's is incentivized for prime contractors pursuing Federally funded contracts due to the U.S. Department of Transportations DBE requirements.

➔ **ACDBE**
Incentivizes the selection of ACDBEs by prime contractors for funded awards related to the airports.

➔ **SLBE**
Provides preference for SLBEs bidding as a prime contractor on City contracts worth $100,000 or less.

➔ **LBE**
Provides preference for LBEs bidding as a prime contractor on City contracts in excess of $150,000.  Preference may also be granted to non LBE primes utilizing LBE subs.

➔ **TJOP**
Provides preference for TJOPs bidding as a prime contractor on City contracts which do not exceed $100,000.

## Types of Certification

1. Minority Business Enterprise (MBE)
2. Women Business Enterprise (WBE)
3. Disadvantaged Business Enterprise (DBE)
4. Airport Concession Disadvantaged Business Enterprise (ACDBE)
5. Small, Local Business Enterprise (SLBE)
6. Small Business Enterprise - City (SBE-City)
7. Small Business Enterprise - Proprietary (SBE-Proprietary)
8. Emerging Business Enterprise (EBE)
9. Disabled Veteran Business Enterprise (DVBE)
10. Local Business Enterprise (LBE)
11. Transitional Job Opportunities Program (TJOP)

**\*\*Eligible businesses should apply for certifications that apply to them.**






# *Get to Know LABAVN*

The City's portal for contract opportunities




**Register with BAVN to work with the City of Los Angeles.
Find unique contracting opportunities to grow your business.**





## Go to [www.labavn.org](http://www.labavn.org) now to discover business and vendor opportunities!

The Los Angeles Business Assistance Virtual Network (BAVN) is a free service provided by the City of Los Angeles that features all contract opportunities throughout the City in one convenient location.

BAVN also features certified sub-contractors to choose from to help enhance a project bid.



**Search by:**

Professional Services

Construction

Supplies & Equipment

### On LABAVN, you can:

1. Discover contract opportunities throughout the City
2. Apply for Certifications
3. Submit Compliance documents
4. Discover a variety of business resources in the City to assist your growth
5. Create a unique user profile and be notified of new opportunities

**\*\*All City contracting opportunities are required to be posted on BAVN.**

*Hundreds of opportunities await!*




# *Navigating the City*

Get to know your City partners




**All contract opportunities greater than $1,000 are posted to BAVN.
Opportunities under $25,000 *are not competitively bid*.**



## Supplies and Equipment

**General Services Department**
The purchasing for nearly all departments within the City, except LAWA, DWP, and the Port of LA.
*visit @ gsd.lacity.org*

**Los Angeles World Airports (LAWA)**
Operates three airports: LAX, Van Nuys, and Palmdale.
*visit @ lawa.org*

**Department of Water and Power**
The City utility serving the water and electricity needs of the City of Los Angeles.
*visit @ ladwp.com*

## Construction

**General Services Department**
The purchasing for nearly all departments within the City, except LAWA, DWP, and the Port of LA.
*visit @ gsd.lacity.org*

**Los Angeles World Airports (LAWA)**
Operates three airports: LAX, Van Nuys, and Palmdale.
*visit @ lawa.org*

**Department of Water and Power**
The City utility serving the water and electricity needs of the City of Los Angeles.
*visit @ ladwp.com*

## Construction (cont.)

**Department of Public Works - Engineering**
Leads all new construction, major rehab and remodels.
*visit @ eng.lacity.org/contractors*

**Department of Recreation and Parks**
Manages over 16,000 acres of parkland and offers extensive recreational, social, and cultural programming.
*visit @ laparks.org*

**Department of Transportation**
Leads transportation planning, design, construction, maintenance, and operations.
*visit @ ladot.lacity.org*

## Professional Services

**All City Departments**
Connect with any City department to explore opportunities.






# Navigating the City

Get to know your City partners






## Nearly all City Departments have personal or professional services opportunities. Here are a few worth looking into.

**Department of Cultural Affairs**
Championing arts, culture, and creativity for LA
*visit @ culturela.org/*

**Department of City Planning**
Responsible for preparing, maintaining, and implementing a General Plan for development of the City of Los Angeles.
*visit @ planning.lacity.org/*

**Economic and Workforce Development**
Steers economic development in a manner that yields thriving businesses, and creates job training and career opportunities for the City of Los Angeles.
*visit @ ewddlacity.com/*

**Los Angeles Zoo**
A City-owned zoo that creates dynamic experiences to connect people and animals.
*visit @ lazoo.org*

**El Pueblo de Los Ángeles**
El Pueblo Historical Monument is the birthplace of LA and offers free museums, exhibits, and the world famous Olvera Street marketplace.
*visit @ elpueblo.lacity.org/history*

**Los Angeles Public Library**
The Los Angeles Public Library provides free and easy access to information, ideas, books and technology.
*visit @ lapl.org/*

**Empower LA**
Works directly with Neighborhood Councils to navigate and access city services and resources to better their communities.
*visit @ empowerla.org*

+++++

For a full list of LA City departments, please visit here:

https://www.lacity.org/your-government/departments-commissions/departments-bureaus








# Staying Current
Important dates for your business




 As a business operating in the City of LA, there are a few dates you should know. Staying compliant will let you stay in business!

## Yearly

### Business Tax Renewal
January 1 - Feb 28/29

**Applies to:** Businesses operating in the City or having physical presence in the City over 7 days.

### Fire / Tobacco / Police Permit Renewal
Nov 1 - Dec 31

**Applies to:**
➔ Any business with a physical space that has an occupancy load of more than 50
➔ Dry-cleaners with onsite cleaning
➔ Key duplicators
➔ Child or Adult care facility
➔ Second hand goods retailers

**Other business type may require permits. Please check with your local service center

## Quarterly

### Business Tax
Due by Jan 31, Apr 30, July 31, Oct 31

**Applies to:**
➔ Dance Halls
➔ Seasonal retailers (i.e. pumpkin patches, Christmas trees)

**Please note that if the due date falls on a weekend or holiday, it moves to the next business day.

## Monthly

### Transit Occupancy Tax
Due by 25th of each month

**Applies to:**
➔ Hotels
➔ Vacation Property Rentals

### Parking Occupancy Tax
Due by 25th of each month

**Applies to:**
➔ Any parking lot that collects parking fees

PLEASE NOTE:
If terminating your business in the City of LA, please notify the Office of Finance within: **45 DAYS**






## Grow With
Build your business while building your City






# Build your business.
# Build the City.



The City requires that every person engaged in business in the City of Los Angeles obtain a **Business Tax Registration Certificate (BTRC)** from the Office of Finance and pay the required tax that helps the City keep you in business!

This also applies to contractors located outside of the City.

Thinking of starting a business?  Go here:
**business.lacity.org**

Need business tax and legal compliance information? Go here:
**finance.lacity.org**

Not sure if you are currently registered with the City?  Go here:
**data.lacity.org**







## *Notes*

Keep record of your thoughts

<u>NOTES</u>






