C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx)<br><br>**PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO BRIEFLY CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH** |
|---|---|

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs the National Rifle Association of America and John Doe (collectively "Plaintiffs") hereby apply to the Court, *ex parte*, to request that the Court continue the hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, currently set for hearing on July 8, 2019.

Due to an unexpected and sudden death in the family of Plaintiff's lead counsel Anna M. Barvir's family, counsel Barvir is unavailable to finalize the opposition to Defendants City of Los Angeles, Eric Garcetti, in his official capacity as Mayor of City of Los Angeles, and Holly L. Wolcott, in her official capacity as City Clerk of City of Los Angeles (collectively "Defendants") Motion to Dismiss which is currently due Monday June 17, 2019.

As such, Plaintiffs hereby request:

1. That the Court continue Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss currently set for hearing on July 8, 2019 to July 22, 2019 at 1:30 p.m.

2. The deadline on Plaintiffs' and Defendants' opposition papers will be continued from June 17, 2019 to June 26, 2019.

3. The deadline on Plaintiffs' and Defendants' reply papers will be continued from June 24, 2019 to July 8, 2019.

Plaintiffs bring this application with good cause on the basis that lead counsel's sudden and unexpected death in the family precludes counsel from paying the proper attention necessary to prepare and file Plaintiffs' opposition to Defendants' motion to dismiss. Moreover, other counsel in Plaintiffs' counsel's office are unavailable to fill in for counsel Barvir due to the heavy press of business at the moment in other matters.

This emergency application is based on this application, the accompanying

1 memorandum of points and authorities, the declaration of Sean A. Brady, and all
2 record and files in this action.

Dated: June 14, 2019   **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C. D. Michel
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No: 2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO BRIEFLY CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
 *Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 14, 2019.

 */s/ Laura Palmerin*
 Laura Palmerin

CERTIFICATE OF SERVICE