1  C. D. Michel – SBN 144258
2  Anna M. Barvir – SBN 268728
   Tiffany D. Cheuvront – SBN 317144
3  MICHEL & ASSOCIATES, P.C.
   180 East Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   cmichel@michellawyers.com
6
7  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx)<br><br>**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH** |

1

## MEMORANDUM IN SUPPORT OF EX PARTE

Two important hearings in this significant First Amendment case are imminent. Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss are currently set for hearing on July 8, 2019.

Plaintiffs' opposition to Defendants' motion to dismiss is due in three days from now - by June 17, 2019. Unfortunately, and unexpectedly, Plaintiffs' lead counsel experienced a death in her immediate family that requires her attendance at a funeral in Maryland. As such, she is unavailable to finalize Plaintiffs' opposition to this important, potentially case dispositive motion. Declaration of Sean A. Brady in Support of Plaintiffs' Emergency Ex Parte Application, ("Brady Decl.") at ¶ 2. Further, due to the heavy press of business in counsel's office at the moment and the short amount of time left to be able to adequately brief the matter, no other counsel is available to perform the work required to file the opposition to Defendants' motion to dismiss that is due on Monday, June 17. *Id.* at ¶ 3.

## AUTHORITY TO GRANT EX PARTE RELIEF

*Ex parte* relief is appropriate where the moving party seeks relief that cannot be addressed by a regularly-noticed motion, and will face prejudice if its application is denied, provided that the party is without fault in creating the problem at issue.

Here, Plaintiffs' counsel is, through no fault of her own, called away from her work obligations due to a sudden and tragic loss of a close family member less than a week before the opposition to Defendants' motion to dismiss is due. Because counsel is simply unavailable, preparing for a funeral on Monday, June 17, in Maryland, and no other counsel in Plaintiffs' counsel's office can devote the necessary time to adequately handle this work due to heavy press of business and the little time remaining to properly know the case, the unfair prejudice that this poses to Plaintiffs' interests here is manifest. This Court can relieve Plaintiffs of this unfair prejudice with a brief continuation.

///

1 | As such, Plaintiffs hereby request:

2 | 1. That the Court continue Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss currently set for hearing on July 8, 2019 to July 22, 2019 at 1:30 p.m.

2. The deadline on Plaintiffs' and Defendants' opposition papers will be continued from June 17, 2019 to June 26, 2019.

3. The deadline on Plaintiffs' and Defendants' reply papers will be continued from June 24, 2019 to July 8, 2019.

Counsel for Plaintiffs has confirmed with counsel for Defendants that Defendants do not oppose this request. Brady Decl., at ¶¶ 4, 5.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the herein requested emergency relief.

Dated: June 14, 2019

**MICHEL & ASSOCIATES, P.C.**

*/s/ C. D. Michel*
C. D. Michel
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No:    2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
  *Attorneys for Defendants*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed June 14, 2019.

                                     */s/ Laura Palmerin*
                                     Laura Palmerin