C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx)<br><br>**DECLARATION OF SEAN A. BRADY IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO BRIEFLY CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH** |

## DECLARATION OF SEAN A. BRADY

1. I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Southern District of California. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. Lead counsel for this Plaintiffs in this matter, Anan M. Barvir, suffered an unexpected death of her grandfather in the state of Maryland, requiring her to immediately and unexpectedly fly to Maryland on Wednesday, June 12, 2019. She is unable to work in any serious way on any of the litigation matters related to this case until she returns to Southern California on or about Tuesday June 18, 2019.

3. Due to the heavy press of business in my office at the moment and the short timeframe, no other counsel is available to perform the work required to properly finalize the opposition to Defendants' motion to dismiss that is due on Monday June 17.

4. Per Ms. Barvir's instructions, I contacted Defendants' counsel, Mr. Ben Chapman, regarding Plaintiffs' intention to seek the instant ex parte relief to postpone the hearings and filing deadlines currently set for July 8th and June 17th. I asked whether Defendants oppose the requested relief in that ex parte application.

5. Defendants' counsel Mr. Chapman graciously offered his condolences to Ms. Barvir and represented to me that Defendants do not oppose the relief Plaintiffs are requesting.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on June 14, 2019.

*/s/ Sean A. Brady*
Sean A. Brady
Declarant

2
DECLARATION OF SEAN A. BRADY

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No:    2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SEAN A. BRADY IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE APPLICATION TO BRIEFLY CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, DUE TO FAMILY DEATH**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
   *Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 14, 2019.

*/s/ Laura Palmerin*
Laura Palmerin

---

CERTIFICATE OF SERVICE