UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-03212-SVW-GJS | Date | August 12, 2019 |
|---|---|---|---|
| Title | National Rifle Association of America et al v. City of Los Angeles et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tiffany Cheuvront | Benjamin F. Chapman |
| Sean Brady | |

**Proceedings:**   [15]  MOTION to Dismiss Complaint filed by Defendants;
[19] MOTION for Preliminary Injunction re Enjoining Enforcement of Ordinance No. 186000 filed by Plaintiffs

    Hearing held.  The Motion to Dismiss is denied.  The hearing on the Motion for Preliminary Injunction is continued to September 9, 2019 at 1:30 p.m.

    The matter is submitted.  Order to issue.

|  | : | 34 |
|---|---|---|
| | Initials of Preparer | PMC /TJ |