C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Sean A. Brady – SBN 262007
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx) <br><br> **PLAINTIFFS' WITNESS LIST** <br><br> Pretrial Conference: February 10, 2020 <br> Time: 3:00 p.m. <br> Courtroom: 10A <br> Judge: Hon. Judge Stephen V. Wilson <br><br> Action Filed: April 24, 2019 <br> Trial: February 25, 2020 |

PLEASE TAKE NOTICE pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-5, Plaintiffs National Rifle Association of America and John Doe submit this list of witnesses intends to call at trial.

1. Plaintiff John Doe. Plaintiffs will be filing a motion for protective order and to proceed under a pseudonym imminently. Plaintiff Doe can be contacted through Plaintiffs' counsel of record.

2. Los Angeles City Councilmember Mitch O'Farrell. 200 N. Spring

Street, Room 480, Los Angeles, CA 90012. Phone: (213) 473-7013. Mr. O'Farrell can be contacted through Defendants' counsel of record.

3.     *Los Angeles City Councilmember Paul Krekorian. 200 N. Spring Street, Room 435, Los Angeles, CA 90012. Phone: (213) 473-7002. Mr. Krekorian can be contacted through Defendants' counsel of record.

As required by Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 16-5, any person that may be called "if the need arises" is designated with an asterisk.

On January 21, 2020, the deadline to file this witness list per the local rules, the Los Angeles City Council voted unanimously to repeal the ordinance that Plaintiffs challenge in this action, potentially altering the landscape of this litigation in a significant way. Plaintiffs are still determining how the imminent repeal would impact this litigation and how that might affect the evidence presented.

Additionally, discovery is ongoing. Plaintiff NRA propounded on Defendant City written discovery in the form of Requests for Production of Documents on January 9, 2020, seeking documents Plaintiff NRA believes are important to proving its claims in this matter. Responses to those discovery requests are due on February 11, 2020.

For these reasons, Plaintiffs reserve the right to amend this witness list should they learn of any document identifying a relevant witness for their claims from the City's responses to Plaintiff NRA's discovery or from the City's process to repeal the ordinance being challenged in this matter.

Dated: January 21, 2020                 **MICHEL & ASSOCIATES, P.C.**

                                        *s/ Anna M. Barvir*
                                        Anna M. Barvir
                                        Attorneys for Plaintiffs

# <u>CERTIFICATE OF SERVICE</u>

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No.: 2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' WITNESS LIST**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
*Attorneys for Defendants*

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 21, 2020.

*s/ Laura Palmerin*
Laura Palmerin