# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

National Rifle Association of America, et al.

V.

City of Los Angeles, et al.

Case Number: 2:19-cv-03212 SVW (GJSx)

Judgment was entered in this action on __02/05/20__ / __48__ against Defendant City of Los Angeles .
                                       Date     Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $ 400.00 |
| Fees for Service of Process (L.R. 54-3.2): | 103.00 |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | 153.00 |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | 417.55 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** $ | 1073.55 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[X] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/ Anna M. Barvir
_____
Signature

Anna M. Barvir
_____
Print Name

Attorney for: Plaintiffs National Rifle Association of America, et al.

Costs are taxed in the amount of _____

_____
Clerk of Court

By: _____
Deputy Clerk

_____
Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

6:17 PM

04/30/20

Accrual Basis

**Michel & Associates, P.C.**
# NRA v. COLA
**Client Expenses**

| Type | Date | Num | Source Name | Memo | Account | Amount |
|------|------|-----|-------------|------|---------|--------|
| **Client Costs** | | | | | | |
| **Attorney Service** | | | | | | |
| Check | 05/16/2019 | DEBIT | Signal Attorney Service  - BP | Signal (051519): 05/03/19 Fee to serve Summons & ... | Attorney Service | 37.50 |
| Check | 05/16/2019 | DEBIT | Signal Attorney Service  - BP | Signal (051519): 05/03/19 Fee to serve Summons & ... | Attorney Service | 77.00 |
| Check | 05/16/2019 | DEBIT | Signal Attorney Service  - BP | Signal (051519): 05/03/19 Fee to serve Summons & ... | Attorney Service | 37.50 |
| Check | 06/03/2019 | DEBIT | Signal Attorney Service  - BP | Signal (053119): 05/29/19 Fee to deliver Courtesy Co... | Attorney Service | 49.00 |
| Check | 02/03/2020 | DEBIT | Signal Attorney Service  - BP | Signal (013120): 01/23/20 Fee to File and Deliver Wit... | Attorney Service | 49.00 |
| Check | 02/18/2020 | DEBIT | Signal Attorney Service  - BP | Signal (021520): 01/02/20 Fee to deliver Courtesy Co... | Attorney Service | 28.00 |
| | | | | **Total Attorney Service** | | 278.00 |
| **Court Reporter/Videographer** | | | | | | |
| Check | 08/26/2019 | 1679 | Kielwasser, Anne | Kielwasser, Anne: 08/26/19 Fee for transcript for moti... | Court Reporter/Vide... | 153.00 |
| | | | | **Total Court Reporter/Videographer** | | 153.00 |
| **Filing Fees** | | | | | | |
| Bill | 04/24/2019 | 04/18/19... | _Villegas, Haydee -V- DP | H. Villegas: 04/24/19 Filing Fee re Summons and Co... | Filing Fees | 400.00 |
| | | | | **Total Filing Fees** | | 400.00 |
| **Legal Research** | | | | | | |
| Check | 07/31/2019 | DEBIT | West Law - Legal Research - BP | West Group: June, 2019 Legal Research. | Legal Research | 126.76 |
| Check | 01/02/2020 | DEBIT | West Law - Legal Research - BP | West Group: December, 2019 Legal Research | Legal Research | 117.85 |
| Check | 01/02/2020 | DEBIT | West Law - Legal Research - BP | West Group: January, 2020 Legal Research | Legal Research | 444.66 |
| Check | 03/03/2020 | DEBIT | West Law - Legal Research - BP | West Group: February, 2020 Legal Research | Legal Research | 31.97 |
| | | | | **Total Legal Research** | | 721.24 |
| **Meals-Client 100% Deduction** | | | | | | |
| Check | 07/05/2019 | DEBIT | Jimmy Johns | Jimmy Johns: 07/05/19 Fee for lunch SAB re Reply to... | Meals-Client 100% ... | 9.30 |
| | | | | **Total Meals-Client 100% Deduction** | | 9.30 |
| **Parking & Mileage** | | | | | | |
| Bill | 08/30/2019 | August, 2... | _Cheuvront, Tiffany D. - V - DP | T. Cheuvront (08/19): 08/12/19 Fee for parking re Hea... | Parking & Mileage | 18.00 |
| Bill | 09/09/2019 | August, 2... | _Brady, Sean A.- V - DP | S. Brady (10/19): 08/12/19 Fee for mileage re hearing ... | Parking & Mileage | 28.88 |
| | | | | **Total Parking & Mileage** | | 46.88 |
| **Photocopy/Scanning** | | | | | | |
| Check | 05/01/2019 | DEBIT | Xerox Financial Services - Auto Pay | Photocopy/Scanning Usage:  May, 2019 | Photocopy/Scanning | 187.05 |
| Check | 05/13/2019 | ACH | Xerox Financial Services - Auto Pay | Photocopy/Scanning Usage: April, 2019. | Photocopy/Scanning | 14.10 |
| Bill | 05/31/2019 | IN22614 ... | Xeorx - QDoxs - BP | Photocopy/Scanning Usage: July, 2019. | Photocopy/Scanning | 2.40 |
| Check | 01/13/2020 | ACH | Xerox Financial Services - Auto Pay | Photocopy/Scanning Usage: January, 2020. | Photocopy/Scanning | 84.00 |
| Bill | 02/05/2020 | IN26977 ... | Xeorx - QDoxs - BP | Photocopy/Scanning Usage: February, 2020. | Photocopy/Scanning | 41.25 |
| Check | 03/12/2020 | ACH | Xerox Financial Services - Auto Pay | Photocopy/Scanning Usage:  March, 2020 | Photocopy/Scanning | 39.75 |
| | | | | **Total Photocopy/Scanning** | | 368.55 |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2019 | 5940QB |

**BILL TO**

National Rifle Association



| CASE NAME |
|-----------|
| 2321 - NRA.v. COLA (Member Blacklist) |

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Usage: May, 2019. | | 187.05 |
| West Group Legal Research: May, 2019. | | 586.60 |
| | | |
| Postage Usage: May, 2019. | | 3.60 |
| Signal (051519): 05/03/19 Fee to serve Summons & Complaint on Holly L. Wolcott. | | 37.50 |
| Signal (051519): 05/03/19 Fee to serve Summons & Complaint on Eric Garcetti. | | 77.00 |
| Signal (051519): 05/03/19 Fee to serve Summons & Complaint on City of Los Angeles. | | 37.50 |
| Signal (053119): 05/29/19 Fee to deliver Courtesy Copies to Judge. | | 49.00 |
| Total Reimbursable Expenses | | 204.60 |

Tax Identification 27-0313611 Thank you for your business!

Let us know how we are doing! Please fill out a client satisfaction survay online at
http://michellawyers.com/reference-materials/client-services/

| **Total** | $978.25 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $978.25 |

SIGNAL ATTORNEY SERVICE                CONFIRMATION # 739617

8. N-234

```
irm Name: TRUTA    MICHEL & ASSOCIATES, P.C.    Date: 05/03/19
                   180 E OCEAN BLVD              Page:     2
                   STE 200
                   LONG BEACH CA 90802           Reference: 2321
        Contact: LAURA                          Slip # 246458
        Assignment: PROCESS SERVICE             Recvd By: FILE
ASE NAME: NATIONAL RIFLE ASSOCIATION OF AMERICA VS CITY OF LOS ANGELES
ASE #: 2:19-CV-03212 SVW (GJX)
        Party Served: HOLLY L. WOLCOTT, IN HER OFFICIAL CAPACITY
        Date/Time Served: 05/03/19 02:08 P.M.
OCUMENTS: SUMMONS AND COMPLAINT
          CIVIL COVER SHEET


        DESCRIPTION                         CHARGES
-----------------------------------------------------------------------
ECOND DEFENDANT                                37.50




                        Total Charges:         37.50
```

I N V O I C E

N-2321

SIGNAL ATTORNEY SERVICE                CONFIRMATION # 739619

.rm Name: TRUTA     MICHEL & ASSOCIATES, P.C.     Date: 05/03/19
                    180 E OCEAN BLVD               Page:    3
                    STE 200
                    LONG BEACH CA 90802            Reference: 2321
     Contact: LAURA                               Slip # 246457
     Assignment: PROCESS SERVICE                  Recvd By: FILE
\SE NAME: NATIONAL RIFLE ASSOCIATION OF AMERICA VS CITY OF LOS ANGELES
\SE #: 2:19-CV-03212 SVW (GJX)
     Party Served: ERIC GARCETTI, IN HIS OFFICIAL CAPACITY AS MAYOR
     Date/Time Served: 05/03/19 02:18 P.M.
)CUMENTS: SUMMONS AND COMPLAINT
         CIVIL COVER SHEET

     DESCRIPTION                             CHARGES
-----------------------------------------------------------------
ROCESS SERVICE - EXCLUSIVE- ZONE 1             75.00
\RKING                                          2.00



                    Total Charges:        77.00

SIGNAL ATTORNEY SERVICE                CONFIRMATION # 739620

N-232

```
Firm Name: TRUTA      MICHEL & ASSOCIATES, P.C.     Date: 05/03/19
                      180 E OCEAN BLVD               Page:     4
                      STE 200
                      LONG BEACH CA 90802            Reference: 2321
     Contact: LAURA                                 Slip # 246456
     Assignment: PROCESS SERVICE                    Recvd By: FILE
CASE NAME: NATIONAL RIFLE ASSOCIATION OF AMERICA VS CITY OF LOS ANGELES
CASE #: 2:19-CV-03212 SVW (GJX)
     Party Served: CITY OF LOS ANGELES
     Date/Time Served: 05/03/19 02:08 P.M.
DOCUMENTS: SUMMONS AND COMPLAINT
           CIVIL COVER SHEET


     DESCRIPTION                              CHARGES
     ------------------------------------------------------------------
THIRD DEFENDANT                                37.50




                        Total Charges:        37.50
```



# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2019 | 5897QB |

**BILL TO**

National Rifle Association

| CASE NAME |
|---|
| 2321 - NRA.v. COLA (Member Blacklist) |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| H. Villegas: 04/24/19 Filing Fee re Summons and Complaint. | | 400.00 |
| Fed Ex (6-541-41798):  04/25/19 Fee to send courtesy copies to Hon. Steven V. Wilson. | | 22.01 |
| Photocopy/Scanning Usage: April, 2019. | | 14.10 |
| West Group: April, 2019 Legal Research. | | 211.62 |
| Total Reimbursable Expenses | | 647.73 |

Tax Identification 27-0313611 Thank you for your business!

Let us know how we are doing! Please fill out a client satisfaction survay online at
http://michellawyers.com/reference-materials/client-services/

| | |
|---|---|
| **Total** | $647.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $647.73 |

180 E. Ocean Boulevard, Suite 200 • Long Beach, CA 90802 • Tel: (562) 216-4444 • Fax: (562) 216-4445
www.michellawyers.com

PHOTOCOPY USAGE REPORT

April, 2019

| Account Name | Total | Amount |
|---|---|---|
| NRA v COLA_Member Blacklist-2321 | 94 | $ 14.10 |

PHOTOCOPY USAGE REPORT

May, 2019

| Account Name | Total | Amount |
|---|---|---|
| NRA v COLA_Member Blacklist-2321 | 1247 | $ 187.05 |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2019 | 6049QB |

BILL TO



National Rifle Association - OGC

| CASE NAME |
|-----------|
| 2321 - NRA.v. COLA (Member Blacklist) |

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy/Scanning Usage: July, 2019. | | 2.40 |
| West Group: July, 2019 Legal Research. | | 56.47 |
| Total Reimbursable Expenses | | 58.87 |

Tax Identification 27-0313611 Thank you for your business!

Let us know how we are doing! Please fill out a client satisfaction survay online at
http://michellawyers.com/reference-materials/client-services/

| | |
|---|---|
| **Total** | $58.87 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $58.87 |

PHOTOCOPY USAGE REPORT

July, 2019

| Account Name | Total | Amount |
|---|---|---|
| NRA v COLA_Member Blacklist-2321 | 16 | $ 2.40 |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/31/2020 | 8664TS |

| BILL TO |
|---------|
| National Rifle Association  |

| CASE NAME |
|-----------|
| 2321 - NRA.v. COLA (Member Blacklist) |

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Postage Usage: January, 2020. | | 8.95 |
| West Group: January, 2020 Legal Research | | 444.66 |
| Photocopy/Scanning Usage: January, 2020. | | 84.00 |
| Signal (021520): 01/02/20 Fee to deliver Courtesy Copy to Judge of Stipulated and Proposed Judgment. | | 28.00 |
| Total Reimbursable Expenses | | 565.61 |

Tax Identification 27-0313611 Thank you for your business!

Let us know how we are doing! Please fill out a client satisfaction survay online at http://michellawyers.com/reference-materials/client-services/

| | |
|---|---|
| **Total** | $565.61 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $565.61 |

180 E. Ocean Boulevard, Suite 200 • Long Beach, CA 90802 • Tel: (562) 216-4444 • Fax: (562) 216-4445
www.michellawyers.com

**PHOTOCOPY USAGE REPORT**

January, 2020

| Account Name | Total | Amount |
|---|---|---|
| NRA v COLA_Member Blacklist-2321 | 560 | $    84.00 |

**SENIOR PARTNER**
C. D. Michel*

**MANAGING PARTNER**
Joshua Robert Dale

**SPECIAL COUNSEL**
W. Lee Smith

**ASSOCIATES**
Anna M. Barvir
Sean A. Brady
Tiffany D. Cheuvront
Matthew D. Cubeiro
Alexander A. Frank
Los Angeles, CA

\*   Also admitted in Texas and the
     District of Columbia

**OF COUNSEL**
Joseph Di Monda
Scott M. Franklin
Clint B. Monfort
Michael W. Price
Tamara M. Rider
Los Angeles, CA

**MICHEL & ASSOCIATES, P.C.**
Attorneys at Law

WRITER'S DIRECT CONTACT:
562-216-4473
LPalmerin@michellawyers.com

August 27, 2019

**VIA OVERNIGHT DELIVERY**
Anne Kielwasser
United States District Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Re:   Transcript Order for *National Rifle Association of America v. City of Los Angeles*, Case No. 2:19-cv-03212-SVW-GJSx

Dear Ms. Kielwasser:

Enclosed please find check number 001679 in the amount of $153.00 for the transcript of a motions hearing on August 12, 2019 with Judge Stephen V. Wilson. A copy of the Transcript Order Form is also enclosed.

Should you need any further information, please feel free to contact me.

Sincerely,
**Michel & Associates, P.C.**

Laura Palmerin

***/lp



**MICHEL & ASSOCIATES, P.C.**
GENERAL ACCOUNT
180 E. OCEAN BOULEVARD, SUITE 200
LONG BEACH, CA  90802
(562) 216-4444

WELLS FARGO BANK, N.A.
CALIFORNIA
16-24-1220

001679

8/26/2019

PAY TO THE
ORDER OF    Anne Kielwasser                                                        $**153.00

One Hundred Fifty-Three and 00/100*********************************************************    DOLLARS

Anne Kielwasser
350 West 1st Street
Suite 4311
Los Angeles, CA 90012

VOID AFTER 180 DAYS

MEMO

AUTHORIZED SIGNATURE

⑈00ⅈ679⑈ ⑆ⅈ2 2000 247⑆ ⅈ480 24398 7⑈

**MICHEL & ASSOCIATES, P.C.**                                               001679

Anne Kielwasser                                        8/26/2019
Client Costs:Court Reporter/Videographe    Kielwasser, Anne: 08/26/19 Fee for transcript for moti         153.00

1 Checking WF - 3987                                                              153.00