C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Sean A. Brady – SBN 262007
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of City of Los Angeles; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-03212 SVW (GJSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AWARD PURSUANT TO 42 U.S.C. § 1988**<br><br>Hearing Date:   June 15, 2020<br>Hearing Time:   1:30 p.m.<br>Judge:   Stephen V. Wilson<br>Courtroom:   10A |

1
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 15, 2020 at 1:30 p.m. in Courtroom 10A of the above-captioned court, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs National Rifle Association and John Doe ("Plaintiffs"), through their counsel of record, will and hereby do move for an award of reasonable attorneys' fees under 42 U.S.C. § 1988.

Plaintiffs make this motion because Plaintiffs prevailed on their section 42 U.S.C. § 1983 challenge to Defendant's ordinance requiring all current and prospective city contractors to disclose any "sponsorship of" or "contract with" with Plaintiff NRA, and they are thus entitled to a reasonable fee award. Plaintiffs' counsel provides with this motion extensive evidence of the number of hours reasonably spent to bring this case to its successful conclusion, as well as evidence and case citation of the reasonable hourly rates of Los Angeles area attorneys.

This motion is based upon this notice of motion and motion, as well as the memorandum of points and authorities, the request for judicial notice, the declarations of Anna M. Barvir, Sean A. Brady, Tiffany D. Cheuvront, Joshua R. Dale, Alexander A. Frank, C. D. Michel, Konstadinos T. Moros, Laura Palmerin, and Haydee Villegas, and all exhibits filed simultaneously herewith. This motion is also based on all other matters of which the Court may take notice, the oral argument of counsel, pleadings already on file with the Court, and all other evidence that may be presented at the hearing on this matter

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 23, 2020.

Dated: April 30, 2020                                         **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs

2
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *National Rifle Association, et al., v. City of Los Angeles, et al.*
Case No.:   2:19-cv-03212 SVW (GJSx)

IT IS HEREBY CERTIFIED THAT:

 I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

 I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AWARD PURSUANT TO 42 U.S.C. § 1988**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Benjamin F. Chapman
Los Angeles City Attorney
200 N. Main St., Suite 675
Los Angeles, CA 90012
benjamin.chapman@lacity.org
 *Attorneys for Defendants*

 I declare under penalty of perjury that the foregoing is true and correct.

Executed April 30, 2020.

           *s/ Laura Palmerin*
           Laura Palmerin