C. D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Sean A. Brady – SBN 262007
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs

MICHAEL N. FEUER, City Attorney (SBN 111529x)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
SCOTT MARCUS, Chief, Civil Litigation Branch (SBN 184980)
GABRIEL S. DERMER, Supervising City Attorney (SBN 229424)
BENJAMIN CHAPMAN, Deputy City Attorney (SBN 234436)
benjamin.chapman@lacity.org
200 North Main St., 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number:  213.978.7556
Facsimile Number: 213.978.8214

Attorneys for Defendant,
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NATIONAL RIFLE ASSOCIATION OF AMERICA; JOHN DOE,

                         Plaintiffs,

vs.

CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of the City of Los Angeles; HOLLY L. WOLCOTT, in her official capacity as City Clerk of the City of Los Angeles, and DOES 1-10,

                         Defendants.

Case No.: 19-cv-03212-SVW-GJS

**STIPULATION IN LIEU OF OBJECTION REGARDING PLAINTIFFS' APPLICATION TO THE CLERK TO TAX COSTS (ECF NO. 51)**

Ctrm:     10A-First Street Courthouse
Judge:   Hon. Stephen V. Wilson

Action Filed: 04/24/2019

1

Plaintiffs National Rifle Association and John Doe (collectively, Plaintiffs") and Defendant the City of Los Angeles ("Defendant") by and through their respective counsel, stipulate as follows:

On April 30, 2020, Plaintiffs filed an Application to the Clerk to Tax Costs (the "Application").  (ECF No. 51.)

Defendant found certain of the items contained in the Application to be improper under Local Rule 54.  Specifically, Defendant objected to the amount sought for the Clerk's Fee ($400), the Transcripts of Court Proceedings ($153), and the Certification, Exemplification and Reproduction of Documents ($417.55).

Accordingly, pursuant to Local Rule 54-2.2, on May 8, 2020, Defendant's counsel met and conferred with Plaintiffs' counsel in an effort to resolve disagreement about these specific costs set forth in the Application.

Through this meet and confer process, the parties were able to reach an agreement.

NOW THEREFORE, the parties hereby stipulate and request as follows:

1.  That Plaintiffs are entitled to $50 for Clerk's Fees (L.R. 54-3.1).

2.  That Plaintiffs are entitled to $103 for Fees for Service of Process (L.R. 54-3.2).

3.  That Plaintiffs are entitled to $91.65 for Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10).

4.  That Plaintiffs' costs should thus be taxed in the total amount of $244.65 (the sum of $50 + $103 + $91.65).

5.  That Plaintiffs withdraw their request for any other costs set forth in the Application.

6.  That nothing in this stipulation is intended or shall be construed to serve as a withdrawal of Plaintiffs' pending Motion for Attorneys' Fees, filed on April 30, 2020.

**IT IS SO STIPULATED.**

Dated:  May 12, 2020          MICHEL & ASSOCIATES, P.C.

By:
*/s/ Anna M. Barvir*

Anna M. Barvir

Attorneys for Plaintiffs
NATIONAL RIFLE ASSOCIATION and
JOHN DOE


Dated:  May 12, 2020          OFFICE OF THE CITY ATTORNEY OF
LOS ANGELES

By:
*/s/ Benjamin Chapman*

Benjamin Chapman

Attorneys for Defendant
CITY OF LOS ANGELES


Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.