# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| National Rifle Association of America et al, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cv-03212-SVW-GJS |
| v. | |
| City of Los Angeles et al, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/01/2020 | 61 | Motion to Correct |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
- ☑ The hearing date has been rescheduled to <u>November 2, 2020</u> at <u>1:30 p.m.</u>
- ☐ Other

Clerk, U.S. District Court

Dated: <u>October 5, 2020</u>          By: *PM Cruz*
                                          Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

G-112B  (01/07)